CONSENT TO BE A PARTY PLAINTIFF

      I consent to be a party plaintiff in lawsuit against WEST LB and its officers in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      I hereby designate OUTTEN & GOLDEN LLP to represent me in the suit.

_____
Signature

__Philip Fei_____
Print name

__13 Whitewold Terr._____
Address

__Clifton, NJ 07013_____
City, State and Zip Code