**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Philip Fei, on behalf of himself and classes
of those similarly situated,
     Plaintiff(s),

JUDGE BAER
Index No. 07 CIV. 8785

-against-

AFFIDAVIT OF SERVICE

WestLB AG,
     Defendant(s).
-----------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

     HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

     That on the 16th day of October 2007, at approximately 1:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION AND COLLECTIVE ACTION COMPLAINT JURY TRIAL REQUESTED, CIVIL COVER SHEET, INDIVIDUAL PRACTICES FO JUDGE HAROLD BAER, JR., INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MAAS, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND PROCEDURES FOR ELECTRONIC CASE FILING** upon WestLB AG at 1211 Avenue of the Americas, New York, NY 10036, by personally delivering and leaving the same with Jeff Nelson, Executive Director/Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

     Jeff Nelson is a white male, approximately 45 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 190 pounds with brown hair and light eyes wearing glasses.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
18th day of October, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010