USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                Plaintiff,

v.

WESTLB AG,

                Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant that WestLB A.G.'s time to answer, move, or otherwise respond to the complaint in this action shall be and hereby is adjourned from November 5, 2007 until December 14, 2007. A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

Dated: November 2, 2007

OUTTEN & GOLDEN LLP

_____
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Linda A. Neilan (LN 4095)
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000

Attorneys for Plaintiff

HUGHES HUBBARD & REED LLP

_____
Ned H. Bassen (NB 6429)
Jodi E. Divak (JD 8362)
Jared M. Pittman (JP 0325)
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant

SO ORDERED this ___ day of November, 2007

_____
HAROLD BAER, U.S.D.J.

60035618_1 (3).DOC