HUGHES HUBBARD & REED LLP
Ned H. Bassen
Vilia B. Hayes
Jodi E. Divak
Jared M. Pittman
One Battery Park Plaza
New York, New York  10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

*Attorneys for Defendant WestLB AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                     Plaintiff,

      v.

WESTLB AG,

                     Defendant.

Case No. 07 CV 8785 (HB) (FM)

**NOTICE OF APPEARANCE**

---

To:    Clerk of the United States District Court
        for the Southern District of New York

    You are hereby requested to enter the appearance of the undersigned as counsel for the Defendant WestLB AG in the above-entitled action.

Dated: November 7, 2007
       New York, New York

                                        HUGHES HUBBARD & REED LLP

                                        By: /s/ Jodi Divak
                                        Ned H. Bassen
                                        Vilia B. Hayes
                                        Jodi E. Divak
                                        Jared M. Pittman
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        (212) 837-6000

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 7, 2007, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

      /s/ Jodi E. Divak
      Ned H. Bassen
      Vilia B. Hayes
      Jodi E. Divak
      Jared M. Pittman
      Hughes Hubbard & Reed LLP
      One Battery Park Plaza
      New York, New York 10004
      Tel: (212) 837-6000
      Fax: (212) 422-4726
      bassen@hugheshubbard.com
      hayes@hugheshubbard.com
      divak@hugheshubbard.com
      pittman@hugheshubbard.com

      *Attorneys for Defendant WestLB AG*