UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                Plaintiff,

v.

WESTLB AG,

                Defendant.

Case No. 07 CV 8785 (HB) (FM)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant WestLB AG in the above-captioned matter certify that WestLB AG is owned by: (1) NRW Bank; (2) the Savings Banks and Giro Association of Westphalia-Lippe; and (3) Savings Banks and Giro Association of Rhineland ((2) and (3) collectively referred to herein as the "Associations"). The NRW Bank is owned by the Federal State of North Rhine-Westphalia and the Associations, whose members consist of the savings banks of Westphalia-Lippe and Rhineland and their municipal holders, respectively. WestLB AG further certifies that no publicly held corporations (neither domestic nor foreign) own 10% or more of its stock.

Dated: New York, New York
       November 7, 2007

                                      HUGHES HUBBARD & REED LLP

                                      By: _/s/ Jodi Divak_
                                      Ned H. Bassen
                                      Vilia B. Hayes
                                      Jodi E. Divak
                                      Jared M. Pittman
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 837-6000
                                      *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 7, 2007, I electronically filed the foregoing RULE 7.1 STATEMENT with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

                                            /s/ Jodi E. Divak
                                            Ned H. Bassen
                                            Vilia B. Hayes
                                            Jodi E. Divak
                                            Jared M. Pittman
                                            Hughes Hubbard & Reed LLP
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            Tel: (212) 837-6000
                                            Fax: (212) 422-4726
                                            bassen@hugheshubbard.com
                                            hayes@hugheshubbard.com
                                            divak@hugheshubbard.com
                                            pittman@hugheshubbard.com

                                            *Attorneys for Defendant WestLB AG*