# Hughes Hubbard

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

NOV 2 6 2007

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Vilia B. Hayes
Direct Dial: 212-837-6839
Direct Fax: 212-299-6839
hayes@hugheshubbard.com

November 20, 2007

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re: Philip Fei v. WestLB AG
  07 Civ. 8785 (HB)(FM)

Dear Judge Baer:

We represent the defendant WestLB AG in the above-titled action. We have received a notice that the court has scheduled a Pre-Trial Conference for Thursday, December 27, 2007 at 4 p.m. I am writing to request that the conference be adjourned for one week or until such other date as is convenient for the Court. I have contacted plaintiff's counsel, Jack Raisner of Outten & Golden, and he consents to the adjournment. A current copy of the docket report is enclosed.

Very truly yours,

*Vilia B. Hayes*

For January 3 at 3:00 PM

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 11/29/07

Enclosure

cc: Jack A. Raisner, Esq.
  Outten & Golden LLP