UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                              Plaintiff,

            v.

WESTLB AG,

                            Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE THAT, upon the affirmation of Jason Habinsky and accompanying exhibits, executed December 14, 2007, the affidavit of Linda Shirley, dated December 14, 2007, the Memorandum of Law in support hereof, dated December 14, 2007, and the prior pleadings herein, defendant WestLB AG, by its undersigned attorneys, moves this Court before the Honorable Harold Baer, Jr. for an order dismissing the Complaint or alternatively precluding the use of misappropriated information and precluding Philip Fei from being the collective/class action representative, and ordering him to immediately return to WestLB all documents and information that he transmitted or removed from the premises of WestLB, including copies, and any copies that he provided to others.

Dated: December 14, 2007
       New York, New York

                              HUGHES HUBBARD & REED LLP

                              By: /s/ Ned H. Bassen
                                 Ned H. Bassen
                                 Vilia B. Hayes
                                 Jason Habinsky
                                 One Battery Park Plaza
                                 New York, New York 10004
                                 bassen@hugheshubbard.com
                                 (212) 837-6000
                                 Attorneys for Defendant WestLB AG