UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                Plaintiff,

v.

WESTLB AG,

                Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on December 14, 2007, I electronically filed the foregoing Notice of Motion, Memorandum Of Law Of WestLB AG In Support Of Its Motion To Dismiss The Complaint Or Alternatively To Preclude The Use Of Misappropriated Information And Preclude Philip Fei From Being The Collective/Class Action Representative, Affirmation of Jason Habinsky and accompanying exhibits, and Affidavit of Linda Shirley with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

Dated: December 14, 2007
       New York, New York

                HUGHES HUBBARD & REED LLP

                By: /s/ Ned H. Bassen
                    Ned H. Bassen
                    Vilia B. Hayes
                    Jason Habinsky
                    One Battery Park Plaza
                    New York, New York 10004
                    bassen@hugheshubbard.com
                    (212) 837-6000

                    Attorneys for Defendant WestLB AG

60098916_1.DOC