# EXHIBIT A

Case 1:07-cv-08785-HB-FM    Document 14-2    Filed 12/14/2007    Page 1 of 4

**PHILIP Z. FEI, CPP**
13 Whiteweld Terrace, Clifton, NJ 07013
(O) (212) 852-6017    (H) (973) 472-7620
E-mail: pfei101@hotmail.com

**SKILLS**

13 Years of payroll experience, with 7 years in International payroll for both inbound and outbound expatriates; Various HRIS /Payroll Systems including ADP, Ceridian, SAP; System conversion experience; Excellent in Reporting and Database Building; Proficient in MS Office.  <u>Certified Payroll Professional</u>.

**EXPERIENCE**

**WestLB AG,   New York, NY**                                                                                                      2000 – Present
*Payroll Manager*

- Responsible for multi state, multi national biweekly and monthly payroll.
- Responsible for the implementation, communication, and administration of expatriate's compensation package.
- Coordinated with foreign branch HR/Payroll/Finance and KPMG International Executive Services to research and resolve expatriate's multi national tax issues.
- Managed various expatriates allowance programs according to their contract and company policy.
- Managed the daily payroll data entry.  Ensured that computing, withholding, and deductions associated with net pay is done properly.
- Processed various garnishment requests, including Child Support Orders, Bankruptcy Orders, Student Loan Collection, and Federal, State, Local Agency Debt collection.
- Implemented the direct deposit program and have 100% employee participation.  Oversaw the distribution of paychecks to various domestic and international locations.
- Administrated 401k account including enrollment, employee contribution, employer match, loan repayment, funds wire transfer, and reporting.
- Managed Flexible Spending Account, Qualified Transit Expense Account with employee deduction, reporting and funds wire transfer.
- Administrated deferred compensation program.
- Prepared the payroll funds wire transfer to Tax Filing Trust Account, and the company's Payroll Account.
- Prepared the wire transfer of expatriate's net pay to their local currency.
- Processed the T & E Reimbursement with payroll.
- Provided analysis of employee salary and bonus history to management for budget and annual review.
- Developed and implemented the company's severance pay procedure to ensure the timely accurate payment.
- Interpreted company policies and government regulations to employees in connection with payroll.
- Supervised and trained employees in all aspects of payroll processing.
- Audited and prepared W-2, W-2c, W-3c, 940, and 941.
- Strong knowledge of payroll practices, procedures and governing regulations.

**Fragomen, Del Rey, Bernsen and Loewy, P.C., New York, NY**                                                     1998 - 2000
*Payroll Manager*

- Processed multi state semimonthly payroll from accepting and validating time and attendance files through check distribution for over 600 employees with the annual growth rate of 54%.
- Administrated 401k plan including enrollment, payroll deduction, loan, termination, and transfer the data from payroll system to 401k funds management agent each pay period.
- Administering the payroll deduction in relating to medical insurance, group term life and volunteer life insurance, dependent care program, multi-state transit check deduction / reimbursement.
- Communicating company policies and government regulations to employees relevant to payroll.
- Designed and implemented an overtime request and approval system for every non-exempt employee which saved at least 50% of processing time and ensured accuracy.
- Responsible for year-end adjustment, processing and issuance of W-2.  Generated W-2c / W-3c if necessary.
- Interface with external auditor as it relates to the audit of payroll and benefits.
- Produced payroll reports for the management.
- Performed employment verification, and processed various wage assignment request.

- Maintained payroll document and payroll database.

**PHILIP Z. FEI**
**EXPERIENCE CONTINUED**
**PAGE 2**

**Econophone, Inc., New York, NY.**                                                                                        1997 - 1998
*Payroll Manager*

- Responsible for 400+ employees' semimonthly payroll (multi state in NY, NJ, CT, TX, DC, IL, CA).
- Collecting, auditing and inputting payroll data into payroll system.
- Implemented 401K program including deducting, transferring, and full reporting.
- Processed health insurance deductions and reporting.
- Provides informational support on all issues concerning payroll and benefits.
- Established company policy regarding the record keeping of timesheet, vacation, sick, and holiday.
- Created automatic record keeping system of vacation, sick, and holiday.
- Responsible for the monthly headcount and turnover report.
- Updated employees' HR files on Ceridian's HRIS system; established every employee's payroll history.
- Processed new hires, termination, and level changes in a high turn over environment.
- Response to Federal, State, and City government inquiries regarding employment, wage and tax.
- Responsible for garnishment, child support processing.
- Generated reports for management, insurance company, government.
- Periodically upgrade payroll software.

**RA.Eastern Newsstand Corporation Inc., New York, NY**.                                                1994 - 1997
*Payroll and Benefits Manager (11/94 – 5/97)*
*Payroll and Benefits Assistant (1/94 – 10/94)*

- Initiated, coordinated and implemented the conversion of ADP Payroll to Ceridian, and saved 35% of processing expense by switching the company.
- Changed payroll-processing cycle from weekly to biweekly, and saved 50% of processing charge.
- Responsible for 600+ employees' biweekly payroll (multi state in NY, NJ, MA, GA, NC, PA, IL, and CA.)
- Work well with both ADP and Ceridian as a system administrator. Performing payroll by using both direct input and external data import methods.
- Processed new hires, termination, and level changes in a highly turn over pace environment. Maintained employees' personnel files.
- Developed payroll and personnel related reports such as Active Employee Roster, monthly 401k report (employee contribution and employer match), 401k loan statement, year-end 401k nondiscrimination report, employee census report, garnishment report, etc.
- Managed health care plans through U.S. Health care, HIPC in California, and Humana in Chicago. Making monthly premium payments, reconciling statements.
- Managed 401k plan through Chase Manhattan Portfolio Service, prepared biweekly contribution transfers.
- Prepared monthly union bills (dues and health care.)
- Coordinate workers' compensation claims, submitting first report of injury, follow up bills and checks.
- Managed STD, LTD and life insurance, prepared monthly premium payments.
- Correspond to unemployment-related claims, paper filing, and hearings.
- Performed employment verification, response to inquiries from Public Aid agency, Welfare Department, and Banks for mortgage/loan application.
- Interface with external auditors as it relates to the audit of payroll and benefits.
- Responded to employee inquiries pertaining to payroll and benefits.
- Redesigned company's Operations Manual in coordination with all district managers, department heads.
- Supervised quarterly and year end inventory with internal and external auditors.

**EDUCATION**

   Queens College of the City University of New York
   Bachelor of Arts in Accounting and Information Systems – June 1994

   Member of the American Payroll Association