# EXHIBIT E

 WestLB

## <u>ACKNOWLEDGEMENT FORM</u>

I have received a copy of the WestLB-US Policy Manual & Employee Handbook.

I understand that as an employee of WestLB that I am obligated to adhere to and cooperate with the policies as written.

I understand that these policies are continually evaluated and that from time to time WestLB may change, modify or rescind these policies with or without notice.

Name: _____Philip Fei_____

Signature: _____Philip Fei_____

Date: _____8/3/00_____