# EXHIBIT G

## E-MAIL/HARDWARE/SOFTWARE POLICY

## CONSENT FORM

I understand that all electronic communication systems and all information transmitted by, received from, or stored in these systems are the property of WestLB. I also understand that these systems are to be used solely for job related purposes and I have no expectation of privacy in connection with use of this equipment or the storage of information.

I agree not to use a code or password, access a file or retrieve any stored communication unless authorized. Accordingly, I agree to WestLB from time to time monitoring my use of this equipment.

_Philip Fei_
Employee Name

_Philip Fei_                                    7/31/00
Employee Signature                              Date