# EXHIBIT I

# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Ned H. Bassen
Direct Dial: 212-837-6090
bassen@hugheshubbard.com

November 30, 2007

**_Via Federal Express_**

Adam T. Klein, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016

Re:     Phillip Fei v. West LB AG, 07 Civ. 8785 (HB)

Dear Mr. Klein:

We represent WestLB AG ("WestLB") in the above-referenced action. It has come to WestLB's attention that Philip Fei misappropriated WestLB's information and documents. Specifically, on numerous occasions during Mr. Fei's employment at WestLB, he used the WestLB computer that WestLB had given him access to for authorized purposes to transmit, without authorization, highly sensitive WestLB information and documents to his personal Hotmail account. The information that Mr. Fei misappropriated includes, *inter alia,*: personal and private information of WestLB's employees, including, but not limited to their social security numbers, home addresses, birthdates, home telephone numbers and salaries; and WestLB's confidential, proprietary and attorney-client privileged information. In addition to violating WestLB's policies to which Mr. Fei was and remains bound, Mr. Fei's misappropriation violates a number of laws and gives rise to claims against Mr. Fei.

On behalf of WestLB, we hereby demand on or before December 7, 2007, the return, to my attention, of all WestLB information and documents and all copies thereof in any form, electronic or otherwise, of all WestLB information and documents in Mr. Fei's possession, custody or control, including but not limited to the information and documents that he transmitted to his personal Hotmail account, or otherwise transferred, transmitted or removed from WestLB by any means, in any manner. This shall include any WestLB information and documents, and any copies, in any form, electronic or otherwise, that Mr. Fei provided to anyone including but not limited to you or any other attorneys or employees thereof, by any means, in any manner. The return of this information and documents should be accompanied by affidavits from Mr. Fei and yourself certifying that Mr. Fei and anyone to whom he has given WestLB information or documents has returned same and all copies thereof.

      We also demand the immediate preservation, without deletion, alteration or reformatting of the hard drives of any personal or other computers accessed by Mr. Fei, including any by which he accessed his Hotmail account, and any other electronic media in which Mr. Fei has stored information or documents, containing, reflecting or referring to any WestLB information or documents, including his Hotmail account.

      WestLB reserves all of its rights and remedies.

                                Very truly yours,

                                Ned H. Bassen

cc:     Jack A. Raisner, Esq. (Via Federal Express)
           Linda A. Neilan, Esq. (Via Federal Express)
           Vilia B. Hayes, Esq.