# EXHIBIT K

# OUTTEN & GOLDEN LLP

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

*Advocates for Workplace Fairness*

December 13, 2007

*Of Counsel*
Jack A. Raisner
Allegra L. Fishel
Lewis M. Steel
Wendi S. Lazar
Deborah L. McKenna
Nantiya Ruan

Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

**VIA FEDERAL EXPRESS**

Vilia B Hayes, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, N.Y. 10004-1482

    Re:    *Fei v. West LB AG*, 07 Civ. 8785 (HB)

Dear Ms. Hayes:

    We are writing in response to Ned Bassen's letter dated November 30, 2007. Enclosed is a package from Philip Fei with all documents related to West LB in his possession. It is our understanding that Mr. Fei has included a document log in the package itemizing the enclosed documents. Mr. Fei has not retained any copies of these documents. As you already know, Mr. Fei does have emails related to West LB in his hotmail account. Pursuant to your request and in accordance with Mr. Fei's litigation obligations, Mr. Fei has not deleted or altered any of these emails. He will continue to preserve them. Mr. Fei's compliance with Mr. Bassen's requests is not to be construed in any way as an admission that his possession of WestLB related information or materials has been improper.

    With respect to Outten & Golden LLP, we have neither looked at the documents in the package nor retained any copies. Although the package was sealed when Mr. Fei sent it to our office, one of the secretaries opened it. No attorney at our office, however, looked at the contents of the package.

3 Park Avenue, 29th Floor     New York, NY 10016     Tel 212-245-1000     Fax 212-977-4005
4 Landmark Square, Suite 201     Stamford, CT 06901     Tel 203-363-7888     Fax 203-363-0333
og@outtengolden.com     www.outtengolden.com

Vilia B Hayes, Esq.
December 13, 2007
Page 2 of 2


      Finally, as you are already aware, West LB must undertake efforts to preserve from spoliation all of these documents and any other documents, electronic and otherwise, that relate to Mr. Fei and his claims.

                                              Very truly yours,

                                              Linda A. Neilan

Enclosures

cc:    Philip Fei (without enclosures)
        Jack A. Raisner, Esq. (without enclosures)