# EXHIBIT L

| Item# | Date | Description | Pages |
|---|---|---|---|
| 1 | 12/09/03 | HR Meeting Agenda with Philip Fei's notes | 1 |
| 2 | 01/04/05 | HR Meeting Agenda with Philip Fei's notes | 1 |
| 3 | 01/04/05 | Sandra Russo email to HR group re Agenda for HR Meeting | 1 |
| 4 | 05/10/05 | HR Meeting Agenda | 1 |
| 5 | 06/27/05 | Lisa Carro email to Philip Fei, cc on Daniela Bazemore re her OT questions | 3 |
| 6 | 07/15/05 | Lisa Carro forward email from Vivian Yost to Philip Fei re Non Exempt Employees Policy | 2 |
| 7 | 07/15/05 | Copy of "Proposal for a new or modified section Non-Exempt Employees" | 2 |
| 8 | 09/09/05 | Lisa Carro email to Mary Claire Costello, cc on Philip Fei re her OT Settlement 401k treatment | 2 |
| 9 | 10/06/05 | Philip Fei's email to Linda Shirley/Lisa Carro/Gregg Rieber, questioning who should make decision about Exempt/Non-exempt status. | 1 |
| 10 | 10/06/05 | Lisa Carro email to Philip Fei, cc on Gregg Rieber/Linda Shirley, responding above question | 2 |
| 11 | 10/07/05 | Linda Shirley email to Philip Fei, cc on Gregg Rieber/Lisa Carro, the new hire is non-exempt. | 2 |
| 12 | 12/20/05 | Amy Favetta's email to Andrew Cooper, cc on Philip Fei, re Nancy Martira's retro OT pay | 2 |
| 13 | 02/24/06 | Philip Fei email to Lisa Carro, cc on Linda Shirley, report "2005 OT Paid to Executives in IBNA." | 3 |
| 14 | 03/16/06 | Copy of "Americas HR 2005 Year in Review", given by Janine Cristiano to all HR staff. | 17 |
| 15 | 03/21/06 | Gregg Rieber email to Philip Fei request six employee's timesheet | 1 |
| 16 | 04/21/06 | Philip Fei email the report "YTD OT Earnings as of April 21 2006" to Gregg Rieber per request | 1 |
| 17 | 05/09/06 | Philip Fei forward the report "Final exemption report Updated June 6" from Lisa's 6/8/05 email to Gregg | 1 |
| 18 | 05/09/06 | Copy of "Final exemption report Updated June 6". | 7 |
| 19 | 11/08/06 | Philip Fei email the report "Exec OT Novermber 8, 2006" to Gregg Rieber as per request | 1 |
| 20 | 11/08/06 | Report "Exec OT Novermber 8 2006" | 1 |
| 21 | 01/18/07 | Linda Shirley email to Philip Fei, re "Lisa Carro would like to pay Canute for the 2 hours in question" | 2 |
| 22 | 01/18/07 | Amy Favetta emai Philip Fei, that Harmeet Bindra is overtime eligible. | 1 |
| 23 | 01/29/07 | Amy Favetta email Philip Fei, re "OT Eligible Employees" 12 employee in Cheryl Wilson's group | 1 |
| 24 | 01/30/07 | Amy Favetta email Philip Fei, answered five questions about this new OT group,cc Lisa/Linda/Gregg | 2 |
| 25 | 02/01/07 | Philip Fei email to the 12 employees in CW group to inform them they are OT eligible now | 1 |
| 26 | 02/05/07 | Philip Fei email the report "2006 Overtime Paid" to Lisa/Linda/Amy/Gregg | 1 |
| 27 | 02/05/07 | Copy of "2006 Overtime Paid" | 1 |
| 28 | 05/21/07 | Amy Favetta email Philip Fei re another 14 employees are now OT eligible,cc Lisa/Gregg/Linda | 2 |
| 29 | 05/21/07 | Amy Favetta email the 14 employees to inform them OT eligible, effective 5/21/07 | 1 |
| 30 | 05/30/07 | and 6/5 Amy Favetta ask for "a list of managers that you have as OT eligible" | 1 |
| 31 | 06/08/07 | Jean D'Elena ask for " a list of emps with Exempt/Non-exempt status" to be loaded to SAP | 1 |
| 32 | 06/08/07 | Philip Fei eamil Jean D'Elena the report "Employees Who are Paid OT as of June 1 2007",cc Amy | 1 |