IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **PHILIP FEI,** on behalf of himself and classes of those similarly situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>**WESTLB AG,**<br><br>                    Defendant. | 07 Civ. 08785 (HB)(FM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Linda A. Neilan of OUTTEN & GOLDEN LLP hereby appears in the in the above-entitled proceeding on behalf of, and has been retained as attorney for Plaintiffs, and hereby demands service a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: January 3, 2008
      New York, New York

                        /s/ Linda A. Neilan
                        Linda A. Neilan (LN 4095)

                        Linda A. Neilan
                        **Outten & Golden LLP**
                        3 Park Avenue, 29th Floor
                        New York, New York 10016
                        Telephone: 212-245-1000
                        **Attorneys for Plaintiffs and the Putative Class**