IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PHILIP FEI,** on behalf of himself and classes of those similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>**WESTLB AG,**<br><br>     Defendant. | 07 Civ. 08785 (HB)(FM)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that Tara Lai Quinlan of OUTTEN & GOLDEN LLP hereby appears in the in the above-entitled proceeding on behalf of, and has been retained as attorney for Plaintiffs, and hereby demands service a copy of all subsequent written communications or notices to said party in this proceeding.

Dated: January 3, 2008
   New York, New York

            /s/ Tara Lai Quinlan
            Tara Lai Quinlan (TQ 0717)

            Tara Lai Quinlan
            **Outten & Golden LLP**
            3 Park Avenue, 29th Floor
            New York, New York 10016
            Telephone: 212-245-1000
            **Attorneys for Plaintiffs and the Putative Class**