Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

*Advocates for Workplace Fairness*

A. Raisner
Wendi S. Lazar
Nantiya Ruan
Deborah L. McKenna
Tammy S. Roupinian
Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

OUTTEN & GOLDEN LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _____

December 26, 2007

*Via Fax and Mail (212) 805-7901*

The Hon. Harold Baer, Jr.
U.S. District Court
Southern District of New York
500 Pearl Street Rm 2230
New York, NY 10007

> **Re:    Philip Fei v. WestLB AG**
> **Docket No. 07 cv 8785 (HB)**

Dear Judge Baer:

I write as counsel to Plaintiff to inform the Court that with respect to any allegations in the Complaint which are being attacked by Defendant's motion to dismiss, Plaintiff intends to rely on the original Complaint. However, Defendant has also answered and asserted counterclaims. The fact that these counterclaims have been brought force Plaintiff to consider amending the complaint to add a cause of action for retaliation.

I apologize that this letter did not issue on Monday, due to holiday closure of this office, and regret any inconvenience caused by the delay.

Respectfully submitted,

Jack A. Raisner

cc:   Ned H. Bassen, Esq. Via Fax (212) 422-4726
      Vilia B. Hayes, Esq. Via Fax (212) 422-4726

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

S.D.J.

Endorsement:

    Thanks for the heads up cc.: don't or are not encompassed at least not yet by my rule.