**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Linda A. Neilan (LN 4095)
Tara Lai Quinlan (TQ 0717)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PHILIP FEI,** on behalf of himself and classes of those similarly situated,<br><br>      **Plaintiff,**<br><br>  -against-<br><br>**WESTLB AG,**<br><br>      **Defendant.** | 07 Civ. 8785 (HB) |

   **PLEASE TAKE NOTICE THAT** Plaintiff will move this Court, before the Honorable Harold Baer, Jr., United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2230, New York, New York 10007, on a date and time to be determined by the Court, to dismiss Defendant's counterclaims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Plaintiff submits a Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims.

2

Dated: January 11, 2008
      New York, NY

                                      **OUTTEN & GOLDEN LLP**
                                      *Attorneys for Plaintiff and the Putative Class*

                                      By:   /s/ Linda A. Neilan
                                              Linda A. Neilan

                                      Adam T. Klein (AK 3293)
                                      Jack A. Raisner (JR 6171)
                                      Linda A. Neilan (LN 4095)
                                      Tara Lai Quinlan (TQ 0717)
                                      3 Park Avenue, 29th Floor
                                      New York, New York 10016
                                      Telephone: (212) 245-1000