# OUTTEN & GOLDEN

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz

*Advocates for Workplace Fairness*



*Of Counsel*
Harold Baer
Michael N. Raisner
Allegra L. Fishel
Lewis M. Steel
Wendi S. Lazar
Deborah L. McKenna
Nantiya Ruan

Rachel M. Bien
Cara E. Greene
Mark R. Humowiecki
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

January 25, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

**VIA FACSIMILE (212) 805 7901**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

Re: *Fei v. West LB AG*, 07 Civ. 8785 (HB)

Dear Judge Baer:

We represent Plaintiff Philip Fei and the putative class in the above-referenced matter. We write to request leave of court pursuant to Federal Rule of Civil Procedure 15(a) to file an amended complaint to add retaliation claims under the Fair Labor Standards Act, 29 U.S.C. § 215(3), and the New York Labor Law § 215. On January 23, 2008, we sent Defendant a letter requesting Defendant's consent. This morning, we sent Defendant a copy of the amended complaint. We are currently awaiting Defendant's response.

In response to Plaintiff's complaint, Defendant filed counterclaims against him for breach of the Computer Fraud and Abuse Act of 1986 and breach of fiduciary duty and duty of loyalty. On January 11, 2008, Plaintiff filed a Motion to Dismiss the Counterclaims because they are frivolous and retaliatory. Plaintiff now seeks the Court's permission to amend his complaint to add retaliation claims.

As discussed in greater detail in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims, the counterclaims are facially frivolous, and, therefore, can



3 Park Avenue, 29th Floor     New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201  Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

Honorable Harold Baer, Jr.
January 25, 2008
Page 2 of 2

only be retaliatory in aim. Filing such frivolous counterclaims is a common form of retaliation against workers who seek to enforce their rights to be paid according to the law. *See, e.g., Jacques v. DiMarzio, Inc.*, 216 F. Supp. 2d 139, 141-43 (E.D.N.Y. 2002).

In short, Defendant alleges that Mr. Fei transmitted and copied company documents in violation of company policies and then used them for his own benefit. Yet, when asked during a 30(b)(b) deposition on the counterclaims how Mr. Fei allegedly used this confidential information for his own benefit, WestLB's 30(b)(6) witness only testified that Mr. Fei used the information "to bring this action against WestLB." See Exhibit A. WestLB's 30(b)(6) witness could not identify *any* way in which Mr. Fei allegedly harmed WestLB.

In light of this deposition testimony, as well as the close proximity in timing between Mr. Fei's filing of the instance complaint and Defendant suing him in response, we believe that Mr. Fei readily meets the lenient standard under Federal Rule of Civil Procedure 15(a). Moreover, Defendant would not be prejudiced by amending the complaint at this early stage of the litigation. Accordingly, we respectfully request that the Court grant Plaintiff permission to file an amended complaint. In the alternative, we ask the Court permission to file a motion to seek leave to file an amended complaint today in accordance with the Court's Pre-Trial Scheduling Order.

Thank you in advance for your attention to this matter.

Very truly yours,

*Linda [signature]*

Linda A. Neilan

Enclosure

cc:    Vilia B. Hayes, Esq. (via facsimile & U.S. mail)
       Ned H. Bassen, Esq. (via facsimile & U.S. mail)

[Handwritten judge's note across page:] I hereby deny this application w/out prejudice. Complaints and Amended Complaints may well be the subject of the motion calendar in accordance w/ the FRCP. To be filed w/in 10 days of the date hereof.

Harold Baer, Jr., U.S.D.J.
1/25/08

Endorsement:

    I rarely deny amendments to complaints and while this may well be ill conceived I will grant the motion subject to a valid objection in accordance with the FRCP filed within 10 days of the date hereof.