UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                           Plaintiff,

        v.

WESTLB AG,

                        Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on January 31, 2008, I electronically filed the foregoing Memorandum Of Law Of WestLB AG In Opposition To Plaintiff's Motion To Dismiss Counterclaims, and Affirmation of Ned H. Bassen and accompanying exhibit with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

Dated: January 31, 2008
       New York, New York

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Ned H. Bassen
                            Ned H. Bassen
                            Vilia B. Hayes
                            Jason Habinsky
                            One Battery Park Plaza
                            New York, New York 10004
                            bassen@hugheshubbard.com
                            (212) 837-6000

                        Attorneys for Defendant WestLB AG

60194661_1.DOC