# EXHIBIT A

```
0001
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   Index No. 07CIV.8785 (HB) (FM)
     ---------------------------------------X
 3   PHILIP FEI, on behalf of himself and
     classes of those similarly situated,
 4
                              Plaintiff,
 5
              -against-
 6
     WEST LB AG,
 7
                              Defendant.
 8   ---------------------------------------X
 9                    3 Park Avenue
                      New York, New York
10
                      January 17, 2007
11                    9:40 a.m.
12
13                    DEPOSITION of LISA CARRO,
14   a witness herein, taken by the Plaintiff, pursuant
15   to Article 31 of the Civil Practice Law & Rules of
16   Testimony, and Notice, held at the above-mentioned
17   time and place, before SARA FREUND, a shorthand
18   reporter and a Notary Public of the State of New
19   York.
20
21
22
23
24
25
```

```
0032
 1                         L. Carro
 2         A.   I don't recall.  I assume it would have
 3   been, but I can't give the exact date.  I don't
 4   know the exact date.
 5         Q.   My question is, do you know whether
 6   WestLB hired a median before or after you and Mr.
 7   Rieber had reviewed the e-mails?
 8         A.   We had reviewed the e-mails.  Yes.  As a
 9   result of some of what we found we engaged the
10   consultant.
11         Q.   So tell me for what purposes WestLB
12   engaged median?
13         A.   We engaged median to determine what
14   exactly had happened with respect to the computers,
15   whether or not they had been tampered with, whether
16   or not our network may have been tampered with,
17   what documents may have been taken.
18         Q.   Anything else?
19         A.   That's primarily it.
20         Q.   Was there a written agreement between
21   WestLB and median?
22         A.   There was a contract.  Yes.
23         Q.   How much money did this investigation
24   cost?
25         A.   It's still ongoing.  We don't have a
```

```
0033
 1                     L. Carro
 2      total.
 3           Q.    How much has it cost to date?
 4           A.    I don't know to date, but I can tell you
 5      that the contract stated $9,000 as an initial fee.
 6           Q.    They request an initial retainer of
 7      $9,000?
 8           A.    Yes.
 9           Q.    And what are the names of the
10      individuals of median conducting the investigation?
11           A.    I don't know the names.
12           Q.    Who would know the names?
13           A.    More than likely our IT Department.
14           Q.    What did median do in their
15      investigation?
16           A.    The investigation is ongoing, so I
17      couldn't tell you.
18           Q.    What have they done until now?
19           A.    They have gotten information from our IT
20      Departments.  They have met with our Information
21      Security people.  They, I believe, have possession
22      of either the computers or the hard drives.  I
23      couldn't say exactly with respect to the actual
24      computer or the hard drive.  I'm sure a number of
25      other things that I'm not responsible for dealing
```

```
0073
 1                      L. Carro
 2   to get some answers to those questions?
 3           MR. BASSEN:  Objection.  Outside the
 4       scope of the notice.
 5       A.    We're basically stalled at this point
 6   with respect to that investigation.
 7       Q.    And for how long has WestLB been stalled
 8   with respect to that investigation?
 9       A.    I couldn't say the exact amount of time.
10   It's been a number of months.
11       Q.    Had it been since before October of 2006
12   -- excuse me, October of 2007?
13       A.    With respect to the identity theft, the
14   fact that Mr. Fei e-mailed certain information to
15   himself using non-secure means has brought to our
16   attention the fact that we may need to do some
17   additional review of his computers to determine
18   whether or not he may have been the source of the
19   breach.
20       Q.    Has WestLB conducted that review?
21       A.    Mandeint is currently reviewing the
22   computers.
23       Q.    Do you have any information regarding
24   Mandeint's findings?
25       A.    No.  It's an ongoing investigation.
```