UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes
of those similarly situated,

Plaintiff,

v.

WESTLB AG,

Defendant.

Index No.:  07 Civ. 8785 (HB) (FM)

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on January 31, 2008, I electronically filed the foregoing Memorandum Of Law Of WestLB AG In Opposition To Plaintiff's Motion To Dismiss Counterclaims, and Affirmation of Ned H. Bassen and accompanying exhibit with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

Dated: January 31, 2008
    New York, New York

HUGHES HUBBARD & REED LLP

By:/s/ Ned H. Bassen
    Ned H. Bassen
    Vilia B. Hayes
    Jason Habinsky
    One Battery Park Plaza
    New York, New York 10004
    bassen@hugheshubbard.com
    (212) 837-6000

    Attorneys for Defendant WestLB AG