Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

# Outten & Golden LLP

*Advocates for Workplace Fairness*

L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian
Rachel M. Bien
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant

March 10, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/08

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

    Re:   *Fei v. West LB AG*, 07 Civ. 8785 (HB)

Dear Judge Baer:

    We represent Plaintiff Philip Fei and the putative class in the above-referenced matter. We write to respectfully request an extension of time to file Plaintiff's Motion for Conditional Certification under 29 U.S.C. § 216(b), which is currently due on March 15, 2008. Plaintiff has twice asked Defendant to consent to this request, but Defendant has never responded.

    Although Plaintiff noticed a 30(b)(6) deposition on payroll practices for January 29, 2008, Defendant has not agreed to produce a witness until March 18, 2008. Likewise, Defendant has not yet produced all of the documents that we requested in December 2007 that are necessary for this deposition. For these reasons, Plaintiff requests the extension.

    Plaintiff proposes the following revised briefing schedule on this motion.

| | |
|---|---|
| Plaintiff's Motion for Conditional Certification | April 25, 2008 |
| Defendant's Opposition | May 23, 2008 |
| Plaintiff's Reply | June 6, 2008 |

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com

Please note that this extension will not affect the other deadlines in the Court's Pretrial Scheduling Order.

    In accordance with Your Honor's rules, we have enclosed a copy of the docket sheet.

                         Very truly yours,

                         Linda A. Neilan

Enclosure

cc:     Hon. Frank Maas (via U.S. mail)
        Vilia Hayes, Esq. (via email & U.S. mail)
        Ned Bassen, Esq. (via email & U.S. mail)
        Jack A. Raisner, Esq.

[Handwritten note, diagonally across page:] It's a little late to come to me with concerns about D's production, suffice it to say that while you have lots of time — the FRCP in particular Rule 37, should resolve your problems in the future or during a S/C we could evaluate — however so long as you bring the problems to my attention and the trial date is never changed you both may have your day fully.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 3/17/08

Endorsement:

    Its a little late to come to me with concerns about defendant's production, suffice it to say that while you have lots of time - the FRCP in particular Rule 37, should resolve your problems in the future or arrange a telephone conference call with me and the problems frequently evaporate - however so long as you know that the dispositive motions and the trial month never change you may have until June 6 for fully briefed motions.