# Hughes Hubbard

**MEMO ENDORSED**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Ned H. Bassen
Direct Dial: 212-837-6090
bassen@hugheshubbard.com

March 19, 2008

> *Counsel should place a conference call to Chambers by March 24 to arrange a new date for an in-court conference.*
>
> */s/ Maas, USMJ,*
> *3/19/08*

**VIA FACSIMILE**

Honorable Frank Maas
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re:    Fei v. West LB AG, 07 Civ. 8785 (HB)

Dear Judge Maas:

We represent Defendant and Counterclaim Plaintiff WestLB AG ("WestLB"). We write to advise Your Honor that WestLB will be responding to Plaintiff Fei's counsel's March 18, 2008 letter to the Court, and also will be raising a number of what we believe to be serious discovery deficiencies by Plaintiff Fei. As we have just learned today that Plaintiff Fei's counsel may not be producing Plaintiff Fei for deposition, our letter to your Honor awaits our attempting to first resolve this new discovery issue with Plaintiff Fei's counsel.

By letter from Your Honor's Chambers dated March 11, 2008, a telephone conference has been scheduled in this matter for April 9, 2008. Because of the number of discovery disputes and what we believe to be the severity of Plaintiff Fei's discovery deficiencies (which we will be setting forth in our letter), we respectfully request that the telephone conference be changed to an in person conference before your Honor. In all events, we hereby request an adjournment and rescheduling because of a conflict that we have on April 9, 2008.

Respectfully Submitted,

*/s/ Ned H. Bassen*

Ned H. Bassen

cc:    Honorable Harold Baer, Jr.
       Jack Raisner, Esq.
       Linda Neilan, Esq.
       Tara Lai Quinlan, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

60247129_1.DOC

New York  ■  Washington, D.C.  ■  Los Angeles  ■  Miami  ■  Jersey City  ■  Paris  ■  Tokyo