UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                Plaintiff,

v.

WESTLB AG,

                Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**Jury Trial Demanded**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on March 24, 2008, I electronically filed the foregoing Answer and Counterclaims with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

Dated: March 24, 2008
      New York, New York

                                        /s/ Ned H. Bassen
                                        Ned H. Bassen

60249674_1.DOC