UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILIP FEI, on behalf of himself
and classes of those similarly situated,
                                     Plaintiff,

                    07 CIVIL 08785 ( HB )

        -against-

WEST LB AG,
                                  Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Tara Lai Quinlan__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       TQ 0717

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: U.S. Court of Appeals, 2nd Circuit

    To:    Outten & Golden LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*    3 Park Avenue, 29th Floor, New York, NY 10016

☒ *Telephone Number:* (212) 245-1000 x 9838

☒ *Fax Number:* (212) 977-4005

☐ *E-Mail Address:*

Dated: April 15, 2008                             */s/ Tara Lai Quinlan*