[Page 82]

1       Q. And do you think that there were

2   approximately forty executives in 2005

3   also or were there more or less?

4       A. There might have been more.  There

5   were more people at that time.  There

6   might have been slightly more.

7       Q. So, about out of those

8   approximately forty, maybe four executives

9   in 2005, what percentage did West LB

10  reclassify as non-exempt after the

11  reclassification project?

12                  MR. BASSEN:  Objection.

13                  THE WITNESS:  I don't

14      recall.

15  BY MS. NEILAN:

16      Q. Was it all of them?

17                  MR. BASSEN:  Objection.

18                  THE WITNESS:  Again, I

19      don't recall the numbers.  I don't.

20  BY MS. NEILAN:

21      Q. I don't want the exact number.  I'm

22  entitled to your best estimate.

23                  MR. BASSEN:  You are not.

24      It's beyond the scope of the

25      deposition.  It's neither a policy nor

[Page 83]

1    a practice.

2              THE WITNESS:  It's not an

3    estimate.  Honestly, it would be a

4    guess.  A guess is not going to be

5    anywhere near right.

6    BY MS. NEILAN:

7       Q. Give me your best guesstimate.

8              MR. BASSEN:  Objection.

9              THE WITNESS:  Honestly, I

10   don't know.  All of them, no.  Not all

11   of them were reclassified.

12   BY MS. NEILAN:

13      Q. Was it more than one?

14      A. It was more than one.

15      Q. Do you know if it was closer to ten

16   or closer to forty?

17              MR. BASSEN:  Continuing

18   objection.

19              THE WITNESS:  I don't know.

20   I honestly don't know.

21   BY MS. NEILAN:

22      Q. So, what did West LB do after it

23   reclassified executives as non-exempt

24   after the exemption testing was complete

25   with respect to the compensation of those

[Page 84]

1    individuals?

2        A. Once they were reclassified as

3    non-exempt, they were eligible for overtime.

4        Q. When did West LB start paying

5    executives after the reclassification

6    project overtime compensation?

7        A. Yes.  They paid them overtime after

8    they were reclassified and they paid them

9    back pay 'til, I believe it was,

10   August '04.

11       Q. When did West LB start paying these

12   executives that it reclassified overtime

13   going forwards?

14       A. I believe it was June of '05.

15       Q. In June '05, did West LB start

16   paying all executives overtime compensation?

17       A. All executives who were classified

18   as non-exempt.

19       Q. So after June '05, have there been

20   some executives at West LB who have been

21   reclassified as exempt?

22       A. Not that I'm aware of.

23       Q. What do you mean when you say that

24   West LB paid back pay to August 2004?

25       A. I mean that they were paid for any

[Page 85]

1  overtime that they did back until 2004.

2  Sorry, August 2004.

3      Q. Who was responsible, I mean which

4  individuals were responsible for paying

5  reclassified executives back pay?

6      A. For paying them?  Actually, paying

7  them?

8      Q. Yes.

9      A. The payroll manager was responsible

10  for paying them.

11      Q. And how did the payroll manager

12  know how much to pay them?

13      A. The payroll manager received a

14  spreadsheet with the names of the

15  individuals impacted.  He was asked to

16  verify the amounts to insure that the

17  calculations were correct and to process

18  the payments.

19      Q. Who gave the payroll manager the

20  spreadsheet?

21      A. I did.

22      Q. Do you have that spreadsheet?

23      A. Do I have the spreadsheet?

24  Probably somewhere we have it.

25      Q. How did you create that spreadsheet?

[Page 86]

1    A. How?

2    Q. Did you create the spreadsheet?

3    A. The spreadsheet was, yes. I don't

4   know that I created the original version

5   of the spreadsheet. Yes, I updated the

6   spreadsheet to include the estimated

7   overtime for those who were impacted.

8    Q. When you say "those who were

9   impacted," those who were reclassified as

10   non-exempt?

11    A. Yes. Those who were reclassified,

12   yes.

13    Q. How did you calculate the back pay

14   that was to be paid to the reclassified

15   executives?

16    A. The executives were consulted along

17   with our managers. The managers did a

18   first estimate. The individual managers

19   did a first estimate of the overtime. And

20   the manager met with their, they met with

21   their staff members once the estimate was

22   done and it was processed.

23    Q. Did you ever talk to the managers

24   about how to conduct this first estimate?

