# Exhibit F



[Page 1]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

```
            PHILIP FEI, on behalf of    :   07 Civ. 8785

            himself and classes of      :

            those similarly situated,   :

            Plaintiff,                   :

                 -against-               :

            WEST LB AG,                  :

            Defendant                    :   Rule 30(b)(6)
```

------------------------------------------------

----

Friday, April 18, 2008

----

Continued pretrial examination of LINDA B. SHIRLEY, held in the offices of Outten & Golden, 3 Park Avenue, 29th Floor, New York, New York, commencing at 10:14 a.m., on the above date, before Mickey Dinter, Registered Professional Reporter, Certified Shorthand Reporter and Notary Public for the State of New York.

----

U.S. LEGAL SUPPORT

1 Penn Plaza

Suite 1410

New York, New York 10119

212.759-.6014

----

[Page 28]

1    forty hours and they work on a Saturday,

2    they are eligible for time-and-a-half.

3    And if they work over forty and they work

4    on a Sunday, they are eligible for double

5    time and the same for holidays.

6           I wanted to verify that

7    with her.  She said yes, so I asked her

8    the beginning questions and she said -- I

9    asked her first.  She went on to recite,

10   you know, that, yes, if it was over forty,

11   just what I said.

12          For those Saturdays,

13   Sundays and holidays, I had asked -- I

14   guess when I was here last time, the other

15   lawyer had asked me about the timesheets

16   and, so, I asked her, "Did you use the

17   same timesheets?"  And she had explained

18   to me that there was a different, when she

19   described it, I could tell it was a

20   different timesheet.  She said it was a

21   timesheet that had sort of a carbonated

22   form and the people who were nonexempt and

23   overtime eligible would fill in their

24   hours and they would bring the timesheets

25   over and then she said they would break

[Page 29]

1    off, you know, the pink copy or the yellow

2    copy, whatever, and send it back to the

3    employee to verify that they had entered

4    it in, which was different from what we

5    have now, because it's the Excel spread-

6    sheet. And, so, I had asked her that and

7    she explained that and then we had asked

8    her about the policies and if she

9    remembered any of the policies, if she

10   remembered, you know, policies regarding

11   overtime. And we asked her...

12       Q. You said that you asked her about

13   the policies regarding overtime. Were you

14   any more specific than that?

15       A. I asked her if she, you know,

16   remembered -- I was trying to -- we were

17   trying to ask her about the nonexempt

18   people so we could understand how, you

19   know, how they were, how they were paid

20   and if there was a different policy at

21   that point.

22       Q. The policy that you were just

23   speaking about regarding the timesheets

24   and to capture the amount of hours to

25   record the number of hours that the

[Page 30]

1    nonexempt person works, you asked her

2    about that and you asked her about the

3    thirty-five hour work week for the

4    nonexempt person who exceeds their hours

5    and then is paid time-and-a-half.

6              What other policies besides

7    those two did you discuss with

8    Patricia Reed?

9              MR. BASSEN:  Objection.  I

10       don't know that they are policies.

11    BY MR. RAISNER:

12       Q. What other topics -- did you talk

13    about how/why people were classified as

14    exempt or nonexempt?

15       A. We didn't ask her that.

16       Q. What was your question to her about

17    that?

18       A. I asked her how did they classify

19    the positions?  She told me that or told

20    us that Betsy Austin had worked on that.

21       Q. Betsy Austin had worked on that?

22       A. Yes.

23       Q. Did she say anything more

24    specifically about what Betsy Austin had

25    done?

[Page 35]

1   they might have had.

2       Q. She mentioned that in the phone

3   call?  Or do you think that is your

4   understanding of the process today how

5   that process worked?

6       A. I think she mentioned that because

7   when we were, when we were talking, she

8   was saying, you know, some of the

9   positions with the people, you know, the

10  positions were different, you know,

11  because some people, you know, you might

12  have...

13      Q. They were different from each other

14  or different from the way they are today?

15      A. I guess she was saying different,

16  because we were just asking her in general

17  because there was a question, you know,

18  later on about how we classified a

19  position.

20      Q. How you classified or reclassified?

21      A. Well, I guess, classified.

22  Classified or reclassified the positions.

23      Q. Okay.

24      A. And she was just sort of

25  describing, you know, what would have

[Page 36]

1    happened.

2        Q. At what point would she speak to a

3    manager about a position and consult a job

4    description?

