# ·Exhibit G

# Filed under seal with the Clerk of the Court in accordance with the Stipulation and Order Concerning Confidential Material Produced in Discovery

**CONFIDENTIAL**