# Exhibit H

## LIST OF EXECUTIVE AND MANAGER POSITIONS

| EXECUTIVES |
| --- |
| Administrator |
| Corporate Network Assistant |
| Corporate Network Consultant |
| Executive Secretary |
| Facility Technician |
| Financial Assistant |
| Financial Manager |
| HR Relationship Manager |
| IM Manager |
| Immobank emp |
| IT Specialist |
| IT-Consultant |
| Junior HR Relationship Manager |
| Junior Trader |
| Mail Officer |
| Marketing Assistant |
| Officer/Clerk |
| Original Employee |
| Personal Assistant |
| Receptionist |
| Secretary |
| Senior Administrator |
| Senior Clerk |
| Senior IT Specialist |
| Senior Team Assistant |
| Student / Apprentice |
| System Developer |
| Team Assistant |
| Team Secretary |

## LIST OF EXECUTIVE AND MANAGER POSITIONS

| MANAGERS |
|---|
| Administrator |
| Analyst |
| Auditor |
| Business Assistant |
| Business Manager |
| Buyer |
| Chief Administrator |
| Client Relationship Manager |
| Client Services Officer |
| Compliance Officer |
| Controller |
| Corporate Network Assistant |
| Corporate Network Consultant |
| Facility Manager |
| Financial Adviser |
| Financial Assistant |
| Financial Manager |
| Financial Specialist |
| Head of |
| HR Manager |
| HR Relationship Manager |
| IM Manager |
| IM Project Manager |
| Immobank emp |
| Investment Analyst |
| IT Specialist |
| IT-Developer |
| Junior Analyst |
| Junior Client Relationship Manager |
| Junior Compliance Officer |
| Junior HR Relationship Manager |
| Junior Portfolio Manager |
| Junior Project Manager |
| Junior Relationship Manager |
| Junior Risk Analyst |
| Junior Trader |
| Junior Treasurer |
| Manager |
| Managing Administrator |
| Marketing Assistant |
| Officer/Clerk |
| Organizational Analyst |
| Original Employee |
| Personal Assistant |
| Portfolio Manager |
| PR Manager |
| Product Manager |
| Project Manager |
| Risk Analyst |
| Senior Administrator |
| Senior Analyst |
| Senior Auditor |
| Senior Auditor Assistant |
| Senior Clerk |
| Senior Facility Manager |
| Senior HR Manager |
| Senior IT Manager |
| Senior IT Specialist |
| Senior Marketing Assistant |

## LIST OF EXECUTIVE AND MANAGER POSITIONS

| |
|---|
| Senior Marketing Manager |
| Senior Officer/Clerk |
| Senior Project Manager |
| Senior Risk Specialist |
| Senior Team Assistant |
| Senior Transactor |
| System Developer |
| Tax Manager |
| Team Assistant |
| Team Secretary |
| Trader |
| Transaction Manager |
| Transactor |