# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP FEI, on behalf of himself and classes of those similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>WEST LB AG,<br><br>      Defendant. | DECLARATION OF<br>TINAMARIE PICCARILLO<br>*Candela* TC<br><br>07 Civ. 8785 (HB)(HM) |

  I, TinaMarie Piccarillo [Candela TC], declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

  1. I worked for WestLB AG ("WestLB") in New York, New York from approximately August 1998 until approximately December 2004.

  2. When I started working for WestLB, I was a temporary employee for approximately one year. In or about August 1999, WestLB hired me as a full-time permanent employee in an entry-level clerk position. As a temporary employee and clerk, WestLB paid me on an hourly basis and paid me overtime compensation for hours that I worked over 40 per week.

  3. In approximately 2000, WestLB changed my title to "manager" and started paying me a salary. As a manager, WestLB did not pay me any overtime compensation for hours that I worked over 40 per week.

  4. Although WestLB changed my title to manager, my job duties essentially remained the same.

**Job Duties**

5. As a manager, my main job duty was to provide follow up information regarding trades of domestic/foreign equities, government securities, and corporate bonds. To accomplish this task, I entered data regarding the trades into a system called "DTC." A few days later, I went into the system to make sure that the trades went through. If there was any disparity with the trades, I performed reconciliation of trade discrepancies by talking to the broker/dealers. This job duty required a great deal of data entry.

6. Another one of my main job duties was to handle wire transfers. After performing a reconciliation and making sure that there was enough money in the bank to cover trades, I wired money to different banks for trades that were made.

7. My primary duty was not related to the management or business operations of WestLB.

8. I did not supervise or manage anyone. In fact, most other "managers" also did not supervise or manage anyone.

9. I did not have authority to hire or fire employees. I did not make recommendations regarding hiring and firing employees.

10. I did not have authority to make operational decisions beyond the parameters of my own clerical tasks.

11. I did not have authority to exercise my own discretion and independent judgment with respect to matters of significance, like borrow money to cover trades.

12. I was not free from supervision. Some of my supervisor's names were Karen Pinnock, Hie-Han Tan, and Christine Smith.

**Hours & Salary**

13.  During the years in which I worked as a "manager," West LB always paid me a salary.

14.  When I started working at WestLB in 1999, I earned approximately $40,000 per year. When I left WestLB in 2004, my salary was approximately $60,000 per year.

15.  As a manager, I almost always worked more than 40 hours per week.

16.  As a manager, West LB never paid me an overtime premium of time and a half when I worked more than 40 hours per week.

Dated: New York, New York
      April 22, 2008

TinaMarie ~~Piccarillo~~ Candela

3