# Exhibit P

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of
those similarly situated,

                    Plaintiff,

               -against-

WEST LB AG,

                    Defendant.

                                        DECLARATION OF
                                        THELMA PENNYCOOKE

                                        07 Civ. 8785 (HB)(HM)

        I, Thelma Pennycooke, declare, upon personal knowledge and under penalty of

perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.      I worked for WestLB AG ("WestLB") from approximately March 1987

until approximately March 2005 as a senior clerk, specialist, and manager. I became a

manager in approximately 1999. Although my titled changed several times during my

eighteen years with WestLB, my job duties did not.

        2.      Although I was classified as a manager beginning in approximately 1999,

I did not have any managerial duties.

**Job Duties**

        3.      As a manager in the Treasury Operations Department, my main job duty

was to confirm trades and foreign exchanges with the seller or broker by checking with

them to verify that the details on their paperwork and on their systems matched ours;

processing payments for deals and trades, issuing payments and monitoring them;

processing settlements, and monitoring the United States dollar currency position. These

04/23/2008 13:31 FAX 212 872 5160        NATIXIS NY BRANCH                    ☑003
04/23/2008 11:37 FAX                                                         ☑003/004

job duties did not require the use of discretion and independent judgment. I simply verified and processed the information I was assigned.

4.     My primary duty was not related to the management or business operations of WestLB.

5.     I did not supervise or manage anyone. To my knowledge, none of the persons who held the "manager" title in my department supervised anyone.

6.     I did not have authority to hire or fire employees. I did not make recommendations regarding hiring and firing employees.

7.     I did not have authority to make operational decisions beyond the parameters of my own tasks.

8.     I did not have authority to exercise my own discretion and independent judgment with respect to matters of significance, like initiating deals or trades or identifying which deals or trades should be made.

9.     I was not free from supervision. I performed the duties that my supervisors delegated to me.

10.    Nobody from Human Resources, the Legal Department, or any other department at WestLB ever asked me what my duties were.

**Hours & Salary**

11.    WestLB always paid me a salary.

12.    When I started working at WestLB in 1987, my salary was $20,000 per year. When I left WestLB in 2005, my salary was $65,000 per year.

13.    During the entire course of my employment with WestLB, I worked approximately 45 hours per week.

04/23/2008 13:31 FAX 212 872 5160     NATIXIS NY BRANCH     ☒004
04/23/2008 11:37 FAX     ☒004/004

14.     After becoming a manager in approximately 1999, WestLB never paid me

an overtime premium of time and a half when I worked more than 40 hours per week.

Dated: New York, New York
        April 23 , 2008

Thelma Pennycooke