# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

        Plaintiff,

-against-

WEST LB AG,

        Defendant.

DECLARATION OF HO NGUYEN

07 Civ. 8785 (HB)(HM)

I, Ho Nguyen, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. §1746, that the following is true and correct:

1. I worked for WestLB AG ("WestLB") from approximately July 2004 until approximately February 2005 as a project manager.

2. During the entire course of my tenure, my WestLB corporate title was "manager", although I did not have managerial duties.

**Job Duties**

3. As a "manager", my main job duty was provide support to the traders on the trading floor. This involved maintaining and troubleshooting the existing computer system, fixing software programs, addressing software problems, managing the computer database, and performing ad-hoc scripting and coding in conjunction with fixing and troubleshooting software problems.

4. My primary duties were not related to the management or business operations of WestLB.

5.  I did not supervise or manage anyone. In my department, there were two to three other people with the same corporate title "manager" who also did not supervise anyone.

6.  I did not have authority to hire or fire employees. I did not make recommendations regarding hiring and firing employees.

7.  I did not have authority to make operational decisions beyond the parameters of my own computer support tasks.

8.  Nobody from Human Resources, the Legal Department, or any other department at WestLB ever asked me what my duties were.

**Hours & Salary**

9.  West LB always paid me a salary.

10.  During the entire course of my employment with West LB, I averaged approximately 50 hours per week. In addition, there was one three-week period where I averaged 50 to 60 hours per week.

11.  West LB never paid me an overtime premium of time and a half when I worked more than 40 hours per week.

Dated: New York, New York
April 25, 2008

_____
Ho Nguyen

2