# Affirmation of Jason Habinsky

# Exhibit

# D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

COPY

----

| | | |
|---|---|---|
| PHILIP FEI, on behalf of | : | 07 Civ. 8785 |
| himself and classes of | : | |
| those similarly situated, | : | |
| Plaintiff, | : | |
| -against- | : | |
| WEST LB AG, | : | |
| Defendant | : | Rule 30(b)(6) |

----

Tuesday, March 18, 2008

----

Pretrial examination of LISA CARRO, held in the offices of Outten & Golden, 3 Park Avenue, 29th Floor, New York, New York, commencing at 9:05 a.m., on the above date, before Mickey Dinter, Registered Professional Reporter, Certified Shorthand Reporter and Notary Public for the State of New York.

----

U.S. LEGAL SUPPORT

1 Penn Plaza

Suite 1410

New York, New York 10119

212.759-.6014

----

corporate titles.

Q. What is the difference between a corporate title and a functional title other than that the functional title is more descriptive?

A. Just basically that. A corporate title is just a title. Different classes of employees, different types of employees doing different types of work can all have the same title, same corporate title.

The functional title is supposed to be slightly more descriptive in terms of what the person actually does.

Q. So, apart from the secretaries and team assistants, mail room employees, maybe some IT department employees and the purchasing department employees, are you aware of any other executives at West LB in the United States?

A. Not that I can think of off the top of my head, but there may be others that I'm just not, I'm just not remembering.

Q. And what are the functional titles of the mail room employees?

A. I don't know.

Q. What do they mean?

A. A non-exempt employee is an employee who is performing work that is -- well, there are a number of things but, for the most part, that does not require independent judgment necessarily. They are really taking direction from someone else. They are eligible for overtime.

Q. What about exempt?

A. Exempt employees are performing work or responsibilities where they are exercising independent judgment amongst other things and they are not eligible for overtime.

Q. Does West LB currently classify all executives as non-exempt?

A. I believe all of our executives are non-exempt.

Q. Since when has West LB classified all executives as non-exempt?

A. The executives were, all executives were evaluated, job descriptions were evaluated. I believe it was prior to when I got there. They started a project and they reevaluated or finally reevaluated

West LB in November of 2004 and, again, I think you need to look at a very individual basis or you would have to look person-by-person to determine whether or not individuals were classified as exempt or non-exempt; talking in very broad terms when you talk about a title.

Q. Do the titles mean anything?

A. Certainly, they mean things, yes.

Q. What do they mean?

A. They are general descriptions of a person's level within the organization and functional title is a general description of what a person is responsible for, what their role is.

Q. The title secretary, what does that mean?

A. That means that you perform some sort of support function, clerical function, supporting either possibly a team or an individual.

Q. Are their job descriptions for secretary?

A. Yes.

Q. Have those job descriptions changed

Resources at the time.

Q. When was the exemption testing finalized?

A. I don't know the exact timeframe for that.

Q. Was it January 2005?

A. I don't know. I don't know if it was exactly in January 2005. As I said, people came and left. So, the list continued to be updated.

Q. What list?

A. The list of individuals impacted.

Q. What do you mean "list of individuals impacted"?

A. As I said earlier, individuals who came into jobs whose job were evaluated, whose roles and responsibilities were evaluated, were added as individuals who should be classified as non-exempt or exempt as it may be.

Q. And that was based on what job titles individuals had?

A. Based on the responsibilities. In other words, if the individuals had a specific job description, specific

responsibilities and the responsibilities in that job description was identified as being exempt or non-exempt, that's how they were classified.

Q. And that was your role in the exemption project in deciding what individuals to add to this list of individuals affected?

A. My role was to add individuals as they came on board to insure that the list was accurate. My role was to carry out reclassifications based on what was concluded from the consultant's work and the attorney's work.

Q. And how did you add individuals as they came on board?

A. Periodically, I would check to make sure that we had a complete list of executives to insure that they were added to the list and captured appropriately.

Q. What does that mean, you would check to make sure you had a complete list of executives?

A. There was a project going on that was classifying individuals based on their

the project was completed, we made sure that the list was kept up-to-date. After the project was completed, it was no longer necessary to keep the list up-to-date.

Q. Why is that?

A. Because the project was completed, it was over. It was no longer necessary to keep track of individuals who needed to be reclassified.

Q. Why is that?

A. Because people were classified as they walked in the door.

Q. So prior to that... strike that.

So, if a secretary walked in the door after this project was completed, would that secretary automatically be classified then as non-exempt?

MR. BASSEN: Objection.

THE WITNESS: It depend on their job responsibilities. If they were assuming a job whose responsibilities were deemed to be non-exempt, then they were non-exempt.

If they were deemed to be exempt, then they would have been exempt.

BY MS. NEILAN:

Q. Who determined this?

A. Based on the jobs that they took.

Q. Who determined it?

A. It was determined by the HR person who was hiring the individual. Based on the job description, they would be classified as they should be.

Q. And that's exempt or --

A. Based on their responsibilities and their duties, yes.

Q. And is that based on their responsibilities and duties as listed in the job description?

A. As listed in the job that they were hired to do.

Q. So, where is it listed?

A. In their job description.

Q. So, then, did West LB after June 2005 classify employees as exempt or non-exempt based on their job description?

A. Based on the role that they were filling.

today, do you have any understanding of how West LB classified a manager as exempt?

A. My understanding of the classification is related to our reliance on outside counsel to perform that process for us.

Q. That was in 2005 and 2006?

A. That was in 2004. Internal counsel in 2004; and then 2006, there was external counsel.

Q. So when you arrived at West LB in November 2004, all managers were classified as exempt, is that correct?

A. To my knowledge, yes.

Q. And do you know how, how or why, West LB classified all managers exempt at that time?

A. I wouldn't be able to say. There are positions that were classified as exempt based on their job descriptions, responsibilities and roles as documented in the job descriptions.

Q. Is it your testimony that West LB classified all executives as exempt based

on their job descriptions?

A. I thought we were talking about managers.

Q. Pardon me.

Is it your testimony that West LB classified all managers as exempt?

A. Based on their responses as documented in their job descriptions.

Q. Did the job descriptions contain a list of responsibilities?

A. Job descriptions would contain roles and responsibilities, yes, duties.

Q. So, job descriptions contain roles and responsibilities and the duties, is that correct?

A. Yes.

Q. And did West LB classify all managers based on their job descriptions?

A. To my knowledge, yes.

Q. And is that from October 2001 until the present?

A. I can speak specifically to the point forward that I was at West LB and I can only assume that was the case before.

Q. Okay. So, from November 2004 until

the present, West LB has classified managers as exempt based on their job descriptions, is that correct?

A. No, that is not correct. Based on their job descriptions, managers were classified in the appropriate categories, whether that's as exempt or non-exempt.

Q. We have established now up until 2007 that managers at West LB were classified as exempt.

A. I believe that would be the case.

Q. So, from November 2004 until January 2007, did West LB classify all managers as exempt based on their job descriptions?

A. Based on, yes, their job descriptions, their responsibilities as documented in their job descriptions.

Q. From October 2001 until October 2004, do you know how West LB classified all managers as exempt?

A. Do I know how West LB -- repeat that question.

Q. Sure. Do you have any understanding from October 2001 until