Affirmation of Jason Habinsky

Exhibit

G

# Exhibit G

# Filed under seal with the Clerk of the Court in accordance with the Stipulation and Order Concerning Confidential Material Produced in Discovery

## HIGHLY CONFIDENTIAL