Affirmation of Jason Habinsky

Exhibit

J

OT Log.xls    1 of 6

| Date | Day | Time in | Time out | Codes |
|---|---|---|---|---|
| 01/05/04 | Monday | 8:30 | 6:30 | PR |
| 01/06/04 | Tuesday | 8:30 | 6:00 | PR |
| 01/07/04 | Wednesday | 8:30 | 6:45 | PR |
| 01/08/04 | Thursday | 8:30 | 6:00 | PR |
| 01/09/04 | Friday | 8:30 | 6:15 | PR |
| 01/13/04 | Tuesday | 8:30 | 7:30 | PR AB |
| 01/14/04 | Wednesday | 8:45 | 6:30 | LS BV |
| 01/15/04 | Thursday | 9:00 | 7:50 | LS JC |
| 01/16/04 | Friday | 8:30 | 5:30 | LS |
| 02/09/04 | Monday | 8:50 | 6:00 | PF |
| 02/10/04 | Tuesday | 8:00 | 5:30 | PR LS AB PK |
| 02/17/04 | Tuesday | 8:30 | 6:30 | PR LS BV |
| 02/19/04 | Thursday | 8:30 | 6:30 | PR LS BV |
| 02/20/04 | Friday | 8:30 | 6:30 | PR AB LS BV |
| 02/23/04 | Monday | 8:30 | 6:30 | PR AB PF |
| 02/24/04 | Tuesday | 8:30 | 5:30 | |
| 02/25/04 | Wednesday | 8:30 | 6:30 | |
| 02/26/04 | Thursday | 8:30 | 6:30 | |
| 02/27/04 | Friday | 8:30 | 6:30 | |
| 03/01/04 | Monday | 8:30 | 7:00 | PR LS BV |
| 03/02/04 | Tuesday | 8:30 | 6:30 | AB PK BV |
| 03/03/04 | Wednesday | 8:30 | 6:30 | PR LS BV |
| 03/04/04 | Thursday | 8:30 | 6:30 | PR AB RK LS |
| 03/05/04 | Friday | 8:30 | 8:30 | LS JC BV |
| 03/08/04 | Monday | 8:30 | 7:00 | AB PK PR LS BV JC |
| 03/09/04 | Tuesday | 8:30 | 7:00 | |
| 03/10/04 | Wednesday | 8:30 | 7:00 | |
| 03/11/04 | Thursday | 8:30 | 6:30 | |
| 03/12/04 | Friday | Sick | | |
| 03/15/04 | Monday | 8:30 | 6:10 | LS |
| 03/16/04 | Tuesday | 8:20 | 5:40 | PR BV |
| 03/17/04 | Wednesday | 8:30 | 6:10 | LS |
| 03/18/04 | Thursday | 8:30 | 6:00 | LS |
| 03/19/04 | Friday | 8:30 | 6:00 | LS |



EXHIBIT

OT Log.xls                2 of 6

| Date | Day | Time in | Time out | | | | | |
|------|-----|---------|----------|--|--|--|--|--|
| 03/29/04 | Monday | 8:30 | 5:45 | LS | PR | | | |
| 03/30/04 | Tuesday | 8:30 | 5:45 | LS | PR | | | |
| 03/31/04 | Wednesday | 8:30 | 5:30 | LS | PR | | | |
| 04/01/04 | Thursday | 9:30 | 6:30 | LS | PR | | | |
| 04/02/04 | Friday | 8:30 | 6:30 | LS | | | | |
| 04/05/04 | Monday | 8:30 | 6:10 | PR | AB | LS | BV | JC |
| 04/06/04 | Tuesday | 8:30 | 6:00 | PR | BV | | | |
| 04/07/04 | Wednesday | 8:30 | 5:15 | PR | AB | BV | | |
| 04/08/04 | Thursday | 8:30 | 5:15 | PR | AB | BV | | |
| 04/09/04 | Friday | 8:30 | 4:30 | Good Friday | | | | |
| 04/19/04 | Monday | 8:30 | 6:30 | LS | | | | |
| 04/20/04 | Tuesday | 8:30 | 6:00 | PR | | | | |
| 04/21/04 | Wednesday | 8:30 | 6:00 | PR | | | | |
| 04/22/04 | Thursday | Sick - pink eye | | | | | | |
| 04/23/04 | Friday | 8:30 | 5:30 | PR | LS | | | |
| 04/26/04 | Monday | 8:40 | 6:00 | PR | LS | | | |
| 04/27/04 | Tuesday | 8:50 | 6:00 | PR | LS | | | |
| 04/28/04 | Wednesday | 8:30 | 5:45 | PR | LS | | | |
| 04/29/04 | Thursday | 8:30 | | | | | | |
| 04/30/04 | Friday | 8:30 | 7:00 | LS | FC | | | |
| 06/01/04 | Tuesday | 8:05 | 7:00 | LS | | | | |
| 06/02/04 | Wednesday | 8:10 | 6:30 | LS | | | | |
| 06/03/04 | Thursday | 8:15 | 6:30 | LS | | | | |
| 06/04/04 | Friday | 8:00 | 6:30 | LS | | | | |
| 06/07/04 | Monday | 8:15 | 6:30 | LS | JC | BV | | |
| 06/08/04 | Tuesday | 8:20 | 6:20 | LS | | | | |
| 06/09/04 | Wednesday | 8:30 | 5:30 | PR | LS | | | |
| 06/10/04 | Thursday | 9:00 | 5:30 | LS | | | | |
| 06/11/04 | Friday | 8:30 | 5:30 | LS | | | | |
| 06/14/04 | Monday | 8:30 | 5:15 | LS | | | | |
| 06/15/04 | Tuesday | 8:30 | 5:30 | LS | | | | |
| 06/16/04 | Wednesday | 8:30 | 5:30 | LS | | | | |
| 06/17/04 | Thursday | 9:00 | 5:30 | LS | | | | |
| 06/18/04 | Friday | 8:30 | 5:30 | LS | | | | |
| 06/21/04 | Monday | 8:30 | 7:00 | | | | | |

OT Log.xls

3 of 6

| Date | Day | Time in | Time out | | |
|------|-----|---------|----------|---|---|
| 06/22/04 | Tuesday | 8:30 | 6:30 | | |
| 06/23/04 | Wednesday | 8:30 | 7:00 | LS | |
| 06/24/04 | Thursday | 8:30 | 7:00 | LS | |
| 06/25/04 | Friday | 8:30 | 5:10 | PF | PR |
| | | | | | |
| 06/28/04 | Monday | 8:25 | 6:00 | | |
| 06/29/04 | Tuesday | 8:25 | 6:00 | | |
| 06/30/04 | Wednesday | 8:25 | 6:00 | | |
| 07/01/04 | Thursday | 8:25 | 6:00 | | |
| 07/02/04 | Friday | 8:25 | 5:10 | | |
| | | | | | |
| 07/05/04 | Monday | July 4th - off | | | |
| 07/06/04 | Tuesday | 8:30 | 6:00 | | |
| 07/07/04 | Wednesday | 8:25 | 6:00 | | |
| 07/08/04 | Thursday | 8:25 | 6:00 | | |
| 07/09/04 | Friday | 8:20 | 6:00 | | |
| | | | | | |
| 07/12/04 | Monday | 8:30 | 5:30 | | |
| 07/13/04 | Tuesday | 8:30 | 5:30 | | |
| 07/14/04 | Wednesday | 8:30 | 6:00 | | |
| 07/15/04 | Thursday | 8:30 | 5:15 | | |
| 07/16/04 | Friday | 8:30 | 6:00 | | |
| | | | | | |
| 07/19/04 | Monday | 8:30 | 5:30 | | |
| 07/20/04 | Tuesday | 8:30 | 5:15 | | |
| 07/21/04 | Wednesday | 8:20 | 6:40 | | |
| 07/22/04 | Thursday | 8:30 | 6:00 | | |
| 07/23/04 | Friday | 8:30 | 5:30 | | |
| | | | | | |
| 07/26/04 | Monday | 8:20 | 5:15 | | |
| 07/27/04 | Tuesday | 8:20 | 6:00 | LS is out on personal day | |
| 07/28/04 | Wednesday | Personal day off | | Dr. Fisher visit | |
| 07/29/04 | Thursday | 8:20 | 6:00 | | |
| 07/30/04 | Friday | 8:20 | 5:10 | | |
| | | | | | |
| 08/02/04 | Monday | 8:30 | 6:00 | | |
| 08/03/04 | Tuesday | 8:35 | 6:00 | | |
| 08/04/04 | Wednesday | 8:25 | 5:15 | | |
| 08/05/04 | Thursday | 8:20 | 6:00 | | |
| 08/06/04 | Friday | 8:20 | 6:00 | | |
| | | | | | |
| 08/09/04 | Monday | 8:40 | 6:00 | | |

