UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

          Plaintiff,

  v.

WESTLB AG,

          Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on May 23, 2008, I caused to be served the Memorandum Of Law Of WestLB AG in Opposition to Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to Section 216(b) of the Fair Labor Standards Act, the Affirmation of Jason Habinsky and accompanying exhibits, and the Affidavit of Lisa Carro and accompanying exhibits via ECF and Federal Express to:

> Jack Raisner, Esq.
> Linda A. Neilan, Esq.
> Tara Lai Quinlan, Esq.
> OUTTEN & GOLDEN LLP
> 3 Park Avenue, 29th Floor
> New York, NY 10016

Dated: May 23, 2008
    New York, New York

              By: __/s/Alexander Bogdan___

              Alexander Bogdan

60293182_1.DOC