UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PHILIP FEI, on behalf of himself and classes : 
of those similarly situated,

                          :

                  Plaintiff,        **ORDER**

                          :

    -against-                          07 Civ. 8785 (HB)(FM)

                          :

WESTLB AG,

                          :

                  Defendant.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the conference held earlier today, it is hereby ORDERED that:

1. On or before May 30, 2008, the parties shall exchange revised privilege logs that comply with Local Civil Rule 26.2.

2. On or before May 30, 2008, the parties may serve and file cross-motions regarding the plaintiff's claim that the good faith defense waives the attorney-client privilege. The parties shall serve and file papers in opposition by June 12, 2008.

       SO ORDERED.

Dated:    New York, New York
            May 22, 2008

                                                FRANK MAAS
                                      United States Magistrate Judge

Copies to:

Honorable Harold Baer, Jr.
United States District Judge

Linda A. Neilan, Esq.
Outten & Golden, LLP
Fax: (212) 977-4005

Jason Habinsky, Esq.
Hughes Hubbard & Reed LLP
Fax: (212) 422-4726/299-6118