UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                        Plaintiff,

      v.

WESTLB AG,

                        Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**NOTICE OF CROSS-MOTION**

        PLEASE TAKE NOTICE THAT, upon the affirmation of Jason Habinsky and accompanying exhibits, executed May 29, 2008, the Memorandum of Law in support hereof, dated May 30, 2008, and the prior pleadings herein, defendant WestLB AG, by its undersigned attorneys, moves this Court for a Protective Order forbidding Plaintiff Philip Fei from deposing Richard Greenberg, a partner in the law firm of Jackson Lewis, and Gregory Leahy, defendant WestLB's former in-house counsel.

Dated: May 30, 2008
       New York, New York

                        HUGHES HUBBARD & REED LLP

                        By: /s/ Ned H. Bassen
                            Ned H. Bassen
                            Vilia B. Hayes
                            Jason Habinsky
                            One Battery Park Plaza
                            New York, New York 10004
                            bassen@hugheshubbard.com
                            (212) 837-6000
                            Attorneys for Defendant WestLB AG