UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP FEI, on behalf of himself and classes of those similarly situated,

          Plaintiff,

v.

WESTLB AG,

          Defendant.

Index No.: 07 Civ. 8785 (HB) (FM)

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY under penalty of perjury under the laws of the United States that on May 30, 2008, I caused to be served the foregoing Notice of Cross Motion, Memorandum of Law of Defendant WestLB AG In Further Support of Its Cross-Motion for a Protective Order and In Opposition To Plaintiff Fei's Claim That By Asserting The Good Faith Defense In This FLSA Case, Defendant Waived The Attorney-Client Privilege, the Affirmation of Jason Habinsky and accompanying exhibits on all counsel of record via ECF.

Dated: May 30, 2008
       New York, New York

                                  By: __/s/Alexander Bogdan___

                                  Alexander Bogdan