**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Jack A. Raisner (JR 6171)
Linda A. Neilan (LN 4095)
Tara Lai Quinlan (TQ 0717)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PHILIP FEI,** on behalf of himself and classes of those similarly situated,<br><br>    **Plaintiff,**<br><br>    -against-<br><br>**WEST LB AG,**<br><br>    **Defendant.** | 07 Civ. 8785 (HB)(FM)<br><br>NOTICE OF MOTION TO COMPEL THE DEPOSITIONS OF ATTORNEYS LEAHY AND GREENBERG |

PLEASE TAKE NOTICE THAT Plaintiff Philip Fei hereby moves this Court to compel the depositions of attorneys Gregory Leahy and Richard Greenberg.  In support of this Motion, Plaintiff relies on the Declaration of Linda A. Neilan, the exhibits attached thereto, the prior pleadings, and such further pleadings and documents as may be filed.

Dated: May 30, 2008
         New York, New York

                                          /s/ Linda A. Neilan
                                        Adam T. Klein (AK 3293)
                                        Jack A. Raisner (JR 6171)
                                        Linda A. Neilan (LN 4095)
                                        Tara Lai Quinlan (TQ 0717)

**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**Attorneys for Plaintiff and the Putative Class**