# Exhibit A

**Neilan, Linda**

| | |
|---|---|
| From: | Habinsky, Jason [habinsky@HughesHubbard.COM] |
| Sent: | Friday, April 11, 2008 5:25 PM |
| To: | Neilan, Linda; Raisner, Jack; Quinlan, Tara Lai |
| Cc: | Bassen, Ned H.; Hayes, Vilia B. |
| Subject: | RE: Fei v. WestLB - scheduling depos |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

With respect to Richard Greenberg's availability for deposition, unfortunately he will be out of the State on April 21 and 22. Mr. Greenberg is available for deposition on May 12 or 13. However, please note that there is not much to be accomplished by deposing Mr. Greenburg because Defendant is not now waiving the attorney-client and work-product privileges that are applicable to Mr. Greenberg's communications with and work for Defendant

Similarly, the deposition of Mr. Leahy would not accomplish much as Defendant is not now waiving the applicable attorney-client and work product privileges.

Jason Habinsky
Employment Counsel
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Phone: (212) 837-6118
Fax: (212) 299-6118
E-mail: habinsky@hugheshubbard.com

---

**From:** Neilan, Linda [mailto:lan@outtengolden.com]
**Sent:** Thursday, April 10, 2008 5:46 PM
**To:** Habinsky, Jason; Raisner, Jack; Quinlan, Tara Lai
**Cc:** Bassen, Ned H.; Hayes, Vilia B.
**Subject:** RE: Fei v. WestLB - scheduling depos

Jason,

Despite noticing Leahy's deposition on March 27 – fourteen days ago – you still have not told us whether you will produce the witness on Monday, April 14. By your email, I take it that you cannot commit to producing Leahy on Monday. We cannot keep our Monday schedules open any longer based on your "hope" to get back to us by the end of the day tomorrow.

By the end of the day tomorrow, please provide alternative dates for Leahy's deposition next week and confirm Greenberg's availability on April 21 or, in the alternative, April 22.

Thank you.

Linda

5/30/2008

**From:** Habinsky, Jason [mailto:habinsky@HughesHubbard.COM]
**Sent:** Thursday, April 10, 2008 5:17 PM
**To:** Neilan, Linda; Raisner, Jack; Quinlan, Tara Lai
**Cc:** Bassen, Ned H.; Hayes, Vilia B.
**Subject:** RE: Fei v. WestLB - scheduling depos

Thanks Linda.

As to both Leahy and Greenberg, we hope to get back to you by the end of the day tomorrow. Jason

Jason Habinsky
Employment Counsel
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Phone: (212) 837-6118
Fax: (212) 299-6118
E-mail: habinsky@hugheshubbard.com

---

**From:** Neilan, Linda [mailto:lan@outtengolden.com]
**Sent:** Thursday, April 10, 2008 11:34 AM
**To:** Habinsky, Jason; Bassen, Ned H.; Hayes, Vilia B.
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** RE: Fei v. WestLB - scheduling depos

Jason,

Thank you for your email. We will continue the 30(b)(6) on April 18 at 10:00 at our offices. Please let us know the witness(es) who will testify on behalf of WestLB.

We are still waiting for a response regarding Gregory Lahey's availability on Monday April 14. Please let us know today.

Are you representing Richard Greenberg in his deposition on April 21? If so, please confirm his availability on that day.

Linda

---

**From:** Habinsky, Jason [mailto:habinsky@HughesHubbard.COM]
**Sent:** Wednesday, April 09, 2008 2:05 PM
**To:** Neilan, Linda; Bassen, Ned H.; Hayes, Vilia B.
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** RE: Fei v. WestLB - scheduling depos

We and our client are available for the continuation of the 30b6 deposition on Friday, April 18. Jason

Jason Habinsky
Employment Counsel
Hughes Hubbard & Reed LLP

5/30/2008

One Battery Park Plaza
New York, New York 10004

Phone: (212) 837-6118
Fax: (212) 299-6118
E-mail: habinsky@hugheshubbard.com

---

**From:** Neilan, Linda [mailto:lan@outtengolden.com]
**Sent:** Tuesday, April 08, 2008 6:14 PM
**To:** Habinsky, Jason; Bassen, Ned H.; Hayes, Vilia B.
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** RE: Fei v. WestLB - scheduling depos

Jason,

As we stated in court on April 3, we need to continue the 30(b)(6) deposition either this week or next because Plaintiff's motion for conditional certification is due on April 25. Obviously, the more time that passes before you respond with proposed dates, the less dates that are available. Thus, kindly let us know when you and your client(s) are available during the remaining days of this week and next week. Also, please confirm Gregory Lahey's availability. Thank you.

Linda

---

**From:** Habinsky, Jason [mailto:habinsky@HughesHubbard.COM]
**Sent:** Tuesday, April 08, 2008 1:35 PM
**To:** Neilan, Linda; Bassen, Ned H.; Hayes, Vilia B.
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** RE: Fei v. WestLB - scheduling depos

I will let you know on both as soon as possible.

Jason Habinsky
Employment Counsel
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Phone: (212) 837-6118
Fax: (212) 299-6118
E-mail: habinsky@hugheshubbard.com

---

**From:** Neilan, Linda [mailto:lan@outtengolden.com]
**Sent:** Monday, April 07, 2008 5:43 PM
**To:** Habinsky, Jason; Bassen, Ned H.; Hayes, Vilia B.
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** RE: Fei v. WestLB - scheduling depos

5/30/2008

Jason,

Do you have a response to the email below?

Linda

---

**From:** Neilan, Linda
**Sent:** Thursday, April 03, 2008 6:03 PM
**To:** 'Habinsky, Jason'; 'Bassen, Ned H.'; 'Hayes, Vilia B.'
**Cc:** Quinlan, Tara Lai; Raisner, Jack
**Subject:** Fei v. WestLB - scheduling depos

Jason,

I am writing regarding the scheduling of depositions.

Please send us some proposed dates during the next two weeks (April 7-18) when you and your client(s) are available to continue the 30(b)(6) deposition. Please also let us know if you and Gregory Lahey are available on April 14 for his noticed deposition. Thank you.

Linda

Linda A. Neilan
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel:  (212)-245-1000
Fax: (646)-390-6575
lan@outtengolden.com
www.outtengolden.com

****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************

****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************

****************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************

****************************************************************

5/30/2008

This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
****************************************************************

5/30/2008