# Exhibit E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----

| | |
|---|---|
| PHILIP FEI, on behalf of | : 07 Civ. 8785 |
| himself and classes of | : |
| those similarly situated, | : |
| Plaintiff, | : |
| -against- | : |
| WEST LB AG, | : |
| Defendant | : Rule 30(b)(6) |

----

Tuesday, March 18, 2008

----

Pretrial examination of LISA CARRO, held in the
offices of Outten & Golden, 3 Park Avenue, 29th Floor,
New York, New York, commencing at 9:05 a.m., on the
above date, before Mickey Dinter, Registered
Professional Reporter, Certified Shorthand Reporter
and Notary Public for the State of New York.

----

U.S. LEGAL SUPPORT

1 Penn Plaza

Suite 1410

New York, New York 10119

212.759-.6014

----

[Page 2]

```
 1     A P P E A R A N C E S :

 2

       OUTTEN & GOLDEN, ESQS.

 3     BY:  LINDA NEILAN, ESQUIRE

       3 Park Avenue

 4     New York, New York 10016

       212.245.1000

 5     Counsel for Plaintiff

 6

       HUGHES, HUBBARD & REED, LLP.

 7     BY: NED H. BASSEN, ESQUIRE

       One Battery Park Plaza

 8     New York, New York, 10004-1482

       212.837.6090

 9     Counsel for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

[Page 18]

1          director, director, executive

2          director, managing director.

3    BY MS. NEILAN:

4          Q. When did West LB first start using

5    the corporate titles?

6          A. I don't know.

7          Q. Did West LB use these corporate

8    titles?

9          A. They were in effect when I joined,

10   yes.

11         Q. Do you know if these corporate

12   titles were in place in October 2001 until

13   November 2004?

14         A. I couldn't say for sure.

15         Q. Do you know if there were any

16   corporate titles at West LB used prior to

17   November 2004?

18         A. I'm not aware of any.

19         Q. Do you know who came up with these

20   titles?

21         A. I have no idea.

22         Q. What does the title "executive"

23   mean?

24         A. It doesn't have a meaning.  It's

25   just a title.

[Page 19]

1      Q. What is it a title for?

2      A. It's a title for certain employees

3   who are at a lower level in the

4   organization.  By "lower," I mean

5   secretaries, people in the mail room, not

6   necessarily professionals, what we

7   considered to be professionals.

8      Q. And are executives the lowest level

9   of employees at West LB?

10      A. It's the first title, the lowest

11   level title.

12      Q. Is there anyone who has a position

13   that is below a position of executive at

14   West LB?

15      A. In New York?

16      Q. Let's start with New York, yes.

17      A. No, not really.

18      Q. What about elsewhere in the

19   United States?

20      A. No.

21      Q. Anybody lower than the title of

22   executive?

23      A. Not that I'm aware of.

24      Q. Do all employees at West LB have

25   corporate titles?

[Page 20]

1    A. All employees in the United States

2    have corporate titles.

3    Q. So, you mentioned that secretaries

4    and employees in the mail room are

5    classified as executives, is that correct?

6    A. Yes.  There may be others.  That's

7    not a full list.

8    Q. Please give me the full list of all

9    types of employees that are classified as

10    executive.

11    A. I don't have a full list off the

12    top of my head.

13    Q. What employees do you know, sitting

14    here now, to be classified as executives

15    and mail employees?

16    A. There may be some people in the IT

17    department, some people in our Purchasing

18    Department.  There may be others, but I

19    don't have a full list off the top of my

20    head.

21    Q. Are there any documents that list

22    which employees are classified as

23    executives?

24    A. Documents?  There may be documents.

25    There may be reports, yes, that would list

[Page 32]

1    information that you are looking at?

2        A. I believe there is some sort of

3    indicator inside of payroll, but I

4    couldn't say for sure because we switched

5    payroll systems.  So, depending upon the

6    timeframe, I would have to, maybe, use

7    more than one means to determine that.

8        Q. When you say "indicator," what do

9    you mean?

10        A. A field.  A field in the system.

11        Q. So, the payroll system has some

12    sort of code or key that indicates whether

13    an employee is exempt or non-exempt?

14        A. I believe so.  I believe there may

15    be something inside of the payroll system

16    to indicate that.

17        Q. Is that in the current system?

18        A. For certain in the current payroll

19    system; and I would guess there would have

20    been something, but I couldn't say for

21    sure since, again, I don't manage the

22    payroll system.

23        Q. When was the payroll system

24    changed?

25        A. The most recent time was just this

[Page 33]

1    past January and there was one time before

2    that where we switched payroll systems

3    which was prior to my joining West LB.

4        Q. What is the name of the current

5    payroll system?

6        A. ADP.

7        Q. What is the name of the payroll

8    system prior to that January 2008?

9        A. Ceridian.

10       Q. What is the name of the payroll

11   system prior to you joining?

12       A. I don't know.

