# Exhibit C

**Filed under seal with the Clerk of the Court in accordance with the March 18, 2008 Stipulation and Order Concerning Confidential Material Produced in Discovery**

# CONFIDENTIAL