# Exhibit E

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

| | | |
|---|---|---|
| PHILIP FEI, on behalf of | : | 07 Civ. 8785 |
| himself and classes of | : | |
| those similarly situated, | : | |
| Plaintiff, | : | |
| -against- | : | |
| WEST LB AG, | : | |
| Defendant | : | Rule 30(b)(6) |

----

Tuesday, March 18, 2008

----

Pretrial examination of LISA CARRO, held in the offices of Outten & Golden, 3 Park Avenue, 29th Floor, New York, New York, commencing at 9:05 a.m., on the above date, before Mickey Dinter, Registered Professional Reporter, Certified Shorthand Reporter and Notary Public for the State of New York.

----

U.S. LEGAL SUPPORT
1 Penn Plaza
Suite 1410
New York, New York 10119
212.759-.6014

----

A P P E A R A N C E S:

OUTTEN & GOLDEN, ESQS.
BY: LINDA NEILAN, ESQUIRE
3 Park Avenue
New York, New York 10016
212.245.1000
Counsel for Plaintiff

HUGHES, HUBBARD & REED, LLP.
BY: NED H. BASSEN, ESQUIRE
One Battery Park Plaza
New York, New York, 10004-1482
212.837.6090
Counsel for Defendant

identification.)

BY MS. NEILAN:

Q. The reporter has just handed you Carro Number 1. Have you seen this document before?

A. Yes.

Q. And can you turn to page 2? Do you see that it lists five different topics?

A. Yes.

Q. The first topic is "Defendant's policies and practices concerning compensation of all executives, managers or comparable positions with different titles, class members, with respect to overtime compensation."

Do you understand that?

A. Yes.

Q. And are you qualified to speak to this topic?

A. Yes.

Q. For what time period are you qualified to speak for the topic?

A. For the time period from my employment forward.

Q. What is that time period?

A. November 2004.

Q. Are you qualified to speak to those topics from October 2001 to November 2004?

A. Not completely, no.

Q. Do you see that the second topic is listed as "Defendant's policies and practices concerning classification of Class Members as exempt from the overtime provisions of the Fair Labor Standards Act and the New York Labor Law?

A. Yes.

Q. Do you understand that?

A. Yes.

Q. Are you qualified to speak to this topic?

A. Yes.

Q. For what time period are you qualified?

A. From my employment date forward.

Q. Are you qualified to speak to topic number 2 from November 2004 to the present?

A. Correct.

Q. Are you qualified to speak to topic number 2 from October 2001 to November 2004?

A. Not completely.

Q. The third topic, "Defendant's policies and practices concerning reclassification of Class Members as non-exempt from the overtime provisions of the Fair Labor Standards Act and the New York Labor Law," do you understand that?

A. Yes.

Q. Are you qualified to speak to this topic?

A. Yes.

Q. For what time period?

A. From the date of my employment forward.

Q. So, you are qualified to speak to number three from November 2004 to the present?

A. Yes.

Q. Are you qualified to speak to topic number 3 from October 2001 through November 20004?

A. Not completely.

Q. When you say "not completely," what do you mean?

A. I may have pieces of information as