# OUTTEN & GOLDEN LLP

**MEMO ENDORSED**

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Molly Brooks
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant
Lauren Schwartzreich

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08

June 9, 2008

*[Handwritten endorsement: "The briefs shall be due August 15, 2008. /s/ Maas, USMJ, 6/9/08"]*

**VIA FACSIMILE**

The Honorable Frank Maas
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 740
New York, NY 10007

Re:   *Fei v. West LB AG*, 07 Civ. 8785 (HB) (FM)

Dear Judge Maas:

    We represent Plaintiff Philip Fei and the putative class in the above-referenced matter. We write jointly with Defendant to respectfully request that Your Honor adjourn the June 12, 2008 deadline for Plaintiff to file his brief in opposition to Defendant's Motion for a Protective Order and Defendant to file its brief in opposition to Plaintiff's Motion to Compel the Depositions of Leahy and Greenberg.

    For the past few weeks, the parties have been engaged in extensive settlement discussions. We currently are in the process of scheduling a private mediation with JAMS for the beginning of July 2008. In order to focus our attention on resolving the parties' disputes, we respectfully request that Your Honor suspend the briefing schedule and any decision pending mediation.

    Thank you in advance for considering our request.

Respectfully submitted,

*/s/ Linda Neilan*

Linda A. Neilan

cc:   Vilia B. Hayes, Esq. (via email & U.S. Mail)
      Ned H. Bassen, Esq. (via email & U.S. Mail)
      Jason Habinsky, Esq. (via email & U.S. Mail)
      Jack A. Raisner, Esq.

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com