Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Molly Brooks
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant
Lauren Schwartzreich

# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08

June 9, 2008

JUN 10 2008

**VIA FEDEX**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

    Re:    *Fei v. West LB AG*, 07 Civ. 8785 (HB)(FM)

Dear Judge Baer:

    We represent Plaintiff Philip Fei and the putative class in the above-referenced matter. We write jointly with Defendant to respectfully request that Your Honor adjourn the June 15, 2008 deadline for the close of non-expert discovery related to Plaintiff's Motion for Class Certification and the July 1, 2008 deadline for Plaintiff to file his Motion for Class Certification. (See enclosed Pretrial Scheduling Order.)

    For the past few weeks, the parties have been engaged in extensive settlement discussions. We currently are in the process of scheduling a private mediation with JAMS for the beginning of July 2008. In order to focus our attention on resolving the parties' disputes, we respectfully request that Your Honor adjourn the above deadlines until after the parties attend mediation. If the parties do not reach a settlement, we will submit a proposed revised scheduling order that will still have the case ready for trial as scheduled in August 2009 as this case is on the August 2009 Trailing Trial calendar.

    Plaintiff also requests that the Court defer ruling on the following three fully briefed motions pending the mediation: (1) Defendant's Motion to Dismiss the Complaint or Alternatively to Preclude the Use of Misappropriated Information and Preclude Philip Fei from

3 Park Avenue, 29th Floor   New York, NY 10016   Tel 212-245-1000   Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com   www.outtengolden.com

Being the Collective Class Action Representative; (2) Plaintiff's Motion to Dismiss Counterclaims; and (3) Plaintiff's Motion for Conditional Certification and Court-Authorized Notice Pursuant to 216(b) of the FLSA. Defendant does not oppose this request.

    Thank you in advance for considering our request.

                                    Respectfully submitted,

                                    Linda A. Neilan

Enclosure

cc:    Vilia B. Hayes, Esq. (via U.S. mail and email)
        Ned H. Bassen, Esq. (via U.S. mail and email)
        Jason Habinsky, Esq. (via U.S. mail and email)
        Jack A. Raisner, Esq.

*[Handwritten notation: Denied (-) Plaintiff's motion[s] in the [illegible] with the 6/15 mediation ... new [illegible] 17 [illegible] date ...]*

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 6/12/08

Endorsement:

Denied – I'll reach your motions in the regular order and your job is to meet the 6/15 deadline. Mediation never stays PTSO dates.

Case 1:07-cv-08785-HB-FM    Document 59    Filed 06/13/2008    Page 3 of 3