Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Piper Hoffman
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian

Rachel M. Bien
Molly Brooks
Cara E. Greene
Carmelyn P. Malalis
Stephanie M. Marnin
Tammy Marzigliano
Ossai Miazad
ReNika C. Moore
Linda A. Neilan
Tara Lai Quinlan
Anjana Samant
Lauren Schwartzreich

**OUTTEN & GOLDEN**

*Advocates for Workplace Fairness*

June 23, 2008

**VIA FACSIMILE to (212)805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

    Re:   *Fei v. West LB AG*, 07 Civ. 8785 (HB)(FM)

Dear Judge Baer:

    We represent Plaintiff Philip Fei and the putative class in the above-referenced matter. We write jointly with Defendant regarding the briefing of Plaintiff's Motion for Class Certification. The Pretrial Scheduling Order calls for the motion to be fully briefed on August 15, 2008. The parties do not seek to alter that date. Rather, the parties respectfully request that Your Honor grant a brief extension of the interim briefing dates. Currently, Plaintiff's moving papers are to be served on July 1, 2008 and Defendant's opposition papers are due on August 1, 2008. The parties respectfully request that Your Honor adjourn these interim briefing deadlines to the following dates:

    Plaintiff's Motion for Class Certification – July 10, 2008
    Defendant's Opposition to Motion for Class Certification – August 7, 2008
    Plaintiff's Reply (Unchanged) – August 15, 2008

    The parties request this extension because, as Your Honor is already aware, we are engaging in extensive settlement discussions and a mediation on July 1, 2008. In order to focus our attention on resolving the parties' disputes, we respectfully request that Your Honor grant this brief extension. Your Honor did deny the parties' previous request for an extension, however, there we had not specified that we sought no extension to the Pre Trial Scheduling Order's date for completion of briefing.

3 Park Avenue, 29th Floor    New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201    Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com

Thank you in advance for considering our request.

Respectfully submitted,

Jack A. Raisner

cc:  Vilia B. Hayes, Esq. (via U.S. mail and email)
Ned H. Bassen, Esq. (via U.S. mail and email)
Jason Habinsky, Esq. (via U.S. mail and email)
Linda A. Neilan, Esq.

*[Handwritten note from judge, partially legible:]* Mediation is a wonderful thing but irrelevant insofar as a PTSC... ie it must be w/n the time table of the PTSO. Nonetheless, these date changes that don't impact the Aug 15 date are fine w/ m[e].

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
6/24/08

Endorsement:

    Mediation is a wonderful thing but irrelevant insofar as a PTSO - i.e, it must be within the time table of the PTSO. Nonetheless these date changes that don't impact the August 15 date are fine with me.