25    A. Yes.

[Page 92]

1    Q. Let's start with the outside of

2  advice of counsel.  Are you aware of why

3  August 4 was chosen as the date?

4    A. No.

5    Q. My question now is:  With knowledge

6  from anywhere, including from counsel, do

7  you know why August 2004 was chosen as the

8  date?

9        MR. BASSEN:  I direct her

10  not to answer.  Outside the scope of

11  the deposition and it's privileged and

12  work product.

13        If you have a proper

14  deposition notice, we may consider --

15        MS. NEILAN:  I will accept

16  your objection based on

17  attorney/client privilege grounds.

18  For that reason, I will go on.

19        MR. BASSEN:  It's not a

20  question of you accepting anything.

21        MS. NEILAN:  You know, it's

22  improper to object.  You can object to

23  the scope.  She has to answer my

24  questions.

25        MR. BASSEN:  Not if it's

[Page 93]

1  privileged.

2      MS. NEILAN:  So, it's based

3  on privilege?

4      MR. BASSEN:  In conjunction

5  with an improper question outside the

6  scope.  If there was a proper scope,

7  then we would consider waiving the

8  privilege.  It's not the time for us

9  to consider it here because that's not

10  what the deposition called for.

11      MS. NEILAN:  If you do not

12  consider it attorney/client privilege,

13  then I will move on.

14  BY MS. NEILAN:

15      Q. Did West LB make any retroactive

16  payments to executives for work that they

17  performed prior to August 2004?

18      A. Not that I'm aware of.

19      Q. So, with respect to all of the

20  executives that West LB classified in...

21  strike that.

22          Let me start again.  With

23  respect to all of the executives that West

24  LB reclassified as non-exempt in the

25  spring of 2005, is it correct that West LB

[Page 94]

1    did not pay any of those executives

2    overtime compensation for any time period

3    prior to August 2004?

4        A. Repeat the question.

5        Q. Sure.  With respect to all the

6    executives that West LB reclassified as

7    non-exempt in the spring of 2005, is it

8    correct that West LB did not pay any of

9    those executives overtime compensation for

10   any time period prior to August 2004?

11       A. Not that I'm aware of.

12       Q. So is the answer, yes, to the best

13   of your knowledge?

14           MR. BASSEN:  Asked and

15       answered.

16           THE WITNESS:  I'm not aware

17       of any additional overtime pay.

18   BY MS. NEILAN:

19       Q. Are you aware of West LB paying any

20   executives that it reclassified as

21   non-exempt in the spring of 2005 overtime

22   compensation for work that they performed

23   prior to August 2004?

24           MR. BASSEN:  Let the record

25       note this is the third time the

[Page 95]

1    question has been asked and answered.

2             THE WITNESS:  I'm not aware

3    of it.

4    BY MS. NEILAN:

5        Q. How did you verify the amounts of

6    overtime that the managers came up with

7    when they estimated unpaid overtime?

8             MR. BASSEN:  Objection.

9    Asked and answered.

10            THE WITNESS:  Managers did

11   the initial estimate and they reviewed

12   their estimates with the executives.

13   Executives had the opportunity to

14   agree or disagree and that's, basically,

15   how the estimates were determined.

16   BY MS. NEILAN:

17       Q. Did you verify in any way the

18   estimates?

19       A. I personally did not verify the

20   estimates.

21       Q. Did anyone, other than the

22   individual executives managers, verify the

23   estimates?

24       A. No.

25       Q. And were the managers actually

[Page 99]

1    words, they filled out time sheets and the

2    time sheets would have indicated on which

3    days they worked, what hours.  There would

4    have been a calculation of how many hours

5    they worked in a week, how many hours over

6    forty.  Depending upon what days of the

7    week those were, Monday through Friday,

8    was it Saturday?  Was it Sunday?  It

9    varied depending upon the particular

10   circumstances of that individual.

11        Q. So, let's narrow my hypothetical.

12   Let's say the individual worked Monday

13   through Friday.  Again, this hypothetical

14   secretary in question worked forty-two

15   hours during a work week in September

16   2004, what would West LB have paid that

17   individual prior to its reclassification

18   project?

19                MR. BASSEN:  Objection.

20                THE WITNESS:  Forty-two

21        hours actually worked?

22   BY MS. NEILAN:

23        Q. Yes.

24        A. Forty-two hours actually worked,

25   they would have gotten their thirty-five

[Page 100]

1    hours.  After thirty-five, sorry,

2    thirty-six to forty, they would have been

3    paid straight time.  Over forty,

4    time-and-a-half, assuming Monday through

5    Friday, no holiday situation.

6         Q. Apart from that, would West LB have

7    paid this hypothetical secretary any other

8    compensation as part of its re-

9    classification project?