5        A. If someone wanted to hire someone,

6    you know; if they wanted to transfer

7    someone; if someone said I have an

8    opening, this my department, that's what

9    would trigger the discussion.

10       Q. That discussion would be triggered

11   every time there was a hire or transfer or

12   an opening in the department?

13       A. More if it was -- what would happen

14   is, someone would say "I have an opening"

15   and then they would look and see if this

16   is a replacement or if this is a new

17   position.

18       Q. If it were a replacement, would

19   Betsy Austin or someone else go through

20   the process of consulting a job

21   description and speaking with the manager

22   about the duties of the job just to

23   replace one person with another?

24       A. She said most of the positions were

25   replacements.  They wouldn't have gone

[Page 37]

1    through a whole review unless the manager

2    said that they were going to be changing

3    the position in some sort of way.  Then,

4    they would try and figure out, you know,

5    what exactly are you changing?  But if

6    they were not changing the job, and that's

7    what we were asking her, if they weren't

8    changing the job, then they didn't, you

9    know, review it to determine if it should

10   be classified any differently, you know,

11   in a different manner.

12        Q. So, it's changing of position.

13   What about a new position?

14        A. Well, when we asked her about the

15   new position, she said most of them were

16   replacements and that, that's when she

17   said what I was saying earlier, which is

18   they would have given a job description,

19   the responsibilities --

20        Q. Not if it's a replacement?

21        A. Not if it's a replacement; if it's

22   a new position.

23        Q. She said most times it was a

24   replacement?

25        A. Yes.

[Page 38]

1    Q. Did she mention any instances where

2    there was a new position?

3    A. She didn't mention any specific

4    position.

5    Q. Did she mention any specific

6    situations regarding changed positions,

7    positions that had changed?

8    A. She didn't mention any specific

9    positions.

10    Q. Did she say -- did she indicate

11    that there had been changed positions

12    during that period?

13    A. She didn't say.  I didn't ask her

14    do you remember the, you know, if anyone's

15    job changed.

16    Q. I'm just trying to sort of

17    understand the flow of the conversation a

18    little better.

19                I understand that in asking

20    about the classification, she said that

21    most positions were replacement --

22    A. Yes.

23    Q. -- in which case, there wasn't a

24    full review of the job duties like you

25    just described.

[Page 39]

1      A. Yes.

2      Q. So, but you mentioned if someone,

3   if someone was hired into a position where

4   they are replacing somebody or transfers

5   into a position where someone has an

6   opening in a department or someone to

7   replace a prior person, no one would have

8   to go through the trouble of consulting a

9   job description, talking to the managers

10   about the duties and having to reassess or

11   reevaluate the classification of the job,

12   is that correct?

13      A. That's correct.

14      Q. So the --

15      A. I mean, they would have some

16   conversation about that.

17      Q. But the position is exempt or

18   nonexempt?

19      A. It's a --

20      Q. You are replacing her, basically,

21   in the position that the incumbent was in

22   and the person who left would be taking

23   that person's job duties, more or less,

24   and classification with it?

25      A. Yes.

[Page 40]

1          Q. So, you say there were instances

2     where she would go through this

3     reassessment?

4          A. Yes.  She said if it was, well, not

5     reassessment, I guess a new assessment.

6          Q. And just to be sure, what triggered

7     that assessment?

8          A. If it was new.

9          Q. If it was a new position?

10         A. If it was a new position.

11         Q. By "new position," talking about

12    something that is a brand new function or

13    talking about adding a few more tasks to

14    or duties to a current position?  Or did

15    you not have that conversation?

16         A. I didn't ask her, you know, in that

17    detailed manner.  I asked her how would

18    new positions be handled and she had said

19    to me, mostly, they are replacements, but

20    when there were new positions, Betsy would

21    handle it.  This is what she would do, and

22    I don't know if I shouldn't have assumed,

23    but I assumed, you know, I assumed new,

24    that it's either brand new or significantly

25    changed.

[Page 46]

1    you asked her is about the policies and

2    practices that were in place in 2001,

3    correct?

4        A. Yes.

5        Q. You asked her what the origin of

6    those practices and policies were,

7    correct?  Where did they come from?  Who

8.   created them?  Where were they created?

9    Isn't that the questions you were asking?

10       A. We were asking Pat -- we were

11   asking if she remembered about these

12   policies and, well, we were asking her,

13   you know, were there policies?  Where were

14   they?  That kind of thing.