OT Log.xls    4 of 6

| Date | Day | Time in | Time out | Notes |
|---|---|---|---|---|
| 08/10/04 | Tuesday | 8:20 | 5:40 | |
| 08/11/04 | Wednesday | 8:20 | 6:00 | |
| 08/12/04 | Thursday | 8:40 | 6:00 | |
| 08/13/04 | Friday | 8:30 | 5:00 | |
| 08/16/04 | Monday | 8:20 | 6:00 | |
| 08/17/04 | Tuesday | 8:40 | 5:30 | |
| 08/18/04 | Wednesday | 8:40 | 5:40 | |
| 08/19/04 | Thursday | 8:40 | 5:00 | |
| 08/20/04 | Friday | 9:30 | 5:00 | |
| 08/23/04 | Monday | 7:50 | 4:50 | Ken Mooney's Garage |
| 08/24/04 | Tuesday | 8:30 | 5:40 | |
| 08/25/04 | Wednesday | 8:40 | 5:40 | |
| 08/26/04 | Thursday | 8:35 | 6:00 | |
| 08/27/04 | Friday | 8:40 | 6:00 | |
| 08/30/04 | Monday | 8:20 | 7:00 | RAV4 won't start |
| 08/31/04 | Tuesday | 8:20 | 6:30 | |
| 09/01/04 | Wednesday | 8:20 | 7:00 | |
| 09/02/04 | Thursday | 8:20 | 6:30 | |
| 09/03/04 | Friday | 8:20 | 6:00 | |
| 09/06/04 | Monday | | | Labor day off |
| 09/07/04 | Tuesday | 8:40 | 6:00 | |
| 09/08/04 | Wednesday | 8:20 | 6:00 | |
| 09/09/04 | Thursday | 8:20 | 6:00 | |
| 09/10/04 | Friday | 8:40 | 5:00 | |
| 09/13/04 | Monday | 8:30 | 6:00 | |
| 09/14/04 | Tuesday | 8:30 | 5:40 | |
| 09/15/04 | Wednesday | 8:30 | 5:10 | |
| 09/16/04 | Thursday | 8:30 | 5:30 | |
| 09/17/04 | Friday | 8:30 | 5:15 | |
| 09/20/04 | Monday | 8:30 | 5:30 | |
| 09/21/04 | Tuesday | 8:30 | 5:20 | |
| 09/22/04 | Wednesday | 8:20 | 5:30 | |
| 09/23/04 | Thursday | 8:30 | 5:30 | Phil left 1:30, Linda left 4:30 |
| 09/24/04 | Friday | 8:30 | 5:30 | Amy go to DMV and arrived at 1:00 PM, Petra late. |
| 09/27/04 | Monday | 8:20 | 6:00 | Phil is here in the morning, discussed his report needs-email |

OT Log.xls                    5 of 6

| Date | Day | Time In | Time out | Notes |
|---|---|---|---|---|
| 09/28/04 | Tuesday | 8:35 | 6:00 | |
| 09/29/04 | Wednesday | 8:30 | 5:40 | |
| 09/30/04 | Thursday | 8:42 | 5:50 | |
| 10/01/04 | Friday | Personal day off | | |
| 10/04/04 | Monday | 10:25 | 5:45 | Overslept |
| 10/05/04 | Tuesday | 8:10 | 5:50 | |
| 10/06/04 | Wednesday | 8:30 | 6:00 | |
| 10/07/04 | Thursday | 8:20 | 5:40 | |
| 10/08/04 | Friday | 8:20 | 5:20 | |
| 10/11/04 | Monday | 8:30 | 6:10 | |
| 10/12/04 | Tuesday | 8:30 | 6:10 | Temp. Theresa Bell |
| 10/13/04 | Wednesday | 8:15 | 6:00 | Linda sick |
| 10/14/04 | Thursday | 8:30 | 6:00 | |
| 10/15/04 | Friday | 8:35 | 5:10 | |
| 10/18/04 | Monday | 8:20 | 5:05 | |
| 10/19/04 | Tuesday | 8:30 | 6:10 | |
| 10/20/04 | Wednesday | 8:15 | 6:00 | |
| 10/21/04 | Thursday | 8:30 | 6:00 | |
| 10/22/04 | Friday | Sick | | |
| 10/25/04 | Monday | 8:35 | 6:15 | |
| 10/26/04 | Tuesday | 8:20 | 6:20 | |
| 10/27/04 | Wednesday | 8:20 | 6:00 | |
| 10/28/04 | Thursday | 8:30 | 5:45 | |
| 10/29/04 | Friday | 8:25 | 5:40 | |
| 11/01/04 | Monday | 8:20 | 5:40 | Jenifer and Linda go to Germany |
| 11/02/04 | Tuesday | 8:10 | 4:00 | Election Day |
| 11/03/04 | Wednesday | 8:20 | 6:00 | |
| 11/04/04 | Thursday | 10:00 | 6:40 | Theresa left at 2 sick |
| 11/05/04 | Friday | 8:30 | 6:00 | |
| 11/08/04 | Monday | 8:40 | 6:40 | SAP - Ceridian migration week; Theresa Bell's last day with WestLB |
| 11/09/04 | Tuesday | 8:10 | 8:15 | Dinner with SAP - Ceridian team |
| 11/10/04 | Wednesday | 8:15 | 6:40 | |
| 11/11/04 | Thursday | 8:15 | 6:40 | Veterans Day - office closed; come for Ceridian SourceLink |
| 11/12/04 | Friday | 8:20 | 3:00 | Linda let us go home early |
| 11/15/04 | Monday | 8:30 | 5:45 | |

Columbus day off

OT Log.xls          6 of 6

| Date | Day | Time in | Time out | Notes |
|---|---|---|---|---|
| 11/16/04 | Tuesday | 8:20 | 5:45 | |
| 11/17/04 | Wednesday | 8:20 | 6:00 | |
| 11/18/04 | Thursday | 8:15 | 6:00 | |
| 11/19/04 | Friday | 8:30 | 6:10 | |
| 11/22/04 | Monday | 8:30 | 5:30 | |
| 11/23/04 | Tuesday | 8:30 | 5:45 | |
| 11/24/04 | Wednesday | 8:35 | 6:00 | |
| 11/25/04 | Thursday | Thanksgiving | | |
| 11/26/04 | Friday | Vacation day | | |
| 11/29/04 | Monday | 8:30 | 6:45 | |
| 11/30/04 | Tuesday | 8:20 | 6:45 | |
| 12/01/04 | Wednesday | 8:30 | 6:45 | |
| 12/02/04 | Thursday | 8:10 | 6:45 | |
| 12/03/04 | Friday | 8:10 | 5:30 | Linda is attending Moses Dodo's Offsite Meeting in Delamar Hotel, Greenwich, CT |
| 12/06/04 | Monday | 8:10 | 7:00 | Annual HR Offsite Meeting |
| 12/07/04 | Tuesday | 7:30 | 7:00 | Annual HR Offsite Meeting |
| 12/08/04 | Wednesday | 8:00 | 8:30 | Robin Cruickshanks is in office |
| 12/09/04 | Thursday | 8:05 | 6:00 | Patt's last day in office, office party, finish Brightwater transfer SAP |
| 12/10/04 | Friday | 8:10 | 6:00 | |
| 12/13/04 | Monday | 8:05 | 7:30 | Performance Evaluation Process |
| 12/14/04 | Tuesday | 7:45 | 6:45 | |
| 12/15/04 | Wednesday | 8:00 | 6:15 | |
| 12/16/04 | Thursday | 8:00 | 6:30 | Linda vacation; Amy 9:30 |
| 12/17/04 | Friday | 7:55 | 6:30 | |
| 12/20/04 | Monday | 7:50 | 6:30 | |
| 12/21/04 | Tuesday | 8:00 | 6:50 | |
| 12/22/04 | Wednesday | 8:00 | 6:30 | |
| 12/23/04 | Thursday | 8:35 | 5:00 | |
| 12/24/04 | Friday | 8:40 | 2:00 | Christmas Eve |
| 12/27/04 | Monday | 8:15 | 5:00 | |
| 12/28/04 | Tuesday | 8:15 | 5:30 | |
| 12/29/04 | Wednesday | 8:20 | 5:30 | |
| 12/30/04 | Thursday | 8:25 | 5:30 | |
| 12/31/04 | Friday | 8:40 | 2:00 | New Year's Eve |