13       Q. What happened in June 2005 that

14   West LB started to classify all executives

15   as non-exempt?

16               MR. BASSEN:   Objection.

17       Asked and answered.

18               THE WITNESS:   There was a

19       project that was initiated by

20       consultants and our internal counsel

21       to address changes in legislation and,

22       as part of that, they reviewed the

23       classifications of all of our

24       executives.

25   BY MS. NEILAN:

[Page 34]

1    Q. What is the name of the consulting

2   company involved in the classification

3   project.

4        A. Her name was Vivian Yost.

5        Q. What is the name of the in-house

6   counsel?

7        A. Gregory Lahey.

8        Q. Apart from those two individuals,

9   was anyone else from West LB involved in

10   the reclassification project?

11       A. Yes.  A number of people in the

12   resource department.

13       Q. Who?

14       A. I was involved at one point.  Greg

15   Reiber was involved.  There may have been

16   others, but I'm not sure who else might

17   have been.

18       Q. Was Linda Shirley involved?

19       A. I don't think so.

20       Q. What about Amy Favetta?

21       A. She may have been involved.  I

22   don't know for sure.

23       Q. What about Frank Canuto?

24       A. I don't think Frank would have been

25   involved in that.

[Page 65]

1    Q. I'm just asking for your knowledge.

2    A. I don't know for sure.

3    Q. Who would know?

4    A. They would know.

5    Q. As part of that reclassification

6    project, did they conduct any surveys?

7    A. What do you mean by survey?

8    Q. Do you not know what a survey

9    means?

10    A. I would like to know what you mean.

11    Why don't you tell me what you want to

12    know.

13    Q. What is your definition of survey?

14                MR. BASSEN:  Objection.

15                THE WITNESS:  Based on my

16    definition of survey, I'm not aware

17    that --

18    BY MS. NEILAN:

19    Q. What is your definition of survey?

20    A. A document which asks questions of

21    individuals, be it electronic in nature or

22    written in nature.

23    Q. Do you have any knowledge of what

24    was involved in the exemption testing

25    other than viewing the job descriptions?

[Page 66]

1    A. They applied the exemption test to

2  the job descriptions or the job

3  responsibilities and functions the

4  individuals were responsible for.

5    Q. And did they apply exemption

6  testing to the job description by just

7  looking at the piece of paper that had the

8  job description?

9    A. I don't know exactly what they did.

10  I know other than having reviewed the

11  actual job descriptions or duties of the

12  individual, they may have asked questions.

13  They may have had to add information to

14  the job description.  I don't know.

15    Q. You don't know, you have no

16  knowledge of them interviewing any

17  employees regarding their duties, is that

18  correct?

19    A. I don't know.  They may have.  I

20  would think that they probably did, but I

21  don't know for sure.

22    Q. You have no knowledge of that?

23    A. No.  I have no knowledge of it.

24    Q. When you said that they applied the

25  exemption testing function to the

[Page 67]

1    individuals, what do you mean?

2        A. Those particular documents they

3    used in order to evaluate the individuals'

4    duties and responsibilities.

5        Q. What document is that?

6        A. An exemption testing document.

7        Q. Where did this document come from?

8        A. I don't know where they got it from.

9        Q. Can you describe for me what the

10   exemption testing document looked like?

11       A. It looks like a form.

12       Q. What information is on the form?

13       A. I don't recall.

14       Q. Was it a checklist?  Did they have

15   narrative responses?

16       A. I don't recall.  I know there was

17   typed information on it, but I don't know

18   exactly what was on it.

19       Q. And do you know if that exemption

20   testing document was created internally at

21   West LB or came from someplace else?

22       A. I'm pretty sure it came from

23   someplace else.

24       Q. Do you know where it came from?

25       A. I do not know.

[Page 77]

1    Q. Was the role that they were filling

2    listed in their job description?

3    A. The job description was a complete

4    description of their responsibilities.

5    Q. Did the H.R. person hiring an

6    individual after June 2005 know how to

7    classify them based upon their job

8    description?

9    A. Yes.

10   Q. Did you have any involvement in

11   exemption testing in 2004?

12   A. No.

13   Q. Did you ever issue any reports

14   regarding exemption testing?

15   A. Issuing reports?  I believe I

16   updated a document with some numbers.

17   Q. What kind of numbers?

18   A. The number of individuals that were

19   evaluated, number of individuals that were

20   deemed exempt, non-exempt, et cetera.

21   Q. As part of its exemption testing,

22   did West LB find that it had improperly

23   classified executives as exempt?

24            MR. BASSEN:  Objection.

25            THE WITNESS:  I couldn't

[Page 78]

1          say that they determined that

2          individuals were improperly classified.