10                   MR. BASSEN:  Objection.

11                   THE WITNESS:  They paid the

12        back overtime that was calculated as

13        part of the exercise with the managers

14        and the executives.

15   BY MS. NEILAN:

16        Q. Did West LB pay interest to

17   employees as part of these retroactive

18   payments?

19        A. No, they did not pay interest.

20        Q. Did West LB pay any money

21   attributed to retroactive damages as part

22   of its payments?

23        A. No.

24        Q. Did West LB use the same dates for

25   employees when it was making these

[Page 101]

1    retroactive payments?

2        A. I'm sorry, what is the question?

3        Q. Did West LB use the same, the same

4    dates to make the retroactive payments to

5    all the executives?  Did West LB only make

6    these retroactive payments from August

7    2004 until June 2005?

8                MR. BASSEN:  Objection.

9                THE WITNESS:  For those

10    reclassified, yes.

11    BY MS. NEILAN:

12        Q. Only for that time period?

13                MR. BASSEN:  Objection.

14                THE WITNESS:  To the best

15    of my knowledge, yes.

16    BY MS. NEILAN:

17        Q. Can you tell me the names of the

18    different departments at West LB?

19                MR. BASSEN:  Objection.

20    Beyond the scope of this deposition.

21    Neither policy nor a practice.

22                THE WITNESS:  There are

23    many, many names of departments at

24    West LB.

25    BY MS. NEILAN:

[Page 116]

1      A. Or in asset management here in the

2  United States.

3      Q. Just here in the United States.

4      A. There's not that many.  I would say

5  there's, maybe, maybe a dozen.

6      Q. With respect to the current

7  employees in the HR department that West

8  LB classifies as exempt, does West LB

9  classify them as exempt under the

10  administration exemption or professional

11  exemption?

12          MR. BASSEN:  No objection

13      to the extent it calls for a legal

14      conclusion.

15          THE WITNESS:  I did not do

16      the exemption testing.  I wouldn't be

17      able to speak to that.

18  BY MS. NEILAN:

19      Q. Do you know what the executive

20  exemption is under the Fair Labor

21  Standards Act?

22      A. I have general knowledge of it.

23      Q. What do you know about it?

24      A. Not enough to speak intelligently

25  about it.

[Page 117]

1              Exemption testing was done

2      by our internal counsel.  As it relates to

3      managers, it was done by external counsel.

4          Q. Do you have any knowledge of the

5      administrative exemption under the Fair

6      Labor Standards Act?

7          A. I have knowledge that it exists.  I

8      don't know very much about it.  We relied

9      on external counsel to do the evaluations

10     of those positions.

11         Q. Did you ever receive any training

12     on the requirement of the Fair Labor

13     Standards Act?

14         A. Personally?

15         Q. Yes.

16         A. No.

17         Q. Did you ever receive any training

18     on the requirements of New York Labor Law?

19         A. No.

20         Q. What exemption testing was

21     performed by counsel with respect to

22     managers?

23         A. The outside counsel was provided

24     with job descriptions.  They conducted

25     interviews with managers with respect to

[Page 118]

1    the job responsibilities and duties of

2    individuals and they determined the

3    classification of those positions that

4    were being evaluated.

5        Q. Who was the outside counsel?

6        A. Rich Greenberg.

7        Q. What law firm?

8        A. Jackson Lewis.

9        Q. When did West LB retain Rich

10   Greenberg to conduct this exemption

11   testing?

12       A. I don't know the exact date that he

13   was retained.  I know that he was given or

14   provided with information sometime in the

15   fall of 2006.  I believe he was retained

16   prior to that.

17       Q. And prior to your retaining Mr.

18   Greenberg to conduct this exemption

19   testing, did West LB conduct any other

20   exemption testing with respect to managers?

21       A. Not that I'm aware of.

22       Q. With respect to the

23   reclassification project that you

24   testified earlier, was that limited to

25   executives?

[Page 119]

1      A. The reclassification of the

2    executives was, yes, separate than the

3    evaluation of the managers.

4      Q. And as part of the -- prior to the

5    exemption testing performed by outside

6    counsel from Jackson Lewis, how did West

7    LB classify managers?

8      A. I believe up until that point,

9    most, if not all managers, were classified

10   as exempt.