15       Q. Right.

16       A. And then she had said she's not --

17   the policies, they were put into place a

18   while ago.  I didn't ask her a lot of

19   details on that, so...

20       Q. So, you were asking when had they

21   been put in place?  She thought there was

22   a project in '99 and 2000.  Presumably,

23   the project in '99 and 2000 set up a

24   system, a classification, is that correct?

25              MR. BASSEN:  Objection.

[Page 47]

1          THE WITNESS:  She didn't

2      say that classification system was set

3      up.

4  BY MR. RAISNER:

5      Q. The policies that you were asking

6  her about included the classification

7  policies, correct?

8      A. We were asking about if she knew.

9  She said, "I didn't work on that."  She

10  said Betsy worked on that, you know.  This

11  is what I remember.

12      Q. It's clear that Patricia Reed

13  herself did not work on any of the tasks

14  related to the classification of employees.

15          You mentioned her functions

16  and -- but she did not -- it was

17  Betsy Austin who would have evaluated the

18  classification of the employees, not Pat

19  Patricia Reed, correct?

20      A. Except when we were talking about,

21  you know, sort of replacement positions.

22          As a generalist, when

23  positions are being replaced, she would

24  have, you know, that's what she said.

25  They would ask the managers if this is

[Page 48]

1   changed, is this the same? et cetera.

2       Q. In the event of a replacement, any

3   generalist would be charged with -- what

4   would the generalist be charged with in

5   the case of a replacement?

6       A. Well, I guess -- again, now I'm

7   guessing, you know.

8       Q. Why are you guessing?  You don't

9   have personal knowledge?  You are not a

10  generalist yourself?

11      A. I'm a generalist and I know how

12  it's done now.

13      Q. In 2004 or 2003 actually --

14      A. I didn't have generalist

15  responsibilities at West LB at that time.

16  I inherited the generalist responsibilities.

17  I had been a generalist before.  But,

18  basically, what she said and basically

19  what I remember, Pat had some generalist

20  responsibilities during that time and this

21  is what -- she did say what I said before,

22  which is they would look and see is this a

23  replacement.  At that point, the

24  generalist would have to try and make a

25  call as to does this look like it's

[Page 49]

1    significantly different or is it,

2    essentially, the same?  And, you know, if

3    the manager said it was the same and they

4    felt it was essentially the same, then

5    they would replace it.

6        Q. So, the initial call is made by the

7    generalist to see if there is, as you

8    said, a significant change in the job

9    duties and then if there isn't, then there

10   isn't triggered a reevaluation of the

11   person's classification, is that correct?

12       A. That's my understanding.  But I

13   didn't ask her sort of, you know, like

14   that follow-up question.

15       Q. Did Patricia Reed indicate that

16   she, herself, had the responsibility of

17   handling that type of replacement

18   responsibility in which she would make the

19   call as to whether there was a significant

20   change in duties or not?

21       A. What I knew of her responsibilities

22   is that as a generalist, when I was there,

23   she helped with recruiting, helped with

24   filling positions, you know, same thing

25   and those that she would work with,

[Page 50]

1    managers, to get that done.

2       Q. So that's something from your

3    knowledge of working together with her at

4    the time, that was not something you had

5    discussed on Monday morning's telephone

6    call?

7       A. No, I didn't ask her those things,

8    you know.  I was trying to ask her, you

9    know, as I said, is the policy basically

10   the same?

11      Q. What did she say?

12      A. It led me to believe --

13      Q. Did she say it's basically the

14   same?

15      A. Yes.  What she led me to believe is

16   basically the same as what we do now.

17      Q. Did she mention any differences

18   between how things were done in 2001

19   through 2004 to how they are done now?

20      A. With respect to?

21      Q. Anything.

22      A. Well, she was talking about the

23   timesheets.

24      Q. Besides the timesheets, carbon

25   copies then, Excel spreadsheets now --

[Page 51]

1       A. Yes.

2       Q. -- anything else?

3       A. Well, we had talked about the

4    policy manual.  We were trying to find

5    that.

6       Q. There is a policy manual now which

7    spells out certain things about payroll

8    and compensation and overtime.

9       A. Yes.

10       Q. But, then...

11       A. That's what we were looking for,

12    but we didn't see it.

13       Q. You thought there was something, an

14    employee manual, or handbook?