| Date | Day | Time in | Time out | |
|------|-----|---------|----------|---|
| 01/03/05 | Monday | 8:20 | 5:00 | |
| 01/04/05 | Tuesday | 8:00 | 5:30 | |
| 01/05/05 | Wednesday | Sick | | |
| 01/06/05 | Thursday | 2:00 | 6:40 | doc. Appnt. Morning. |
| 01/07/05 | Friday | 8:05 | 7:00 | |
| 01/10/05 | Monday | 8:00 | 5:15 | |
| 01/11/05 | Tuesday | 8:00 | 5:00 | Forgot ID |
| 01/12/05 | Wednesday | 8:20 | 5:30 | C.K. L.S. - Mark Tobia is coming today. |
| 01/13/05 | Thursday | 7:55 | 5:15 | |
| 01/14/05 | Friday | 7:50 | 6:15 | |
| 01/17/05 | Monday | Martin Luther King Day off | | |
| 01/18/05 | Tuesday | 8:00 | 6:30 | |
| 01/19/05 | Wednesday | 8:00 | 6:40 | |
| 01/20/05 | Thursday | 8:10 | 7:40 | |
| 01/21/05 | Friday | 7:50 | 6:10 | |
| 01/24/05 | Monday | 8:00 | 8:00 | |
| 01/25/05 | Tuesday | 8:00 | 7:00 | |
| 01/26/05 | Wednesday | Personal Day off | | |
| 01/27/05 | Thursday | 9:10 | 6:50 | There is a bus broke down in Lincoln Turnal |
| 01/28/05 | Friday | 7:50 | 6:50 | |
| 01/31/05 | Monday | 8:20 | 7:00 | |
| 02/01/05 | Tuesday | 8:00 | 6:40 | |
| 02/02/05 | Wednesday | 7:30 | 6:40 | |
| 02/03/05 | Thursday | 7:55 | 6:40 | |
| 02/04/05 | Friday | 8:10 | 6:45 | |
| 02/07/05 | Monday | 8:05 | 6:50 | |
| 02/08/05 | Tuesday | Vacation - Chinese New Year | | |
| 02/09/05 | Wednesday | Vacation - Chinese New Year | | |
| 02/10/05 | Thursday | Vacation - Chinese New Year | | |
| 02/11/05 | Friday | Vacation - Chinese New Year | | |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 02/14/05 | Monday | 7:55 | 5:10 | |
| 02/15/05 | Tuesday | 8:00 | 6:00 | |
| 02/16/05 | Wednesday | 7:40 | 6:10 | |
| 02/17/05 | Thursday | 7:45 | 5:00 | |
| 02/18/05 | Friday | 7:45 | 6:00 | |
| 02/21/05 | Monday | | | Presidents Day off |
| 02/22/05 | Tuesday | 7:55 | 5:10 | |
| 02/23/05 | Wednesday | 7:55 | 5:00 | |
| 02/24/05 | Thursday | 7:45 | 5:00 | |
| 02/25/05 | Friday | 8:10 | 5:10 | |
| 02/28/05 | Monday | 8:00 | 4:15 | Snow storm, everyone leave early |
| 03/01/05 | Tuesday | 8:00 | 5:15 | |
| 03/02/05 | Wednesday | 7:55 | 5:20 | |
| 03/03/05 | Thursday | 7:55 | 5:30 | |
| 03/04/05 | Friday | 7:55 | 5:30 | |
| 03/07/05 | Monday | 7:50 | 6:10 | |
| 03/08/05 | Tuesday | 7:50 | 6:45 | |
| 03/09/05 | Wednesday | 8:00 | 6:15 | |
| 03/10/05 | Thursday | 7:50 | 6:15 | |
| 03/11/05 | Friday | | | Sick |
| 03/14/05 | Monday | 7:50 | 5:00 | |
| 03/15/05 | Tuesday | 8:30 | 5:15 | |
| 03/16/05 | Wednesday | 8:40 | 5:00 | |
| 03/17/05 | Thursday | 8:40 | 5:00 | |
| 03/18/05 | Friday | 8:45 | 5:00 | |
| 03/21/05 | Monday | 8:35 | 5:00 | |
| 03/22/05 | Tuesday | 9:00 | 5:00 | |
| 03/23/05 | Wednesday | 9:15 | 5:15 | |
| 03/24/05 | Thursday | 9:00 | 5:00 | |
| 03/25/05 | Friday | 9:00 | 5:00 | |
| 03/28/05 | Monday | 9:00 | 5:10 | |