3          What I can say is that they had

4          determined that certain individuals

5          based on their responsibilities should

6          have been reclassified as non-exempt.

7     BY MS. NEILAN:

8          Q. As part of this reclassification

9     project, West LB determined that certain

10    executives were actually, indeed,

11    non-exempt employees?

12         A. West LB determined that individuals

13    who, up until that point in time, may have

14    been classified as exempt based on their

15    dues and responsibilities or reclassified

16    as non-exempt.

17         Q. Why did West LB make that

18    determination?

19         A. Based on the exemption testing.

20         Q. Did West LB find that in fact some

21    of these executives were not properly

22    classified previously?

23                MR. BASSEN:   Objection.

24         Asked and answered.

25                THE WITNESS:  As I said,

[Page 79]

1          based on the responsibilities that

2          were evaluated during the testing,

3          West LB determined that those

4          individuals should have been classified

5          as non-exempt.

6    BY MS. NEILAN:

7          Q. But they were not previously?

8          A. That they were not previously.

9          Q. Did West LB seek any opinions from

10   the Federal or State Department of Labor

11   with respect to its reclassification

12   project?

13         A. I couldn't say.  I didn't

14   participate in the exemption testing, so I

15   don't know.

16         Q. Did West LB seek the advice of

17   outside counsel with respect to its

18   exemption testing?

19         A. I don't know.  I don't know if they

20   did as it relates to executives

21   reclassification.

22         Q. So when did... strike that.

23              What company did the

24   consultant work for that West LB hired to

25   conduct the exemption testing?

[Page 80]

1        A. An independent consultant.

2        Q. Was she affiliated with any

3    corporate entity?

4        A. I don't think so.

5        Q. Apart from Miss Yost, did West LB

6    hire any other consultants with respect to

7    the exemption testing or the re-

8    classification project?

9        A. Vivian Yost.

10        Q. Apart from Vivian Yost, did West LB

11    hire any other outside consultant with

12    respect to the exemption testing on the

13    reclassification project?

14        A. Not that I'm aware of.

15        Q. Approximately, how many executives

16    did West LB determine that it had to

17    reclassify as non-exempt after the

18    reclassification project?

19                MR. BASSEN:  Objection.

20                THE WITNESS:  I don't know

21        the exact number.

22    BY MS. NEILAN:

23        Q. Can you give me your best estimate?

24        A. No, I really can't.  I don't have

25    an idea what the number was.

[Page 82]

1    Q. And do you think that there were

2    approximately forty executives in 2005

3    also or were there more or less?

4        A. There might have been more.  There

5    were more people at that time.  There

6    might have been slightly more.

7        Q. So, about out of those

8    approximately forty, maybe four executives

9    in 2005, what percentage did West LB

10   reclassify as non-exempt after the

11   reclassification project?

12              MR. BASSEN:  Objection.

13              THE WITNESS:  I don't

14   recall.

15   BY MS. NEILAN:

16       Q. Was it all of them?

17              MR. BASSEN:  Objection.

18              THE WITNESS:  Again, I

19   don't recall the numbers.  I don't.

20   BY MS. NEILAN:

21       Q. I don't want the exact number.  I'm

22   entitled to your best estimate.

23              MR. BASSEN:  You are not.

24   It's beyond the scope of the

25   deposition.  It's neither a policy nor

[Page 83]

1     a practice.

2                    THE WITNESS:  It's not an

3     estimate.  Honestly, it would be a

4     guess.  A guess is not going to be

5     anywhere near right.

6  BY MS. NEILAN:

7     Q. Give me your best guesstimate.

8                    MR. BASSEN:  Objection.

9                    THE WITNESS:  Honestly, I

10    don't know.  All of them, no.  Not all

11    of them were reclassified.

12  BY MS. NEILAN:

13    Q. Was it more than one?

14    A. It was more than one.

15    Q. Do you know if it was closer to ten

16  or closer to forty?

17                    MR. BASSEN:  Continuing

18    objection.

19                    THE WITNESS:  I don't know.

20    I honestly don't know.

21  BY MS. NEILAN:

22    Q. So, what did West LB do after it

23  reclassified executives as non-exempt

24  after the exemption testing was complete

25  with respect to the compensation of those

[Page 84]

1    individuals?

2        A. Once they were reclassified as

3    non-exempt, they were eligible for overtime.

4        Q. When did West LB start paying

5    executives after the reclassification

6    project overtime compensation?

7        A. Yes.  They paid them overtime after

8    they were reclassified and they paid them

9    back pay 'til, I believe it was,

10   August '04.

11       Q. When did West LB start paying these

12   executives that it reclassified overtime

13   going forwards?

14       A. I believe it was June of '05.

15       Q. In June '05, did West LB start