11     Q. Did there come a time when West LB

12   reclassified some managers as non-exempt

13   employees?

14     A. Yes.  There was a time after the

15   evaluation that West LB reclassified some

16   managers as non-exempt.

17     Q. When was that?

18     A. The first reclassification for a

19   small group of individuals was done in

20   January'ish of 2007 and the rest were

21   completed, I would say, in May of 2007.

22     Q. And how many managers were

23   reclassified in 2007?

24     A. Somewhere around a dozen.

25     Q. And how many managers were

[Page 120]

1    reclassified in May of 2007?

2        A. Somewhere around a dozen.  Around a

3    dozen, I would say.

4        Q. And apart from those two

5    reclassifications, approximately

6    twenty-four positions, did West LB ever

7    reclassify any other managers?

8        A. Since that time, I don't believe

9    so.  I don't believe that anyone up until,

10   I don't believe anybody was promoted.  I

11   don't believe that anyone else was

12   reclassified since that time because that

13   would have been after promotions, so, no.

14       Q. With respect to those twenty-four

15   positions that were -- strike that.

16               With respect to the

17   twenty-four "manager" positions that were

18   reclassified from exempt to non-exempt,

19   did West LB apply the administrative

20   executive or professional exemption?

21       A. I don't know.  That was determined

22   by outside counsel.

23       Q. You have no knowledge regarding

24   that?

25       A. I don't know specifically, no.

[Page 121]

1      Q. Who made the decision at West LB to

2   reclassify those twenty-four manager

3   positions?

4      A. We were guided by the advice given

5   to us by counsel.

6      Q. Were you involved in the process?

7      A. I was involved in the process.

8      Q. Who else was involved in the

9   process?

10      A. Amy Favetta was involved in the

11   process. Gregory Reiber was involved in

12   the process. A variety of managers who

13   were interviewed were involved in the

14   process. Natalie Henriquez might have

15   been involved to a lesser extent than the

16   rest of us.

17      Q. Anybody else?

18      A. Linda, probably, too. Again, to a

19   lesser extent than the rest of us.

20      Q. Linda Shirley?

21      A. Yes.

22      Q. What was your involvement in the

23   process?

24      A. My involvement in the process was

25   very limited.

[Page 122]

1          Amy was managing the

2     process in conjunction with Greg and they

3     were dealing with the outside, with

4     outside counsel on the project.

5          Q. What did you do on the project?

6          A. I met with Amy.  I met with Greg to

7     discuss the project, the status of the

8     project, the outcome of the project and at

9     one point, I met with Rich Greenberg with

10    respect to the positions within HR.

11         Q. As part of the reclassification of

12    some managers, did West LB issue any

13    surveys?

14              MR. BASSEN:  Objection.

15              THE WITNESS:  I don't

16    believe that there were any surveys.

17    There were interviews.

18    BY MS. NEILAN:

19         Q. Who conducted the interviews?

20         A. Rich Greenberg.

21         Q. Who did he interview?

22         A. He interviewed a number of

23    managers.  I couldn't say exactly who, off

24    the top of my head.

25         Q. Did he interview all of the

[Page 123]

1    managers at West LB?

2         A. I don't know if he interviewed all

3    of them.

4         Q. Do you know any of the managers

5    that he did interview?  Do you know their

6    names?

7         A. I don't know.  I couldn't say who

8    exactly who he interviewed.

9         Q. How do you know he interviewed

10   managers?

11        A. Because I was advised by Amy and

12   Greg who set up the interviews.

13        Q. Do you know how many interviews

14   they set up?

15        A. I don't know how many they set up.

16        Q. Do you know how long the interviews

17   lasted?

18        A. The individual interviews them-

19   selves?

20        Q. Yes.

21        A. I have no idea.

22        Q. Did you sit in on any of these

23   interviews?

24        A. No.  Only my own interview.  Only

25   when I spoke to him about the HR people.

[Page 124]

1      Q. And when you say that Richard

2   Greenberg interviewed the managers, was he

3   interviewing the managers that were at the

4   subject of the reclassification project or

5   was he interviewing supervisors of those

6   individuals in questions?

7      A. Interviewing the supervisors of

8   those individuals in question.

9      Q. So, did Richard -- did outside

10  counsel conduct any interviews as part of

11  its exemption testing of managers, of the

12  actual managers themselves?

13     A. I don't know.  I'm not sure if he

14  did or not.