15       A. She thought she had been working on

16    something, but she couldn't, you know, she

17    didn't remember exactly.  She couldn't

18    tell us where it was.  She said she didn't

19    keep any, you know.

20       Q. It may have been in draft form and

21    may not have actually been disseminated?

22       A. Yes, because we were asking her and

23    she said, you know, she remembers that

24    something is being worked on.  It might

25    have been a draft.

[Page 70]

1    Q. Beyond speaking with Pat -- is

2    there anything else beyond speaking with

3    Patricia Reed on Monday that informs you

4    as to what the company's policies and

5    practices were with respect to

6    compensation, classification,

7    reclassification in the period late 2003

8    to late 2004?

9    A. As I said, I was responsible for

10   the compensation part.  I think the only

11   thing I was not directly involved in is

12   this classification/reclassification and

13   those didn't occur during that time period

14   from December 2003 to 2004.  There were

15   no, you know, wholesale projects.

16   Q. In the period of 2003/2004, how

17   many types of designations would be given

18   to a particular job?  Was there something

19   called a job title in that period?

20   A. We have corporate titles.  The

21   corporate titles are, basically, sort of

22   identifying various levels and those are

23   used globally.  There are a couple of

24   distinctions.

25   Q. When you say globally, do you mean

[Page 71]

1        around the world?

2            A. Yes.

3            Q. In West LB locations across the

4        United States and overseas?

5            A. Yes, except there are a couple of

6        distinctions which I started to say.  In

7        Germany, they generally don't start the

8        titles until later because they have

9        different German titles they use.

10           Q. What do you mean?

11           A. They start using associate

12       director, director, executive director.

13       They have their German titles.

14           Q. But later with respect to what --

15       from the time the person is hired or later

16       in terms of when they instituted these

17       titles, I'm not sure what you mean by

18       later.

19           A. The corporate -- I don't mean later

20       in time.  I mean hiring level.

21           Q. Later in someone's career as they

22       move up the ladder, they will get a

23       corporate title like managing director,

24       executive director?

25           A. Yes.  Generally, at all the other

locations, the titles start with officer, executive, manager and then associate director, et cetera.

Q. Those are corporate titles used in the United States?

A. Yes.

Q. By the way, are there any differences in any of the practices or policies that you are familiar with in the New York location in other United States locations?

A. What do you mean?

Q. Is there any differences between how HR runs in New York as opposed to how it runs in Chicago or California or Texas, wherever West LB has other sites?

A. Generally, they are the same. We used to have a location in Houston, Texas, a second location there, and they had an HR person who worked there, but she reported into someone in New York and, so, generally, the policies were the same. They worked, as far as I know, the same, you know, work week, the holiday schedule, those types of things.

[Page 73]

1        Q. With respect to compensation,

2    classification, recording of hours and

3    payroll practices in general, the policies

4    and practices are uniform throughout the

5    United States?

6        A. Yes, because you are talking about

7    -- during this time period you are talking

8    about -- I'm a little -- what I don't know

9    is, there was a point where everything was

10   out of New York as far as the payroll.

11   There was a point for a year or two, but I

12   think it's, it actually is sort of outside.

13   Somewhere in 2004/2005, whatever, they

14   handled the payroll in Houston for awhile.

15   Then, they closed that and it came back to

16   New York.  But, generally, it's my

17   understanding they followed the same

18   policies and practices.

19       Q. For classification?

20       A. Yes.  They had the same levels that

21   we had.

22       Q. So, we have the corporate titles.

23   And the corporate titles starts with

24   officer?

25       A. Yes.

[Page 74]

1        Q. And goes up to?

2        A. Managing director.

3        Q. Managing director.

4              What other designation is

5   given to a job besides a corporate title?

6        A. There are functional titles.  They

7   were sort of, I would say, maybe, not

8   necessarily uniformly used all along.

9        Q. Before you describe what the

10  functional titles are and how they are

11  used, is there another type of title

12  that's given, or designation?

13       A. No.  I think -- sometimes people

14  will say -- the thing is that if you say

15  to someone what is the title, all right,

16  sometimes they will describe something

17  generically, but if you were to say sort

18  of what you're official title is,

19  corporate title, then you would get a

20  different answer, so you wouldn't

21  necessarily, you know, I'm not sure you

22  would get the same answer all the time,

23  but I don't think that's just a West LB

24  thing.

25       Q. In the company's tracking or their