| Date | Day | | | |
|---|---|---|---|---|
| 03/29/05 | Tuesday | | | |
| 03/30/05 | Wednesday | | | |
| 03/31/05 | Thursday | | | |
| 04/01/05 | Friday | Sick, food poison | | |
| 04/04/05 | Monday | 8:30 | 5:10 | |
| 04/05/05 | Tuesday | 9:00 | 5:00 | |
| 04/06/05 | Wednesday | 8:50 | 5:00 | |
| 04/07/05 | Thursday | 9:00 | 5:00 | |
| 04/08/05 | Friday | 10:00 | 5:15 Lincoln Tumal truck break down | |
| 04/11/05 | Monday | 9:00 | 5:00 | |
| 04/12/05 | Tuesday | 9:00 | 5:00 | |
| 04/13/05 | Wednesday | 9:00 | 1:15 Sean is sick | |
| 04/14/05 | Thursday | 9:00 | 5:10 | |
| 04/15/05 | Friday | 9:00 | 5:30 | |
| 04/18/05 | Monday | 9:05 | 5:00 | |
| 04/19/05 | Tuesday | 9:00 | 5:00 | |
| 04/20/05 | Wednesday | 8:50 | 5:10 | |
| 04/21/05 | Thursday | 8:55 | 5:10 | |
| 04/22/05 | Friday | 8:50 | 1:15 Doctor's appointment | |
| 04/25/05 | Monday | 8:50 | 5:00 Linda is in Germany | |
| 04/26/05 | Tuesday | 8:50 | 5:00 | |
| 04/27/05 | Wednesday | 9:00 | 5:00 | |
| 04/28/05 | Thursday | 8:50 | 5:00 | |
| 04/29/05 | Friday | 9:00 | 5:00 | |
| 05/02/05 | Monday | 9:00 | 5:10 | |
| 05/03/05 | Tuesday | 9:00 | 5:10 | |
| 05/04/05 | Wednesday | 8:55 | 5:00 | |
| 05/05/05 | Thursday | 9:00 | 5:10 | |
| 05/06/05 | Friday | 9:00 | 2:15 Doctor's appointment | |
| 05/09/05 | Monday | 8:55 | 5:00 | |
| 05/10/05 | Tuesday | 8:10 | 5:10 Linda is in Germany | |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 05/11/05 | Wednesday | | | Sick day - Upper Gastrointestinal Endoscopy |
| 05/12/05 | Thursday | 8:55 | 5:00 | |
| 05/13/05 | Friday | 8:50 | 3:15 | Doctor's appointment |
| 05/16/05 | Monday | 8:55 | 5:00 | |
| 05/17/05 | Tuesday | 8:50 | 5:15 | |
| 05/18/05 | Wednesday | 8:40 | 5:00 | |
| 05/19/05 | Thursday | 9:00 | 5:10 | |
| 05/20/05 | Friday | | | Sick day - Colonoscopy |
| 05/23/05 | Monday | 9:15 | 5:15 | |
| 05/24/05 | Tuesday | 9:05 | 5:10 | |
| 05/25/05 | Wednesday | | | Sick |
| 05/26/05 | Thursday | 8:55 | 5:00 | |
| 05/27/05 | Friday | 8:55 | 3:15 | Doctor's appointment |
| 05/30/05 | Monday | | | Memorial Day |
| 05/31/05 | Tuesday | 8:40 | 5:10 | |
| 06/01/05 | Wednesday | 9:00 | 5:10 | |
| 06/02/05 | Thursday | 9:10 | 5:00 | |
| 06/03/05 | Friday | 9:00 | 5:00 | |
| 06/06/05 | Monday | 8:10 | 5:15 | |
| 06/07/05 | Tuesday | 8:30 | 5:00 | |
| 06/08/05 | Wednesday | 8:40 | 5:10 | |
| 06/09/05 | Thursday | 8:30 | 6:00 | |
| 06/10/05 | Friday | 9:10 | 1:15 | Summer schedule |
| 06/13/05 | Monday | 8:40 | 5:30 | |
| 06/14/05 | Tuesday | 8:50 | 5:30 | |
| 06/15/05 | Wednesday | 8:35 | 5:00 | |
| 06/16/05 | Thursday | 8:50 | 5:00 | |
| 06/17/05 | Friday | 8:50 | 5:30 | |
| 06/20/05 | Monday | | | Vacation |
| 06/21/05 | Tuesday | | | Vacation |
| 06/22/05 | Wednesday | | | Vacation |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 06/23/05 | Thursday | Vacation | | |
| 06/24/05 | Friday | Vacation | | |
| 06/27/05 | Monday | Vacation | | |
| 06/28/05 | Tuesday | Vacation | | |
| 06/29/05 | Wednesday | Vacation | | |
| 06/30/05 | Thursday | Vacation | | |
| 07/01/05 | Friday | Vacation | | |
| 07/04/05 | Monday | Independence Day | | |
| 07/05/05 | Tuesday | 8:30 | 5:40 | |
| 07/06/05 | Wednesday | 8:45 | 5:30 | |
| 07/07/05 | Thursday | 8:35 | 5:00 | |
| 07/08/05 | Friday | 8:50 | 5:30 | |
| 07/11/05 | Monday | 8:45 | 5:15 | |
| 07/12/05 | Tuesday | 8:30 | 5:05 | |
| 07/13/05 | Wednesday | 8:20 | 5:05 | |
| 07/14/05 | Thursday | 8:45 | 5:05 | |
| 07/15/05 | Friday | 8:45 | 5:15 | |
| 07/18/05 | Monday | 8:30 | 5:00 | |
| 07/19/05 | Tuesday | 8:25 | 5:00 | |
| 07/20/05 | Wednesday | 8:30 | 5:30 | |
| 07/21/05 | Thursday | 8:30 | 5:05 | |
| 07/22/05 | Friday | 8:30 | 3:00 | Summer schedule |
| 07/25/05 | Monday | 8:20 | 5:00 | Linda's on vacation |
| 07/26/05 | Tuesday | 8:20 | 5:10 | |
| 07/27/05 | Wednesday | Personal day | | |
| 07/28/05 | Thursday | 8:20 | 5:15 | |
| 07/29/05 | Friday | 9:10 | 5:00 | |
| 08/01/05 | Monday | 8:30 | 5:00 | Frank's on two weeks vacation |
| 08/02/05 | Tuesday | 8:30 | 5:00 | Linda is in Germany |
| 08/03/05 | Wednesday | 8:30 | 5:00 | Linda is in Germany |
| 08/04/05 | Thursday | 8:40 | 5:00 | Linda is in Germany |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 09/05/05 | Friday | 8:30 | 1:00 | Summer schedule |
| 08/09/05 | Tuesday | 8:30 | 5:00 | Frank's on two weeks vacation |
| 08/11/05 | Wednesday | 8:35 | 5:30 | |
| 08/12/05 | Thursday | 8:40 | 5:00 | |
| 08/13/05 | Friday | 8:40 | 5:00 | |
| 08/15/05 | Monday | 9:05 | 5:20 | |
| 08/16/05 | Tuesday | 8:30 | 5:00 | |
| 08/17/05 | Wednesday | 8:40 | 5:00 | |
| 08/18/05 | Thursday | 8:30 | 5:00 | |
| 08/19/05 | Friday | 8:40 | 1:15 | Summer schedule |
| 08/22/05 | Monday | 8:35 | 5:00 | |
| 08/23/05 | Tuesday | 8:30 | 5:00 | |
| 08/24/05 | Wednesday | 8:40 | 5:50 | Janine's staff meeting |
| 08/25/05 | Thursday | 8:40 | 5:00 | |
| 08/26/05 | Friday | 8:40 | 5:10 | |
| 08/29/05 | Monday | 8:40 | 5:00 | |
| 08/30/05 | Tuesday | 8:50 | 5:00 | |
| 08/31/05 | Wednesday | 9:10 | 5:00 | |
| 09/01/05 | Thursday | 8:50 | 5:00 | |
| 09/02/05 | Friday | Sick | | |
| 09/05/05 | Monday | Labor Day | | |
| 09/06/05 | Tuesday | 8:30 | 5:05 | |
| 09/07/05 | Wednesday | 8:45 | 5:00 | |
| 09/08/05 | Thursday | 8:40 | 5:00 | |
| 09/09/05 | Friday | 8:40 | 5:00 | |
| 09/12/05 | Monday | 8:40 | 5:00 | APA Local Income Tax Compliance |
| 09/13/05 | Tuesday | 9:00 | 5:00 | |
| 09/14/05 | Wednesday | 9:00 | 5:00 | |
| 09/15/05 | Thursday | 8:40 | 5:00 | |
| 09/16/05 | Friday | 9:00 | 1:30 | Summer schedule |

| Date | Day | In | Out | Note |
|---|---|---|---|---|
| 09/19/05 | Monday | 8:50 | 5:00 | |
| 09/20/05 | Tuesday | 9:00 | 5:00 | |
| 09/21/05 | Wednesday | 8:30 | 5:00 | |
| 09/22/05 | Thursday | 8:25 | 5:30 | In preparing for next week's vacation |
| 09/23/05 | Friday | 8:25 | 6:10 | In preparing for next week's vacation |
| 09/26/05 | Monday | Vacation | | |
| 09/27/05 | Tuesday | Vacation | | |
| 09/28/05 | Wednesday | Vacation | | |
| 09/29/05 | Thursday | Vacation | | |
| 09/30/05 | Friday | Vacation | | |
| 10/03/05 | Monday | 8:20 | 5:30 | |
| 10/04/05 | Tuesday | 8:30 | 5:00 | |
| 10/05/05 | Wednesday | 8:50 | 5:00 | |
| 10/06/05 | Thursday | 8:50 | 5:00 | |
| 10/07/05 | Friday | 9:10 | 5:00 | |
| 10/10/05 | Monday | Columbus Day off | | |
| 10/11/05 | Tuesday | 9:00 | 5:00 | |
| 10/12/05 | Wednesday | 9:20 | 5:10 | Heavy rain |
| 10/13/05 | Thursday | 8:45 | 5:20 | |
| 10/14/05 | Friday | 9:10 | 5:15 | |
| 10/17/05 | Monday | 8:35 | 5:10 | |
| 10/18/05 | Tuesday | 9:10 | 5:10 | |
| 10/19/05 | Wednesday | 8:40 | 5:10 | |
| 10/20/05 | Thursday | 9:00 | 5:10 | |
| 10/21/05 | Friday | 8:35 | 5:00 | |
| 10/24/05 | Monday | 8:50 | 5:10 | |
| 10/25/05 | Tuesday | 8:40 | 5:00 | |
| 10/26/05 | Wednesday | 8:40 | 7:40 | Service award - 5 years |
| 10/27/05 | Thursday | 8:40 | 5:10 | |
| 10/28/05 | Friday | 8:50 | 5:00 | Linda is sick for the last four days for her arm |

| Date | Day | Time In | Time Out | Notes |
|---|---|---|---|---|
| 10/31/05 | Monday | 8:50 | 5:10 | |
| 11/01/05 | Tuesday | 8:50 | 5:00 | |
| 11/02/05 | Wednesday | 8:45 | 5:30 | |
| 11/03/05 | Thursday | 8:40 | 5:25 | |
| 11/04/05 | Friday | 8:40 | 4:00 | Fall at the lobby on ice cream |
| 11/07/05 | Monday | Vacation | | |
| 11/08/05 | Tuesday | Vacation | | |
| 11/09/05 | Wednesday | Vacation | | |
| 11/10/05 | Thursday | Vacation | | |
| 11/11/05 | Friday | Veterans' Day - office closed | | |
| 11/14/05 | Monday | 8:20 | 5:00 | |
| 11/15/05 | Tuesday | 9:15 | 5:25 | |
| 11/16/05 | Wednesday | 8:55 | 5:15 | |
| 11/17/05 | Thursday | 8:40 | 5:20 | APA Meeting at Robert Half @245 Park Ave. |
| 11/18/05 | Friday | 9:05 | 5:10 | |
| 11/21/05 | Monday | 8:55 | 5:00 | |
| 11/22/05 | Tuesday | 8:55 | 5:20 | |
| 11/23/05 | Wednesday | 9:10 | 4:30 | Office closed on 2 pm |
| 11/24/05 | Thursday | Thanksgiving | | |
| 11/25/05 | Friday | 8:30 | 4:30 | Office closed on 2 pm |
| 11/28/05 | Monday | Jury duty Passaic County | | |
| 11/29/05 | Tuesday | Jury duty Passaic County | | |
| 11/30/05 | Wednesday | Jury duty Passaic County | | |
| 12/01/05 | Thursday | 8:50 | 5:20 | |
| 12/02/05 | Friday | 8:50 | 5:30 | |
| 12/05/05 | Monday | 8:45 | 5:40 | |
| 12/06/05 | Tuesday | 8:50 | 5:00 | |
| 12/07/05 | Wednesday | 8:00 | 9:45 | Annual HR Off-site, Sofitel |
| 12/08/05 | Thursday | 8:00 | 10:00 | Annual Branch Christmas party - Tao |
| 12/09/05 | Friday | 11:00 | 5:40 | |
| 12/12/05 | Monday | 9:15 | 5:40 | |