16   paying all executives overtime compensation?

17       A. All executives who were classified

18   as non-exempt.

19       Q. So after June '05, have there been

20   some executives at West LB who have been

21   reclassified as exempt?

22       A. Not that I'm aware of.

23       Q. What do you mean when you say that

24   West LB paid back pay to August 2004?

25       A. I mean that they were paid for any

[Page 85]

1    overtime that they did back until 2004.

2    Sorry, August 2004.

3        Q. Who was responsible, I mean which

4    individuals were responsible for paying

5    reclassified executives back pay?

6        A. For paying them?  Actually, paying

7    them?

8        Q. Yes.

9        A. The payroll manager was responsible

10   for paying them.

11       Q. And how did the payroll manager

12   know how much to pay them?

13       A. The payroll manager received a

14   spreadsheet with the names of the

15   individuals impacted.  He was asked to

16   verify the amounts to insure that the

17   calculations were correct and to process

18   the payments.

19       Q. Who gave the payroll manager the

20   spreadsheet?

21       A. I did.

22       Q. Do you have that spreadsheet?

23       A. Do I have the spreadsheet?

24   Probably somewhere we have it.

25       Q. How did you create that spreadsheet?

[Page 86]

1        A. How?

2        Q. Did you create the spreadsheet?

3        A. The spreadsheet was, yes.  I don't

4    know that I created the original version

5    of the spreadsheet.  Yes, I updated the

6    spreadsheet to include the estimated

7    overtime for those who were impacted.

8        Q. When you say "those who were

9    impacted," those who were reclassified as

10   non-exempt?

11       A. Yes.  Those who were reclassified,

12   yes.

13       Q. How did you calculate the back pay

14   that was to be paid to the reclassified

15   executives?

16       A. The executives were consulted along

17   with our managers.  The managers did a

18   first estimate.  The individual managers

19   did a first estimate of the overtime.  And

20   the manager met with their, they met with

21   their staff members once the estimate was

22   done and it was processed.

23       Q. Did you ever talk to the managers

24   about how to conduct this first estimate?

25       A. Yes.

[Page 87]

1          Q. What did you tell them?

2          A. We told them that the individuals

3    were reclassified and that they were

4    eligible for overtime.  We asked them to

5    do the first estimate of what they

6    believed their overtime might be based on

7    their own knowledge of the individuals'

8    schedule, projects that they might have

9    worked on, et cetera.

10               They had a certain period

11   of time in which to conduct the estimate

12   and provide it to Human Resources.  Once

13   the calculation was done, the managers

14   were notified of the calculation and were

15   asked to meet with their individual

16   employees to discuss the situation with

17   them and explain it to them and to provide

18   them with the overtime calculation.  If

19   anybody had a question about it or dispute

20   or, you know, another calculation, they

21   were welcome to come and speak with

22   someone at HR about that and we were open

23   to revising it.

24         Q. Did HR every make any revisions

25   that were prepared by the managers?

[Page 88]

1      A. I don't know.  I don't remember.

2      Q. Why did West LB choose to pay the

3  back pay to August 2004?

4      A. We were advised by counsel to do it.

5      Q. Who advised you to do that?

6      A. Certainly, internal counsel; and it

7  may have been in conjunction with

8  discussions that he had externally.

9      Q. With who internally?

10     A. Greg Lahey.

11     Q. Did anyone explain to you why

12  August 2004 was chosen as the date?

13              MR. BASSEN:  Objection.

14      Privileged.

15              MS. NEILAN:  She waived the

16      privilege.

17              MR. BASSEN:  No, she hasn't.

18              MS. NEILAN:  Are you

19      instructing her not to answer?

20              MR. BASSEN:  Yes.  Outside

21      the scope of this deposition.

22  BY MS. NEILAN:

23     Q. Do you know why August 2004 was

24  chosen as the date?

25              MR. BASSEN:  Objection.

[Page 89]

1       She said it was on the advice of

2       counsel.

3   BY MS. NEILAN:

4       Q. Can you answer the question?

5           MR. BASSEN:  I direct her

6       not to answer the question.

7           MS. NEILAN:  Why?

8           MR. BASSEN:  Because it's

9       outside the scope of the deposition

10      and it's privileged, as I told you

11      before.

12          If you want to take a

13      deposition of this thing, have a

14      notice, we will consider whether to

15      waive the privilege or not, which we

16      very well might do.

17          MS. NEILAN:  With respect

18      to your first objection, that does not

19      prohibit, not allow the defendant not

20      to answer.  The witness, excuse me,

21      did not answer the question.

22          Are you instructing her not

23      to answer because of attorney/client

24      privilege?  That's the only grounds

25      that she cannot answer the question.

[Page 93]

1     privileged.