15     Q. You just have knowledge of

16  interviewing supervisors of the managers,

17  is that correct?

18     A. Yes.

19     Q. You have no knowledge of outside

20  counsel interviewing the managers them-

21  selves?

22     A. No, I do not.

23     Q. Would Amy Favetta or Greg Reiber

24  know whether managers themselves were

25  interviewed as part of the exemption

[Page 125]

1    testing of managers?

2        A. Yes.

3        Q. So, you never discussed that with

4    Greg Reiber and Amy Favetta?

5        A. It never came up in conversation.

6        Q. What did come up in your

7    conversations regarding exemption testing

8    managers?

9        A. Basically, just status updates,

10    where were we with the project?

11        Q. Do you know what factors outside

12    counsel was evaluating when he interviewed

13    the supervisors or the managers as part of

14    the exemption testing?

15                MR. BASSEN:  I ask you not

16        to answer the question.

17                MS. NEILAN:  Why are you

18        asking her not to answer?

19                MR. BASSEN:  Two reasons:

20        Same as before.  Outside the scope of

21        the notice and it's privileged and

22        work product.

23                If you want to have a

24        proper deposition about it with a

25        proper notice, we will consider

[Page 129]

1    so, as a result of that, their job

2    descriptions may have changed.

3        Q. Were any of these twelve

4    individuals that were reclassified in

5    January 2007 moved to this middle office?

6        A. Their department was impacted, yes.

7        Q. Do you know if their job, the

8    twelve managers were reclassified in

9    January 2007 whether or not their job

10   descriptions actually changed?

11       A. I don't know for sure.

12       Q. What about the managers who were

13   reclassified in May 2007, did their job

14   classifications change after the

15   reclassification?

16       A. Change after the reclassification?

17   I don't know.

18       Q. What about before the

19   reclassification?

20       A. I don't know.  Each of the jobs,

21   each of the individuals' impact were

22   different and they all had different job

23   descriptions.  I really couldn't say.

24       Q. Do you know if any of the job

25   descriptions of any of the managers' job

[Page 130]

1    classifications changed?

2        A. I don't know.

3        Q. Were any of the managers in the HR

4    department reclassified in either of these

5    reclassifications in 2007?

6        A. No.

7        Q. So prior to 2007, all managers in

8    HR have been classified as exempt, is that

9    correct?

10       A. That's correct.

11       Q. And since 2007, up to the present

12   time, all managers, with the exception of

13   Sandra Russo, have been classified as

14   exempt, is that correct?

15       A. That's correct.

16       Q. As part of the reclassification in

17   January 2007, did West LB pay any of those

18   managers any money?

19       A. No.

20       Q. What about the reclassification in

21   May 2007?

22       A. Once they became, once they were

23   reclassified as non-exempt, they were then

24   eligible for overtime.

25       Q. So that approximately twelve

1    managers that West LB reclassified in

2    January 2007 classified them from exempt

3    employees to non-exempt employees, is that

4    correct?

5        A. Yes.

6        Q. Why did West LB reclassify them as

7    non-exempt?

8        A. They were reclassified based on the

9    advice of counsel.

10       Q. What was counsel's decision based

11   on?

12                MR. BASSEN:  Objection.  I

13       direct her not to answer.

14                MS. NEILAN:  Why are you

15       directing her not to answer?

16                MR. BASSEN:  You asked what

17       was counsel's advice based on.  That's

18       privileged work product, outside this

19       deposition.

20                If you want to take a

21       deposition on that properly noticed,

22       we will consider whether to waive it.

23       We are not waiving it now if it's

24       outside the scope.

25   BY MS. NEILAN:

[Page 132]

1      Q. Why did West LB reclassify the

2   approximately twelve managers that it

3   reclassified in May 2007 from exempt to

4   non-exempt?

5      A. They were reclassified based on the

6   advice of counsel.

7      Q. What was the advice of counsel?

8            MR. BASSEN:  Same direction.

9   BY MS. NEILAN:

10     Q. Did West LB make any retroactive

11  payments to any of the managers that it

12  reclassified in 2007?

13     A. No, not that I'm aware of.

14     Q. Why did West LB make retroactive

15  payments to executives in 2005 that had

16  been classified as exempt and reclassified

17  as non-exempt and not making retroactive

18  payments to managers who were classified

19  as exempt and then classified as non-

20  exempt?