| Date | Day | | | |
|---|---|---|---|---|
| 12/13/05 | Tuesday | 8:30 | 5:00 | |
| 12/14/05 | Wednesday | 8:50 | 5:00 | |
| 12/15/05 | Thursday | 8:55 | 5:00 | |
| 12/16/05 | Friday | 8:55 | 5:00 | |
| 12/19/05 | Monday | 9:00 | 6:00 | |
| 12/20/05 | Tuesday | 8:40 | 6:00 | MTA on strike |
| 12/21/05 | Wednesday | 8:45 | 5:00 | MTA on strike |
| 12/22/05 | Thursday | 9:00 | 5:00 | MTA on strike |
| 12/23/05 | Friday | 8:20 | 4:10 | The strike is over |
| 12/26/05 | Monday | Christmas | | |
| 12/27/05 | Tuesday | 8:35 | 5:00 | |
| 12/28/05 | Wednesday | 8:30 | 5:00 | |
| 12/29/05 | Thursday | 8:20 | 5:00 | |
| 12/30/05 | Friday | 8:30 | 3:00 | |

| Date | Day | Time In | Time Out | Notes |
|------|-----|---------|----------|-------|
| 01/02/06 | Monday | New Year's Day | | |
| 01/03/06 | Tuesday | 12:30 | | 6:00 Doctor's appointment |
| 01/04/06 | Wednesday | 8:40 | 6:00 | |
| 01/05/06 | Thursday | 8:45 | 6:00 | |
| 01/06/06 | Friday | 8:45 | 6:00 | |
| 01/08/06 | Sunday | 1:00 | 7:30 | WestAM 41 new hire/rehire, benefits deduction |
| 01/09/06 | Monday | 8:35 | 7:00 | |
| 01/10/06 | Tuesday | 8:00 | 6:00 | |
| 01/11/06 | Wednesday | 8:45 | 5:00 | |
| 01/12/06 | Thursday | 11:30 | 6:00 | Car won't start. |
| 01/13/06 | Friday | 8:55 | 5:00 | |
| 01/16/06 | Monday | MLK Holiday | | |
| 01/17/06 | Tuesday | 9:05 | 6:00 | |
| 01/18/06 | Wednesday | 8:30 | 6:00 | |
| 01/19/06 | Thursday | 8:45 | 6:00 | |
| 01/20/06 | Friday | 9:00 | 6:00 | |
| 01/23/06 | Monday | 9:05 | 5:45 | |
| 01/24/06 | Tuesday | 8:45 | 6:00 | |
| 01/25/06 | Wednesday | Personal day | | |
| 01/26/06 | Thursday | 8:35 | 6:00 | |
| 01/27/06 | Friday | 8:30 | 6:00 | |
| 01/30/06 | Monday | Chinese New Year | | |
| 01/31/06 | Tuesday | 9:00 | 5:10 | |
| 02/01/06 | Wednesday | 8:50 | 5:10 | |
| 02/02/06 | Thursday | 8:50 | 5:30 | |
| 02/03/06 | Friday | 9:00 | 6:00 | |
| 02/06/06 | Monday | 8:50 | 5:30 | |
| 02/07/06 | Tuesday | 8:50 | 5:30 | |
| 02/08/06 | Wednesday | 8:00 | 6:00 | KPMG Short hill Meeting |
| 02/09/06 | Thursday | 8:30 | 5:40 | |
| 02/10/06 | Friday | 8:50 | 5:00 | |

| Date | Day | In | Out | Notes |
|------|-----|------|------|-------|
| 02/13/06 | Monday | 9:00 | 5:00 | Big snow, Frank is on vacation, Linda is sick |
| 02/14/06 | Tuesday | 9:15 | 5:15 | Big snow, Frank is on vacation, Linda is sick |
| 02/15/06 | Wednesday | 9:00 | 5:35 | |
| 02/16/06 | Thursday | 8:40 | 5:30 | |
| 02/17/06 | Friday | 9:00 | 5:30 | |
| 02/20/06 | Monday | President's day | | |
| 02/21/06 | Tuesday | 8:50 | 5:20 | |
| 02/22/06 | Wednesday | 8:40 | 5:30 | |
| 02/23/06 | Thursday | 8:45 | 5:40 | |
| 02/24/06 | Friday | 8:40 | 5:40 | |
| 02/27/06 | Monday | 9:00 | 5:30 | |
| 02/28/06 | Tuesday | 9:00 | 4:00 | Birthday |
| 03/01/06 | Wednesday | 8:40 | 5:30 | |
| 03/02/06 | Thursday | 8:55 | 5:40 | |
| 03/03/06 | Friday | 8:50 | 5:40 | |
| 03/06/06 | Monday | 8:55 | 6:00 | |
| 03/07/06 | Tuesday | 8:55 | 5:30 | |
| 03/08/06 | Wednesday | 8:35 | 5:15 | |
| 03/09/06 | Thursday | 8:30 | 5:00 | |
| 03/10/06 | Friday | 9:30 | 6:30 | Late due to Lincoln Tunnel auto accident. |
| 03/13/06 | Monday | 11:30 | 6:30 | Take Sean to doctor |
| 03/14/06 | Tuesday | 8:30 | 6:00 | |
| 03/15/06 | Wednesday | 8:45 | 5:45 | Guaranteed bonus pay date. |
| 03/16/06 | Thursday | 8:45 | 5:15 | |
| 03/17/06 | Friday | 9:15 | 5:15 | |
| 03/20/06 | Monday | 8:40 | 5:50 | |
| 03/21/06 | Tuesday | 8:45 | 5:45 | |
| 03/22/06 | Wednesday | 8:45 | 5:15 | |
| 03/23/06 | Thursday | 8:35 | 5:50 | |
| 03/24/06 | Friday | 8:35 | 5:30 | |
| 03/27/06 | Monday | Sick | | |