2              MS. NEILAN:  So, it's based

3     on privilege?

4              MR. BASSEN:  In conjunction

5     with an improper question outside the

6     scope.  If there was a proper scope,

7     then we would consider waiving the

8     privilege.  It's not the time for us

9     to consider it here because that's not

10    what the deposition called for.

11             MS. NEILAN:  If you do not

12    consider it attorney/client privilege,

13    then I will move on.

14   BY MS. NEILAN:

15    Q. Did West LB make any retroactive

16   payments to executives for work that they

17   performed prior to August 2004?

18    A. Not that I'm aware of.

19    Q. So, with respect to all of the

20   executives that West LB classified in...

21   strike that.

22             Let me start again.  With

23   respect to all of the executives that West

24   LB reclassified as non-exempt in the

25   spring of 2005, is it correct that West LB

[Page 94]

1    did not pay any of those executives

2    overtime compensation for any time period

3    prior to August 2004?

4        A. Repeat the question.

5        Q. Sure.  With respect to all the

6    executives that West LB reclassified as

7    non-exempt in the spring of 2005, is it

8    correct that West LB did not pay any of

9    those executives overtime compensation for

10   any time period prior to August 2004?

11       A. Not that I'm aware of.

12       Q. So is the answer, yes, to the best

13   of your knowledge?

14            MR. BASSEN:  Asked and

15        answered.

16            THE WITNESS:  I'm not aware

17        of any additional overtime pay.

18   BY MS. NEILAN:

19       Q. Are you aware of West LB paying any

20   executives that it reclassified as

21   non-exempt in the spring of 2005 overtime

22   compensation for work that they performed

23   prior to August 2004?

24            MR. BASSEN:  Let the record

25        note this is the third time the

[Page 95]

1       question has been asked and answered.

2             THE WITNESS:  I'm not aware

3      of it.

4  BY MS. NEILAN:

5      Q. How did you verify the amounts of

6  overtime that the managers came up with

7  when they estimated unpaid overtime?

8            MR. BASSEN:  Objection.

9      Asked and answered.

10           THE WITNESS:  Managers did

11      the initial estimate and they reviewed

12      their estimates with the executives.

13      Executives had the opportunity to

14      agree or disagree and that's, basically,

15      how the estimates were determined.

16  BY MS. NEILAN:

17      Q. Did you verify in any way the

18  estimates?

19      A. I personally did not verify the

20  estimates.

21      Q. Did anyone, other than the

22  individual executives managers, verify the

23  estimates?

24      A. No.

25      Q. And were the managers actually

[Page 96]

1    coming up with mathematical calculations

2    or were they coming up with hours worked

3    or something else?

4        A. They were coming up with estimates

5    for overtime, hours worked beyond the

6    normal hours based on projects,

7    assignments, workloads, transactions that

8    were being done during that period of time.

9        Q. What do you mean when you say

10   "beyond the normal hours"?

11       A. Normal hours are thirty-five hours

12   a week.

13       Q. So, prior to the reclassification,

14   were executives paid hourly or salary?

15       A. Prior to the reclassification?  The

16   executives were paid, they were salaried.

17       Q. And did they receive a salary

18   regardless of the hours that they worked

19   during the week?

20       A. Yes.

21       Q. And, so, if an executive worked

22   thirty hours a week, did the executive

23   receive a full salary?

24       A. If they were exempt -- if they were

25   classified as exempt and they were

[Page 116]

1          A. Or in asset management here in the

2     United States.

3          Q. Just here in the United States.

4          A. There's not that many.  I would say

5     there's, maybe, maybe a dozen.

6          Q. With respect to the current

7     employees in the HR department that West

8     LB classifies as exempt, does West LB

9     classify them as exempt under the

10    administration exemption or professional

11    exemption?

12                MR. BASSEN:  No objection

13         to the extent it calls for a legal

14         conclusion.

15                THE WITNESS:  I did not do

16         the exemption testing.  I wouldn't be

17         able to speak to that.

18    BY MS. NEILAN:

19         Q. Do you know what the executive

20    exemption is under the Fair Labor

21    Standards Act?

22         A. I have general knowledge of it.

23         Q. What do you know about it?

24         A. Not enough to speak intelligently

25    about it.

[Page 117]

1                   Exemption testing was done

2    by our internal counsel.  As it relates to

3    managers, it was done by external counsel.

4        Q. Do you have any knowledge of the

5    administrative exemption under the Fair

6    Labor Standards Act?

7        A. I have knowledge that it exists.  I

8    don't know very much about it.  We relied

9    on external counsel to do the evaluations

10   of those positions.

11       Q. Did you ever receive any training

12   on the requirement of the Fair Labor

13   Standards Act?