21     A. Based on the advice of counsel.

22     Q. What was that advice?

23            MR. BASSEN:  Same direction.

24            MS. NEILAN:  Are you

25  directing her not to answer based on

[Page 133]

```
 1        the attorney/client privilege?

 2                    MR. BASSEN:  Exactly what I

 3        said before.

 4                    MS. NEILAN:  Based on

 5        attorney/client privilege?

 6                    MR. BASSEN:  Exactly what I

 7        said before.

 8                    MS. NEILAN:  I would like

 9        to take a lunch break now.

10                    (Luncheon recess taken,

11        11:46 a.m.)

12                    ----

13                    (Afternoon session

14        commenced, 12:38 p.m.)

15   BY MS. NEILAN:

16        Q. So, West LB classified all managers

17   as exempt between 2001 until 2007, is that

18   correct?

19                    MR. BASSEN:  Objection.

20                    THE WITNESS:  I can tell

21        you from the point that I joined

22        forward.  I can't really speak to the

23        period before that.

24   BY MS. NEILAN:

25        Q. Do you have any knowledge regarding
```

[Page 137]

1    on their job descriptions?

2        A. I thought we were talking about

3    managers.

4        Q. Pardon me.

5            Is it your testimony that

6    West LB classified all managers as exempt?

7        A. Based on their responses as

8    documented in their job descriptions.

9        Q. Did the job descriptions contain a

10   list of responsibilities?

11       A. Job descriptions would contain

12   roles and responsibilities, yes, duties.

13       Q. So, job descriptions contain roles

14   and responsibilities and the duties, is

15   that correct?

16       A. Yes.

17       Q. And did West LB classify all

18   managers based on their job descriptions?

19       A. To my knowledge, yes.

20       Q. And is that from October 2001 until

21   the present?

22       A. I can speak specifically to the

23   point forward that I was at West LB and I

24   can only assume that was the case before.

25       Q. Okay.  So, from November 2004 until

[Page 138]

1    the present, West LB has classified

2    managers as exempt based on their job

3    descriptions, is that correct?

4        A. No, that is not correct.  Based on

5    their job descriptions, managers were

6    classified in the appropriate categories,

7    whether that's as exempt or non-exempt.

8        Q. We have established now up until

9    2007 that managers at West LB were

10    classified as exempt.

11        A. I believe that would be the case.

12        Q. So, from November 2004 until

13    January 2007, did West LB classify all

14    managers as exempt based on their job

15    descriptions?

16        A. Based on, yes, their job

17    descriptions, their responsibilities as

18    documented in their job descriptions.

19        Q. From October 2001 until October

20    2004, do you know how West LB classified

21    all managers as exempt?

22        A. Do I know how West LB -- repeat

23    that question.

24        Q. Sure.  Do you have any

25    understanding from October 2001 until

1    October 2004 regarding how West LB

2    classified managers as exempt?

3        A. No.

4        Q. And for each functional title of a

5    manager, is there a job description?

6        A. I would say for the most part,

7    there is a job description.  I wouldn't

8    say for functional title, but for each

9    role or position that a person is filling.

10       Q. Does each manager have a job

11   description?

12       A. Each manager should have a job

13   description, yes.

14       Q. Is there one job description for

15   all managers?

16       A. No.

17       Q. How many job descriptions are there

18   for managers?

19       A. I don't know.  A lot.

20       Q. And who made the decision to

21   classify managers as exempt?

22       A. When?

23       Q. Let's talk about the time period

24   that you have knowledge from.

25                From October 2004 until

[Page 140]

1    January 2007, who made the decision at

2    West LB to classify managers as exempt?

3        A. Prior to the reclassification,

4    managers were classified exempt based on

5    their job descriptions.  If you had a job

6    description that was deemed to be exempt,

7    they were exempt.

8        Q. And who deemed job descriptions

9    exempt or non-exempt?

10       A. I don't know who did the original

11   classifications.

12       Q. When you arrived at West LB in

13   October 2004, at that point had all job

14   descriptions for managers been deemed

15   exempt or non-exempt?

16       A. Yes, the job descriptions had

17   already had a classification.

18       Q. Was it written on the job

19   description what that classification was?

20       A. I'm not sure.

21       Q. From the time you joined West LB

22   until the exemption testing of managers in

23   '06 and '07, was there any review of the

24   job descriptions for managers to decide

25   whether the exempt or non-exempt

[Page 141]

1    classification was accurate?

2        A. You said prior to the project done

3    by the outside attorneys?