| Date | Day | Time | Notes |
|---|---|---|---|
| 03/28/06 | Tuesday | 9:00 | 5:45 |
| 03/29/06 | Wednesday | 8:45 | 5:50 |
| 03/30/06 | Thursday | 8:50 | 5:30 |
| 03/31/06 | Friday | 8:50 | 5:00 |
| 04/03/06 | Monday | 10:00 | 6:30 Late due to Lincoln Tunnel auto accident. |
| 04/04/06 | Tuesday | 8:45 | 6:00 |
| 04/05/06 | Wednesday | 8:40 | 5:45 |
| 04/06/06 | Thursday | 8:50 | 5:45 |
| 04/07/06 | Friday | 9:00 | 5:30 |
| 04/10/06 | Monday | 9:00 | 5:45 |
| 04/11/06 | Tuesday | 8:45 | 6:30 Annual bonus run |
| 04/12/06 | Wednesday | 8:00 | 6:50 Annual bonus run |
| 04/13/06 | Thursday | 8:10 | 5:30 Annual bonus run |
| 04/14/06 | Friday | 8:40 | 5:00 Good Friday, Frank's off |
| 04/17/06 | Monday | 9:15 | 5:45 Frank's on one week vacation |
| 04/18/06 | Tuesday | 8:50 | 5:30 |
| 04/19/06 | Wednesday | 8:40 | 5:00 |
| 04/20/06 | Thursday | 8:40 | 5:30 Linda is out, mother in hospital |
| 04/21/06 | Friday | 8:50 | 5:30 |
| 04/22/06 | Saturday | 7:30 | 11:30 Disaster Recovery Scenario 1 Test, 1 Evertrust Plaza, 14th Fl, Jersey City, NJ 07302 |
| 04/24/06 | Monday | | Personal day - annual physical exam. |
| 04/25/06 | Tuesday | 8:40 | 5:40 |
| 04/26/06 | Wednesday | 8:40 | 5:45 |
| 04/27/06 | Thursday | 8:45 | 12:00 Bring kids to work day; half personal day |
| 04/28/06 | Friday | 9:00 | 5:50 Linda is out, mother is ill. |
| 05/01/06 | Monday | 9:15 | 5:45 Linda is out, mother is ill. |
| 05/02/06 | Tuesday | 8:55 | 6:00 Linda is out, mother is ill. Ceridian crashed. |
| 05/03/06 | Wednesday | 8:55 | 6:00 Linda is out, mother is ill. Ceridian crashed. |
| 05/04/06 | Thursday | | Personal day - stress test. |
| 05/05/06 | Friday | 9:15 | 6:00 Linda's mother passed away last night. |
| 05/08/06 | Monday | 8:50 | 5:45 Linda is out for the week |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 06/19/06 | Monday | Vacation | | |
| 06/20/06 | Tuesday | Vacation | | |
| 06/12/06 | Monday | 8:40 | 5:40 | |
| 06/13/06 | Tuesday | 8:20 | 5:45 | KPMG IES Roundtable on International Payroll - Park Ave. |
| 06/14/06 | Wednesday | 8:50 | 5:30 | |
| 06/15/06 | Thursday | 9:00 | 6:00 | |
| 06/16/06 | Friday | 8:40 | 6:00 | |
| 06/05/06 | Monday | 8:40 | 5:15 | |
| 06/06/06 | Tuesday | 9:05 | 5:15 | |
| 06/07/06 | Wednesday | 9:10 | 5:10 | |
| 06/08/06 | Thursday | 8:30 | 5:15 | |
| 06/09/06 | Friday | 8:40 | 5:30 | |
| 05/29/06 | Monday | Memorial Day | | |
| 05/30/06 | Tuesday | 7:50 | 5:10 | |
| 05/31/06 | Wednesday | 8:50 | 5:00 | |
| 06/01/06 | Thursday | 8:45 | 5:15 | |
| 06/02/06 | Friday | 9:00 | 5:30 | |
| 05/22/06 | Monday | 9:00 | 5:40 | |
| 05/23/06 | Tuesday | 8:50 | 5:20 | |
| 05/24/06 | Wednesday | 8:50 | 5:30 | |
| 05/25/06 | Thursday | 8:50 | 6:00 | |
| 05/26/06 | Friday | 9:00 | 2:00 | |
| 05/15/06 | Monday | 8:50 | 5:45 | Linda is out for the week |
| 05/16/06 | Tuesday | 8:50 | 5:45 | |
| 05/17/06 | Wednesday | 8:45 | 5:30 | Frank is sick |
| 05/18/06 | Thursday | 8:40 | 5:40 | Frank is sick |
| 05/19/06 | Friday | 9:10 | 5:30 | |
| 05/09/06 | Tuesday | 8:45 | 6:30 | Went to Linda's mother's wake in Ridgewood, NJ |
| 05/10/06 | Wednesday | 9:10 | 6:00 | |
| 05/11/06 | Thursday | 8:40 | 5:00 | |
| 05/12/06 | Friday | 8:50 | 5:30 | |

| Date | Day | Time In | Time Out | Notes |
|------|-----|---------|----------|-------|
| 06/21/06 | Wednesday | Vacation | | |
| 06/22/06 | Thursday | Vacation | | |
| 06/23/06 | Friday | Vacation | | |
| 06/26/06 | Monday | Vacation | | |
| 06/27/06 | Tuesday | Vacation | | |
| 06/28/06 | Wednesday | Vacation | | |
| 06/29/06 | Thursday | Vacation | | |
| 06/30/06 | Friday | Vacation | | |
| 07/03/06 | Monday | 8:40 | 3:45 | |
| 07/04/06 | Tuesday | Independence Day | | |
| 07/05/06 | Wednesday | 9:00 | 6:00 | |
| 07/06/06 | Thursday | 8:30 | 6:00 | |
| 07/07/06 | Friday | 8:00 | 5:15 | |
| 07/10/06 | Monday | 9:00 | 6:30 | |
| 07/11/06 | Tuesday | 12:00 | 5:30 Wife's finger print appointment in Newark | |
| 07/12/06 | Wednesday | 9:00 | 6:30 Frank is sick | |
| 07/13/06 | Thursday | 8:55 | 5:15 Frank is sick | |
| 07/14/06 | Friday | 8:55 | 6:30 | |
| 07/16/06 | Sunday | 9:00 | 9:00 Ceridian Insights - Hollywood, FL | |
| 07/17/06 | Monday | 8:00 | 5:00 Ceridian Insights - Hollywood, FL | |
| 07/18/06 | Tuesday | 8:00 | 5:00 Ceridian Insights - Hollywood, FL | |
| 07/19/06 | Wednesday | 8:00 | 9:00 Ceridian Insights - Hollywood, FL | |
| 07/20/06 | Thursday | 8:00 | 3:00 Ceridian Insights - Hollywood, FL | |
| 07/21/06 | Friday | 8:45 | 5:20 | |
| 07/24/06 | Monday | 8:40 | 5:30 | |
| 07/25/06 | Tuesday | 9:10 | 5:50 Frank is sick | |
| 07/26/06 | Wednesday | 8:40 | 5:00 | |
| 07/27/06 | Thursday | 8:40 | 5:30 | |
| 07/28/06 | Friday | Sick | | |
| 07/31/06 | Monday | 8:45 | 5:20 | |
| 08/01/06 | Tuesday | 9:00 | 5:20 | |

| Date | Day | In | Out | Notes |
|------|-----|-----|-----|-------|
| 08/02/06 | Wednesday | Sick | | |
| 08/03/06 | Thursday | 8:50 | 5:30 | |
| 08/04/06 | Friday | 8:50 | 5:30 | |
| 08/07/06 | Monday | 8:30 | 5:30 | |
| 08/08/06 | Tuesday | 8:45 | 5:40 | |
| 08/09/06 | Wednesday | 8:40 | 5:50 | |
| 08/10/06 | Thursday | 8:40 | 5:50 | |
| 08/11/06 | Friday | 8:50 | 5:30 | |
| 08/14/06 | Monday | 8:35 | 5:00 | |
| 08/15/06 | Tuesday | 9:00 | 5:30 | |
| 08/16/06 | Wednesday | 8:45 | 5:10 | |
| 08/17/06 | Thursday | 9:05 | 5:30 | drinks with Rob Stein |
| 08/18/06 | Friday | 8:55 | 5:30 | |
| 08/21/06 | Monday | 8:55 | 5:50 | |
| 08/22/06 | Tuesday | 8:40 | 5:00 | |
| 08/23/06 | Wednesday | 9:05 | 5:30 | |
| 08/24/06 | Thursday | 9:05 | 5:30 | |
| 08/25/06 | Friday | 9:05 | 5:30 | |
| 08/28/06 | Monday | 9:05 | 6:00 | |
| 08/29/06 | Tuesday | 8:55 | 5:40 | |
| 08/30/06 | Wednesday | 9:15 | 5:30 | |
| 08/31/06 | Thursday | 9:00 | 6:00 | |
| 09/01/06 | Friday | 9:00 | 4:00 | Labor Day weekend, office closed at 2. |
| 09/04/06 | Monday | Labor Day | | |
| 09/05/06 | Tuesday | 8:30 | 6:00 | |
| 09/06/06 | Wednesday | 9:05 | 6:00 | |
| 09/07/06 | Thursday | 8:55 | 6:00 | |
| 09/08/06 | Friday | 9:00 | 6:10 | |
| 09/11/06 | Monday | Vacation - study for CPP | | |
| 09/12/06 | Tuesday | Vacation - study for CPP | | |
| 09/13/06 | Wednesday | Vacation - study for CPP | | |