14       A. Personally?

15       Q. Yes.

16       A. No.

17       Q. Did you ever receive any training

18   on the requirements of New York Labor Law?

19       A. No.

20       Q. What exemption testing was

21   performed by counsel with respect to

22   managers?

23       A. The outside counsel was provided

24   with job descriptions.  They conducted

25   interviews with managers with respect to

[Page 118]

1    the job responsibilities and duties of

2    individuals and they determined the

3    classification of those positions that

4    were being evaluated.

5        Q. Who was the outside counsel?

6        A. Rich Greenberg.

7        Q. What law firm?

8        A. Jackson Lewis.

9        Q. When did West LB retain Rich

10   Greenberg to conduct this exemption

11   testing?

12       A. I don't know the exact date that he

13   was retained.   I know that he was given or

14   provided with information sometime in the

15   fall of 2006.   I believe he was retained

16   prior to that.

17       Q. And prior to your retaining Mr.

18   Greenberg to conduct this exemption

19   testing, did West LB conduct any other

20   exemption testing with respect to managers?

21       A. Not that I'm aware of.

22       Q. With respect to the

23   reclassification project that you

24   testified earlier, was that limited to

25   executives?

[Page 119]

1    A. The reclassification of the

2    executives was, yes, separate than the

3    evaluation of the managers.

4    Q. And as part of the -- prior to the

5    exemption testing performed by outside

6    counsel from Jackson Lewis, how did West

7    LB classify managers?

8    A. I believe up until that point,

9    most, if not all managers, were classified

10    as exempt.

11    Q. Did there come a time when West LB

12    reclassified some managers as non-exempt

13    employees?

14    A. Yes.  There was a time after the

15    evaluation that West LB reclassified some

16    managers as non-exempt.

17    Q. When was that?

18    A. The first reclassification for a

19    small group of individuals was done in

20    January'ish of 2007 and the rest were

21    completed, I would say, in May of 2007.

22    Q. And how many managers were

23    reclassified in 2007?

24    A. Somewhere around a dozen.

25    Q. And how many managers were

[Page 120]

1   reclassified in May of 2007?

2       A. Somewhere around a dozen.  Around a

3   dozen, I would say.

4       Q. And apart from those two

5   reclassifications, approximately

6   twenty-four positions, did West LB ever

7   reclassify any other managers?

8       A. Since that time, I don't believe

9   so.  I don't believe that anyone up until,

10  I don't believe anybody was promoted.  I

11  don't believe that anyone else was

12  reclassified since that time because that

13  would have been after promotions, so, no.

14      Q. With respect to those twenty-four

15  positions that were -- strike that.

16              With respect to the

17  twenty-four "manager" positions that were

18  reclassified from exempt to non-exempt,

19  did West LB apply the administrative

20  executive or professional exemption?

21      A. I don't know.  That was determined

22  by outside counsel.

23      Q. You have no knowledge regarding

24  that?

25      A. I don't know specifically, no.

[Page 121]

1       Q. Who made the decision at West LB to

2   reclassify those twenty-four manager

3   positions?

4       A. We were guided by the advice given

5   to us by counsel.

6       Q. Were you involved in the process?

7       A. I was involved in the process.

8       Q. Who else was involved in the

9   process?

10      A. Amy Favetta was involved in the

11  process.  Gregory Reiber was involved in

12  the process.  A variety of managers who

13  were interviewed were involved in the

14  process.  Natalie Henriquez might have

15  been involved to a lesser extent than the

16  rest of us.

17      Q. Anybody else?

18      A. Linda, probably, too.  Again, to a

19  lesser extent than the rest of us.

20      Q. Linda Shirley?

21      A. Yes.

22      Q. What was your involvement in the

23  process?

24      A. My involvement in the process was

25  very limited.

[Page 122]

1          Amy was managing the

2   process in conjunction with Greg and they

3   were dealing with the outside, with

4   outside counsel on the project.

5       Q. What did you do on the project?

6       A. I met with Amy.  I met with Greg to

7   discuss the project, the status of the

8   project, the outcome of the project and at

9   one point, I met with Rich Greenberg with

10  respect to the positions within HR.

11      Q. As part of the reclassification of

12  some managers, did West LB issue any

13  surveys?

14              MR. BASSEN:  Objection.

15              THE WITNESS:  I don't

16   believe that there were any surveys.

17   There were interviews.

18  BY MS. NEILAN:

19      Q. Who conducted the interviews?

20      A. Rich Greenberg.

21      Q. Who did he interview?

22      A. He interviewed a number of

23  managers.  I couldn't say exactly who, off

24  the top of my head.

25      Q. Did he interview all of the

[Page 123]

1    managers at West LB?

2        A. I don't know if he interviewed all

3    of them.

4        Q. Do you know any of the managers

5    that he did interview?  Do you know their

6    names?