4        Q. That's correct.  Prior to the

5    outside project done by the attorneys in

6    2006 and 2007, was there any review by

7    West LB regarding the classification of

8    managers exempt based on the job

9    descriptions?

10       A. I don't know.

11       Q. Who would know the answer to that

12   question?

13       A. I don't know.  You would have to,

14   you would have to find someone that worked

15   there prior to my tenure.

16       Q. You don't know prior to October

17   2004?

18       A. No.

19       Q. What about from October 2004 -- the

20   exemption testing of managers in '06 and

21   '07, at that time period, did West LB

22   conduct any investigation or review

23   regarding the classification of managers

24   as exempt based on their job description?

25       A. Not until we initiated the project

[Page 142]

1    to take a look at the managers themselves.

2        Q. Okay.  So, until that project was

3    initiated, if a new employee joined West

4    LB as manager, that employee automatically

5    would be classified as exempt based on the

6    job description?

7        A. We relied on the previous

8    classification, whatever that was, prior

9    to the reclassification.

10        Q. Prior to the reclassification all

11    managers were classified as exempt, is

12    that correct?

13        A. I believe so.

14        Q. So, if an employee joined West LB

15    prior to reclassification and had the

16    title of manager, would that employee

17    automatically be reclassified as exempt

18    from overtime compensation?

19                MR. BASSEN:  Objection.

20                THE WITNESS:  If an

21        employee, if a new employee joined

22        West LB and they were filling a job

23        which was a job which had been held by

24        someone else and there was a job

25        description which was already in place

[Page 143]

 1        which assumably would have been

 2        classified already, then, yes, they

 3        would have had the previous

 4        classification that the former

 5        employee had.

 6   BY MS. NEILAN:

 7        Q. If a new employee joins and has the

 8   position of manager prior to January 2007,

 9   that new employee and manager position

10   automatically would be classified as

11   exempt?

12              MR. BASSEN:   Objection.

13   BY MS. NEILAN:

14        Q. Is that correct?

15              MR. BASSEN:   That's not

16        what she said.

17              THE WITNESS:   If the person

18        was filling a position which was

19        already held and a job was already in

20        existence with an existing job

21        description which already had been

22        classified as exempt, then, yes, they

23        would also be classified as exempt

24        unless someone, unless someone changed

25        the job description or changed the

[Page 144]

1        role or responsibility of that person.

2    BY MS. NEILAN:

3        Q. But, who is responsible for

4    creating or changing job descriptions?

5        A. Managers would initiate that

6    process.  If a manager came in and they

7    said I want to hire someone to do X, which

8    is the same as either the person on the

9    job before or same as a current position

10   which is already in place, then we would

11   just fill the job as is.  If they wanted

12   to change the responsibility, if there was

13   that reorganization, a combination of

14   duties, then they would work with someone

15   in HR to recreate the job description.

16       Q. But from November 2004 until

17   January 2007, were there any manager job

18   descriptions that were rewritten that

19   remained manager job descriptions in which

20   the classification changed from exempt?

21       A. I do not recall any, any change,

22   any changed manager job descriptions.

23       Q. Okay.  You don't recall any changed

24   manager job descriptions from October 2004

25   until January 2007?

[Page 145]

1      A. I have no recollection of any other

2  than when we were doing the

3  reclassification they were going through

4  the process and reviewing them.

5      Q. Were job descriptions changed

6  during the reclassification?

7      A. It's possible.  I don't know for

8  sure.

9      Q. Prior to the reclassification, were

10  any manager job descriptions changed?

11      A. Not to my knowledge.

12      Q. You don't have any knowledge

13  regarding whether job descriptions for

14  managers were changed after the

15  reclassification in January 2007?

16      A. As I said, it's possible.  But, I

17  don't know of any off the top of my head.

18      Q. And where are the job descriptions

19  physically located at West LB?

20      A. I think I told you that already

21  which was, basically, on the share drive,

22  on the HR share drive.

23      Q. And if somebody asked you to print

24  out the job description from the HR share

25  drive for all executives and managers at

[Page 169]

1    classifications, based on the job

2    descriptions which were already classified

3    as exempt or non-exempt.

4        Q. The existing classifications in

5    2004 that you just testified about, those

6    were based on the job descriptions, is

7    that correct?

8        A. I would assume they were based on

9    the job descriptions.

10       Q. What were the executive positions

11   in the IT department?

12       A. I have no idea.

13       Q. You don't know any of the

14   functional titles of executives who work

15   in the IT department?