| Date | Day | Start | End | Notes |
|---|---|---|---|---|
| 09/14/06 | Thursday | Vacation - study for CPP | | |
| 09/15/06 | Friday | Vacation - study for CPP | | |
| 09/18/06 | Monday | 9:00 | 5:45 | |
| 09/19/06 | Tuesday | 8:50 | 5:45 | |
| 09/20/06 | Wednesday | 9:00 | 5:00 | |
| 09/21/06 | Thursday | 9:00 | 5:00 | |
| 09/22/06 | Friday | 9:00 | 5:10 | |
| 09/25/06 | Monday | 8:30 | 5:15 | |
| 09/26/06 | Tuesday | 9:00 | 5:30 | Identity case |
| 09/27/06 | Wednesday | 9:10 | 5:10 | GWB accident, Lincoln backed up. |
| 09/28/06 | Thursday | 9:00 | 5:10 | |
| 09/29/06 | Friday | 8:45 | 5:30 | |
| 10/02/06 | Monday | 9:00 | 5:30 | |
| 10/03/06 | Tuesday | 8:50 | 5:30 | |
| 10/04/06 | Wednesday | 8:30 | 5:30 | Janine Cristiano's last day |
| 10/05/06 | Thursday | 9:00 | 5:30 | |
| 10/06/06 | Friday | 9:00 | 6:00 | |
| 10/09/06 | Monday | Columbus Day - office closed | | |
| 10/10/06 | Tuesday | Vacation - study for CPP | | |
| 10/11/06 | Wednesday | Vacation - study for CPP | | |
| 10/12/06 | Thursday | Vacation - study for CPP | | |
| 10/13/06 | Friday | Vacation - study for CPP | | |
| 10/16/06 | Monday | 8:40 | 5:30 | |
| 10/17/06 | Tuesday | 8:40 | 5:30 | |
| 10/18/06 | Wednesday | 8:30 | 6:30 | KPMG IES Roundtable, Immigration and Tax - what's new? Lunch with KPMG |
| 10/19/06 | Thursday | 9:10 | 5:00 | |
| 10/20/06 | Friday | 9:10 | 5:30 | |
| 10/23/06 | Monday | 8:45 | 5:30 | |
| 10/24/06 | Tuesday | 9:20 | 5:30 | |
| 10/25/06 | Wednesday | 8:50 | 5:30 | |
| 10/26/06 | Thursday | 9:05 | 5:30 | |

| Date | Day | | Time | Notes |
|---|---|---|---|---|
| 10/27/06 | Friday | | 9:05 | 5:30 |
| | | | | |
| 10/30/06 | Monday | | 8:55 | 5:30 |
| 10/31/06 | Tuesday | | 10:45 | 5:05 Son go to see doc. |
| 11/01/06 | Wednesday | | 8:55 | 5:30 |
| 11/02/06 | Thursday | | 8:30 | 5:35 |
| 11/03/06 | Friday | | 9:00 | 5:00 Ceridian's Training on Year End/Year Begin on East Hanover, NJ |
| | | | | |
| 11/06/06 | Monday | | 8:30 | 5:30 |
| 11/07/06 | Tuesday | | 8:35 | 5:00 Election Day - went to vote |
| 11/08/06 | Wednesday | | 8:35 | 5:20 |
| 11/09/06 | Thursday | | 9:00 | 6:20 Discussion with Linda about Ceridian Web /JV project. |
| 11/10/06 | Friday | | | Personal day off |
| | | | | |
| 11/13/06 | Monday | | 8:50 | 5:25 Lisa and Linda is in Germany this week |
| 11/14/06 | Tuesday | | 9:00 | 5:30 |
| 11/15/06 | Wednesday | | 9:00 | 5:40 |
| 11/16/06 | Thursday | | 9:00 | 6:10 Lisa and Linda is back from Germany. |
| 11/17/06 | Friday | | 9:00 | 5:15 |
| | | | | |
| 11/20/06 | Monday | | 8:50 | 5:40 |
| 11/21/06 | Tuesday | | 8:50 | 5:40 |
| 11/22/06 | Wednesday | | 9:10 | 1:15 Office closed at 1:00 |
| 11/23/06 | Thursday | | Thanksgiving Day | |
| 11/24/06 | Friday | | 8:50 | 5:00 |
| | | | | |
| 11/27/06 | Monday | | Personal day - Son is sick | |
| 11/28/06 | Tuesday | | 8:20 | 5:30 |
| 11/29/06 | Wednesday | Sick | | |
| 11/30/06 | Thursday | | 8:20 | 5:00 Move to new spot, back pain |
| 12/01/06 | Friday | | 8:20 | 5:00 |
| | | | | |
| 12/04/06 | Monday | | 8:40 | 5:40 |
| 12/05/06 | Tuesday | | 9:10 | 5:40 |
| 12/06/06 | Wednesday | | 9:00 | 6:00 Holiday party |
| 12/07/06 | Thursday | | 9:00 | 6:20 |
| 12/08/06 | Friday | | 9:05 | 6:00 Grosse Pecturn/the new global HR head is here since Wednesday |

| Date | Day | In | Out | Notes |
|------|-----|----|----|-------|
| 12/11/06 | Monday | 9:00 | 6:00 | |
| 12/12/06 | Tuesday | 9:00 | 5:30 | Linda and Lisa is on vacation |
| 12/13/06 | Wednesday | 9:00 | 5:30 | Linda's younger sister just had a surgery |
| 12/14/06 | Thursday | 9:00 | 5:40 | |
| 12/15/06 | Friday | 9:00 | 5:40 | |
| 12/18/06 | Monday | 9:00 | 5:30 | |
| 12/19/06 | Tuesday | 8:30 | 6:00 | Annual HR Off-site, Softel |
| 12/20/06 | Wednesday | 8:30 | 5:30 | Annual HR Off-site, Softel |
| 12/21/06 | Thursday | 9:00 | 5:30 | Linda is on vacation. |
| 12/22/06 | Friday | 9:00 | 5:00 | Linda is on vacation. |
| 12/25/06 | Monday | | | Christmas |
| 12/26/06 | Tuesday | 8:50 | 5:10 | |
| 12/27/06 | Wednesday | 9:00 | 6:30 | Canute and Andrea left at 6:00, no one else is in the office. |
| 12/28/06 | Thursday | 9:00 | 5:40 | |
| 12/29/06 | Friday | 8:50 | 5:00 | |

| Date | Day | | Time | Note |
|------|-----|--|------|------|
| 01/01/07 | Monday | New Year's Day | | |
| 01/02/07 | Tuesday | | 8:55 | 5:40 Linda is sick, stomac upset |
| 01/03/07 | Wednesday | | 11:30 | 5:50 Car problem |
| 01/04/07 | Thursday | | 9:00 | 5:00 Phil and Meredith, Natalie and Phil, Tupelo Grill@1 Penn Plaza, Phila Flyers vs NY Rangers at Madison Square Garden |
| 01/05/07 | Friday | | 9:45 | 6:00 Canute - 5:45pm |
| | | | | |
| 01/08/07 | Monday | | 9:40 | 6:00 No Bus, gas smell all around the town. |
| 01/09/07 | Tuesday | | 8:45 | 5:40 |
| 01/10/07 | Wednesday | Sick | | |
| 01/11/07 | Thursday | | 8:45 | 5:30 |
| 01/12/07 | Friday | | 8:40 | 5:30 |
| | | | | |
| 01/15/07 | Monday | MLK Holiday | | |
| 01/16/07 | Tuesday | | 9:00 | 6:00 |
| 01/17/07 | Wednesday | | 9:00 | 6:00 KPMG Park Ave Office Roundtable |
| 01/18/07 | Thursday | | 8:45 | 5:45 Discuss Marcelo Matsmoto, John Schraff, Hugo, Martine Nowicki with Linda |
| 01/19/07 | Friday | | 9:00 | 6:00 |
| | | | | |
| 01/22/07 | Monday | | 9:15 | 6:00 Discuss the email to Tommi Alberty/Hinds |
| | | | | City Roberster |
| 01/23/07 | Tuesday | | 9:00 | 6:00 Sean Tully called Lisa and questioned why IRS charge him interest and penalty for no payment of US tax. |
| 01/24/07 | Wednesday | | 8:50 | 6:00 Conference call with Phillip Grasso of KPMG, w/ Linda/Frank discuss the IRS rules of how to handle retirned retention bonus from 2006 |
| 01/25/07 | Thursday | | 9:00 | 5:30 |
| 01/26/07 | Friday | | 8:50 | 3:15 Doctor's appointment  Wed, Sea Grill |
| | | | | |
| 01/29/07 | Monday | | 9:05 | 5:30 Canute, Ed, and Frank all left at the same time |
| 01/30/07 | Tuesday | | 8:50 | 5:40 |
| 01/31/07 | Wednesday | Sick | | |
| 02/01/07 | Thursday | | 9:00 | 5:30 |
| 02/02/07 | Friday | | 9:00 | 5:35 |
| | | | | |
| 02/05/07 | Monday | | 8:50 | 5:10 Linda's car over heated outside of Lincoln tunnel, Frank left in the afternoon. |
| 02/06/07 | Tuesday | | 8:55 | 5:40 Canute left on 5:02 for HR Class |
| 02/07/07 | Wednesday | | 9:00 | 5:40 |
| 02/08/07 | Thursday | | 9:00 | 5:15 |
| 02/09/07 | Friday | | 9:00 | 5:30 |
| | | | | |
| 02/12/07 | Monday | | 8:45 | 5:30 |