7        A. I don't know.  I couldn't say who

8    exactly who he interviewed.

9        Q. How do you know he interviewed

10   managers?

11       A. Because I was advised by Amy and

12   Greg who set up the interviews.

13       Q. Do you know how many interviews

14   they set up?

15       A. I don't know how many they set up.

16       Q. Do you know how long the interviews

17   lasted?

18       A. The individual interviews them-

19   selves?

20       Q. Yes.

21       A. I have no idea.

22       Q. Did you sit in on any of these

23   interviews?

24       A. No.  Only my own interview.  Only

25   when I spoke to him about the HR people.

[Page 124]

1    Q. And when you say that Richard

2  Greenberg interviewed the managers, was he

3  interviewing the managers that were at the

4  subject of the reclassification project or

5  was he interviewing supervisors of those

6  individuals in questions?

7    A. Interviewing the supervisors of

8  those individuals in question.

9    Q. So, did Richard -- did outside

10 counsel conduct any interviews as part of

11 its exemption testing of managers, of the

12 actual managers themselves?

13    A. I don't know.  I'm not sure if he

14 did or not.

15    Q. You just have knowledge of

16 interviewing supervisors of the managers,

17 is that correct?

18    A. Yes.

19    Q. You have no knowledge of outside

20 counsel interviewing the managers them-

21 selves?

22    A. No, I do not.

23    Q. Would Amy Favetta or Greg Reiber

24 know whether managers themselves were

25 interviewed as part of the exemption

[Page 125]

1    testing of managers?

2        A. Yes.

3        Q. So, you never discussed that with

4    Greg Reiber and Amy Favetta?

5        A. It never came up in conversation.

6        Q. What did come up in your

7    conversations regarding exemption testing

8    managers?

9        A. Basically, just status updates,

10   where were we with the project?

11       Q. Do you know what factors outside

12   counsel was evaluating when he interviewed

13   the supervisors or the managers as part of

14   the exemption testing?

15              MR. BASSEN:  I ask you not

16        to answer the question.

17              MS. NEILAN:  Why are you

18        asking her not to answer?

19              MR. BASSEN:  Two reasons:

20        Same as before.  Outside the scope of

21        the notice and it's privileged and

22        work product.

23              If you want to have a

24        proper deposition about it with a

25        proper notice, we will consider

[Page 130]

1    classifications changed?

2        A. I don't know.

3        Q. Were any of the managers in the HR

4    department reclassified in either of these

5    reclassifications in 2007?

6        A. No.

7        Q. So prior to 2007, all managers in

8    HR have been classified as exempt, is that

9    correct?

10       A. That's correct.

11       Q. And since 2007, up to the present

12   time, all managers, with the exception of

13   Sandra Russo, have been classified as

14   exempt, is that correct?

15       A. That's correct.

16       Q. As part of the reclassification in

17   January 2007, did West LB pay any of those

18   managers any money?

19       A. No.

20       Q. What about the reclassification in

21   May 2007?

22       A. Once they became, once they were

23   reclassified as non-exempt, they were then

24   eligible for overtime.

25       Q. So that approximately twelve

[Page 131]

1    managers that West LB reclassified in

2    January 2007 classified them from exempt

3    employees to non-exempt employees, is that

4    correct?

5        A. Yes.

6        Q. Why did West LB reclassify them as

7    non-exempt?

8        A. They were reclassified based on the

9    advice of counsel.

10       Q. What was counsel's decision based

11   on?

12                MR. BASSEN:  Objection.  I

13        direct her not to answer.

14                MS. NEILAN:  Why are you

15        directing her not to answer?

16                MR. BASSEN:  You asked what

17        was counsel's advice based on.  That's.

18        privileged work product, outside this

19        deposition.

20                If you want to take a

21        deposition on that properly noticed,

22        we will consider whether to waive it.

23        We are not waiving it now if it's

24        outside the scope.

25   BY MS. NEILAN:

[Page 132]

1      Q. Why did West LB reclassify the

2  approximately twelve managers that it

3  reclassified in May 2007 from exempt to

4  non-exempt?

5      A. They were reclassified based on the

6  advice of counsel.

7      Q. What was the advice of counsel?

8              MR. BASSEN:  Same direction.

9  BY MS. NEILAN:

10     Q. Did West LB make any retroactive

11 payments to any of the managers that it

12 reclassified in 2007?

13     A. No, not that I'm aware of.

14     Q. Why did West LB make retroactive

15 payments to executives in 2005 that had

16 been classified as exempt and reclassified

17 as non-exempt and not making retroactive

18 payments to managers who were classified

19 as exempt and then classified as non-

20 exempt?

21     A. Based on the advice of counsel.

22     Q. What was that advice?

23              MR. BASSEN:  Same direction.

24              MS. NEILAN:  Are you

25 directing her not to answer based on

[Page 133]