16       A. I do not.

17            MR. BASSEN:   Objection.

18   Outside the scope.

19   BY MS. NEILAN:

20       Q. What are the possibility of

21   positions for executives --

22            MR. BASSEN:   Continuing

23   objection.   Improper questions.

24            THE WITNESS:   In the IT

25   department?

[Page 170]

1    BY MS. NEILAN:

2        Q. Let's just recap.

3            You testified earlier that

4    secretaries, team assistants, mail clerks,

5    mail room clerks, were considered

6    executives, is that correct?

7        A. Yes.

8        Q. Are there any other positions that

9    required executive?

10       A. As I said before, there may be

11   other positions that I'm just not

12   recollecting at the moment.

13       Q. So when we focus on the IT

14   department, sitting here today as West

15   LB's corporate representative, are you

16   aware of what the executive positions are

17   in the IT department?

18           MR. BASSEN:  Outside the

19       scope whether she is the corporate

20       representative or not.  It's an

21       improper question.  It's got nothing

22       to do with the notice.

23           MS. NEILAN:  She is a

24       30(b)(6) witness.

25           MR. BASSEN:  Read your

[Page 171]

1    notice.

2                    MS. NEILAN:  You will have

3    to produce another witness because

4    this witness cannot answer the

5    question.

6                    MR. BASSEN:  No, it is not

7    within the scope of your notice.  We

8    are not producing another witness to

9    these questions.

10                   MS. NEILAN:  Yes, you will.

11   BY MS. NEILAN:

12       Q. Once again, Miss Carro, do you

13   know?

14                   MR. BASSEN:  Next time, we

15   are seeking a protective order before

16   you take any deposition.

17                   You have spent more than

18   fifty percent of the time just like

19   you did last time on things outside

20   the scope of the notice.

21                   You are also using up your

22   time.  You have seven hours.  You are

23   wasting it.  You will not have more

24   than seven hours.  Even if we bring

25   back other witnesses, it will be

[Page 190]

1    anyone from the HR department ever conduct

2    a study regarding how managers spend their

3    working time?

4        A. Not to my knowledge.

5        Q. Did you have knowledge of anyone

6    else with West LB, not the HR department,

7    but other departments that conducted any

8    such studies?

9        A. Not that I'm aware of.

10       Q. Apart from the one consultant that

11   you testified earlier, did West LB ever

12   hire, from October 2001 to the present,

13   any other consultants to examine West LB

14   classification of employees exempt or

15   non-exempt?

16           MR. BASSEN:   Continuing

17       objection stops.

18           THE WITNESS:   Not that I'm

19       aware of.

20   BY MS. NEILAN:

21       Q. Since this lawsuit was filed in

22   October 2007, has West LB conducted any

23   other exemption testing with respect to

24   executives or managers?

25       A. I believe that outside counsel has

[Page 191]

1    reviewed one job description.

2        Q. What job description is that?

3        A. I don't know which one it was.

4        Q. Was it a payroll manager position?

5        A. No.

6        Q. Apart from that, has West LB, since

7    October 2007, conducted any investigation

8    into the classification of managers or

9    executives?

10       A. No.

11       Q. Since October 2007, has West LB

12   reclassified any managers or executives?

13       A. Not to my knowledge.

14       Q. Why did West LB conduct its

15   exemption testing in 2004?

16       A. I believe it started as a

17   conversation between Greg Lahey and Janine

18   Christiano as a result of some change in

19   legislation.

20       Q. Do you know what that change was?

21       A. I have no idea.

22       Q. So, did West LB ever conduct any

23   exemption testing in response to

24   complaints regarding misclassification?

25       A. No.  Not to my knowledge, no.

[Page 192]

1        Q. Let's take a break.

2                 (Recess taken 1:42 p.m.)

3                  ----

4                 (Resumed, 1:55 p.m.)

5  BY MS. NEILAN:

6        Q. I just have a few questions for

7  you.

8                 I just want to circle back

9  to a few things that we talked about

10  before.  When I asked you questions

11  earlier, on the advice of counsel you

12  refused to answer some questions based on

13  counsel's invocation of the

14  attorney/client privilege.  I need to know

15  what is the subject matter of the

16  privilege and the objection you are

17  asserting?

18             MR. BASSEN:  Are you asking

19    her or me?

20             MS. NEILAN:  I will ask

21    her.

22  BY MS. NEILAN:

23        Q. What is the subject matter of those

24  attorney/client communications that you

25  refuse to answer?