| Date | Day | Time In | Time Out | Notes |
|---|---|---|---|---|
| 02/13/07 | Tuesday | 8:45 | 5:35 | |
| 02/14/07 | Wednesday | 9:10 | 5:15 | Snow storm, Canute came at 9:50 |
| 02/15/07 | Thursday | 9:15 | 5:45 | |
| 02/16/07 | Friday | 9:10 | | |
| 02/19/07 | Monday | President's Day | | |
| 02/20/07 | Tuesday | Chinese New Year | | |
| 02/21/07 | Wednesday | Chinese New Year | | |
| 02/22/07 | Thursday | Chinese New Year | | |
| 02/23/07 | Friday | Chinese New Year | | |
| 02/26/07 | Monday | 9:10 | 5:40 | Snow storm, Canute and Ed left on 5:30 |
| 02/27/07 | Tuesday | 9:00 | 5:15 | |
| 02/28/07 | Wednesday | Personal day - son and wife sick | | |
| 03/01/07 | Thursday | 9:00 | 6:00 | Annual review with Linda Shirley |
| 03/02/07 | Friday | 9:40 | 6:00 | Heavy rain, flooding, meeting with Linda Shirley |
| 03/05/07 | Monday | 8:50 | 6:25 | Frank is on Vacation 3/5 - 3/7; work on 3/9 payroll |
| 03/06/07 | Tuesday | 9:10 | 5:40 | |
| 03/07/07 | Wednesday | 9:40 | 6:10 | Snow, Lincoln tennel traffic, Canute is out of office. |
| 03/08/07 | Thursday | 8:40 | 5:40 | |
| 03/09/07 | Friday | 8:40 | 5:30 | |
| 03/12/07 | Monday | 8:54 | 5:30 | Processing annual bonus |
| 03/13/07 | Tuesday | 9:10 | 6:00 | Processing annual bonus |
| 03/14/07 | Wednesday | 8:40 | 6:00 | |
| 03/15/07 | Thursday | 8:35 | 6:00 | Say hello to Canute at 8:40 |
| 03/16/07 | Friday | Sick | | |
| 03/19/07 | Monday | 8:10 | 6:00 | Sandra came at 8:15, Canute, Frank and Lisa is on vacation this week. |
| 03/20/07 | Tuesday | 8:30 | 6:00 | Amy is the only one in the office, Linda has car problem, stay late to process the 3/9 401k |
| 03/21/07 | Wednesday | 8:30 | 5:00 | |
| 03/22/07 | Thursday | 9:30 | 6:00 | |
| 03/23/07 | Friday | 9:00 | 6:00 | |
| 03/26/07 | Monday | 8:55 | 6:00 | Sandra is on vacation for the week. |
| 03/27/07 | Tuesday | 9:00 | 6:00 | Met Hinds in the elevator |

| Date | Day | Time In | Time Out / Notes |
|---|---|---|---|
| 03/28/07 | Wednesday | 11:00 | 6:30 John Geremia visited from UK; Frank personal day |
| 03/29/07 | Thursday | 9:00 | 6:00 Oliver d'Oelsnitz visited from UK; Frank sick |
| 03/30/07 | Friday | 9:00 | 6:30 Frank is sick; stay late to process the annual raise, Linda is in the office. |
| | | | |
| 04/02/07 | Monday | 9:00 | 6:00 Linda is sick-back pain, Frank came at 12:00, work on annual raise. |
| 04/03/07 | Tuesday | 9:00 | 6:00 Linda is sick-back pain |
| 04/04/07 | Wednesday | 8:55 | 2:30 Linda is sick-back pain; Docotor's appointment |
| 04/05/07 | Thursday | 9:00 | 5:30 |
| 04/06/07 | Friday | 8:50 | 2:00 Good Friday |
| | | | |
| 04/09/07 | Monday | | Sick |
| 04/10/07 | Tuesday | 9:15 | 5:40 |
| 04/11/07 | Wednesday | 8:50 | 5:40 |
| 04/12/07 | Thursday | 9:15 | 5:20 Heavy rain; Frank went home at 11:30 because he "black out" on train |
| 04/13/07 | Friday | 11:15 | 6:10 Parents Teacher conference for Sean. |
| | | | |
| 04/16/07 | Monday | 9:00 | 5:45 Linda is home due to flooding, NJ State of emergency. |
| 04/17/07 | Tuesday | 9:00 | 5:15 Virginia Tech killing of 32 students and teachers yesterday morning. |
| 04/18/07 | Wednesday | 8:50 | 5:30 |
| 04/19/07 | Thursday | 9:00 | 5:15 |
| 04/20/07 | Friday | 8:50 | 5:45 |
| | | | |
| 04/23/07 | Monday | 8:55 | 5:20 Say goodbye to Canute. |
| 04/24/07 | Tuesday | 8:50 | 5:30 |
| 04/25/07 | Wednesday | 8:50 | 5:30 |
| 04/26/07 | Thursday | 8:50 | 5:30 |
| 04/27/07 | Friday | 9:00 | 6:00 |
| 04/28/07 | Saturday | | Disaster Recovery Test at 1 Ever Trust Plaza, Jersey City, NJ 07302 |
| | | | |
| 04/30/07 | Monday | 9:00 | 5:30 |
| 05/01/07 | Tuesday | 8:50 | 5:45 |
| 05/02/07 | Wednesday | 9:00 | 5:40 Frank is on jury duty. |
| 05/03/07 | Thursday | 9:00 | 5:25 Frank is on jury duty, Linda is on vacation. |
| 05/04/07 | Friday | 9:15 | 5:30 Frank is on jury duty, Linda is on vacation. |
| | | | |
| 05/07/07 | Monday | 9:00 | 5:40 |
| 05/08/07 | Tuesday | | Personal day off. |

| Date | Day | In | Out | Notes |
|---|---|---|---|---|
| 05/09/07 | Wednesday | 9:40 | 5:00 | Route 3 traffic jam. |
| 05/10/07 | Thursday | 9:15 | 5:25 | |
| 05/11/07 | Friday | 9:00 | 5:35 | Linda is on vacation. |
| 05/14/07 | Monday | 9:30 | 5:45 | Route 3 traffic jam. |
| 05/15/07 | Tuesday | 8:30 | 5:15 | |
| 05/16/07 | Wednesday | 8:30 | 5:50 | KPMG Short Hill office "Accounting for Tax Equlizations", drive to office after words with Natalie. |
| 05/17/07 | Thursday | 8:50 | 6:00 | |
| 05/18/07 | Friday | 8:50 | 6:30 | |
| 05/21/07 | Monday | 8:45 | 6:00 | |
| 05/22/07 | Tuesday | Personal day off. | | |
| 05/23/07 | Wednesday | 8:40 | 5:50 | |
| 05/24/07 | Thursday | 11:30 | 6:00 | Take Sean to doctor, office move |
| 05/25/07 | Friday | 8:45 | 5:30 | Office closed on 2:00 pm due to Memorial Day; Ceridian Benefits, ESS, Time/Attendance demo. |
| 05/28/07 | Monday | Memorial Day | | |
| 05/29/07 | Tuesday | 8:15 | 6:00 | Lunch meeting with Mr. Grosse Peclum |
| 05/30/07 | Wednesday | 8:50 | 6:00 | |
| 05/31/07 | Thursday | 11:30 | 6:00 | Doctor's appointment |
| 06/01/07 | Friday | 9:00 | 6:00 | ADP Payroll demo. |
| 06/04/07 | Monday | 8:50 | 5:30 | |
| 06/05/07 | Tuesday | 9:00 | | |
| 06/06/07 | Wednesday | 8:50 | 5:30 | **Resigned from WestLB, letter gave to Linda Shirley** |
| 06/07/07 | Thursday | 9:00 | 5:15 | |
| 06/08/07 | Friday | 8:50 | 5:15 | Lunch with Phillip Grasso and Natalie Henriquez |
| 06/11/07 | Monday | | | |
| 06/12/07 | Tuesday | | | |
| 06/13/07 | Wednesday | | | |
| 06/14/07 | Thursday | | | |
| 06/15/07 | Friday | 8:50 | 5:30 | Lunch with Linda Shirley, Natalie Henriquez, Frank Canuto, Jean D'Eleana |
| 06/18/07 | Monday | 9:00 | 5:00 | Linda went to surgery |
| **06/19/07** | **Tuesday** | **9:10** | **2:00** | **Last day at WestLB** |
| 06/20/07 | Wednesday | | | |

06/21/07  Thursday
06/22/07  Friday