```
 1          the attorney/client privilege?

 2                    MR. BASSEN:  Exactly what I

 3          said before.

 4                    MS. NEILAN:  Based on

 5          attorney/client privilege?

 6                    MR. BASSEN:  Exactly what I

 7          said before.

 8                    MS. NEILAN:  I would like

 9          to take a lunch break now.

10                    (Luncheon recess taken,

11          11:46 a.m.)

12                    ----

13                    (Afternoon session

14          commenced, 12:38 p.m.)

15     BY MS. NEILAN:

16          Q. So, West LB classified all managers

17     as exempt between 2001 until 2007, is that

18     correct?

19                    MR. BASSEN:  Objection.

20                    THE WITNESS:  I can tell

21          you from the point that I joined

22          forward.  I can't really speak to the

23          period before that.

24     BY MS. NEILAN:

25          Q. Do you have any knowledge regarding
```

[Page 206]

1      instructed you not to answer.

2                  We have already discussed

3      the one conversation that you had with

4      outside counsel regarding West LB's

5      exemption testing and reclassification of

6      the managers.  Apart from that, there's no

7      other conversations, is that correct?

8          A. I had no other conversations with

9      the attorney directly.

10          Q. Are there written communications

11      between you and outside counsel regarding

12      the same subject matter?

13          A. Me and outside counsel?  No.

14          Q. Are there any other documents that

15      you're claiming privilege on and,

16      therefore, refusing to answer this

17      question with respect to the subject

18      matter of my question?

19          A. Could you be a little clearer with

20      that question?

21          Q. Are there documents that list the

22      factors that West LB's attorney considered

23      when conducting the exemption testing and

24      reclassification of managers?

25          A. There are the job descriptions

[Page 207]

1    which were central to the project.  And

2    outside of that, I do not know what the

3    attorney used with respect to conducting

4    the reclassification.

5        Q. What about with respect to the

6    exemption testing?

7        A. I don't know what he used.

8        Q. I asked you earlier why West LB

9    only made retroactive payments to

10   executives going back to August 2004, do

11   you remember?

12       A. Yes.

13       Q. You did not testify based on the

14   advice of counsel based on the

15   attorney/client privilege.  Is that based

16   on a conversation that you had with your

17   attorney?

18       A. That's based on the advice given to

19   us from outside counsel.

20       Q. Okay.  And when did this take

21   place?

22       A. It would have taken place sometime

23   at the conclusion of the project.

24       Q. So, approximately, when was that?

25       A. Probably, January/February

[Page 208]

1    timeframe.

2        Q. And was it a conversation or was it

3    a written communication between you and

4    outside counsel?

5        A. There was no written communication

6    from me to anyone.  I believe that the

7    information was -- the advice was given to

8    us verbally.

9        Q. And to whom was it given?

10        A. I believe that Greg Rieber and

11    possibly even Amy Favetta was involved in

12    those conversations.

13        Q. Was there anyone else present

14    during those conversations?

15        A. I don't know.

16        Q. Is there anything that would help

17    refresh your recollection?

18        A. No.

19        Q. Where did those conversations take

20    place?

21        A. I would assume they would have

22    taken place at the office.

23            MS. NEILAN:  I have no

24        further questions at this moment,

25        again, because West LB has not