ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP FEI, on behalf of himself and classes of those similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> WESTLB AG, <br><br> Defendant. | 07 Civ. 8785 (HB) |

## STIPULATED ORDER APPROVING SETTLEMENT

After a confidential review of the Global Settlement Agreement presented by the Parties as well as the forms for the Confidential Agreement and Release for Named Plaintiff ("Plaintiff") and the Confidential Agreements and Releases for individuals who will be consenting to opt into this case ("Opt-Ins"), the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts contemplated to be paid to Plaintiff and Opt-Ins as well as the fees to be paid to Plaintiff's attorneys. Accordingly, the Court approves the settlement, including the forms of releases to be signed by Plaintiffs and Opt-Ins in order to participate in the settlement.

Neither this Order, the Confidential Global Settlement Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or a class action under Rule 23 of the Federal Rules of Civil Procedure, or

22

60383283_1.DOC

comparable state laws or rules, including but not limited to Article 9 of New York's Civil Practice Law and Rules, (b) of an adjudication of the merits of this case or that any party has prevailed in this case, or (c) that the Defendant or others have engaged in any wrongdoing.

SO ORDERED this ___3___ day of ___Sept.___, 2008.

Hon. _____
U.S.D.J.

| | |
|---|---|
| Agreed to in form and substance on behalf of themselves and their firm, and the Named Plaintiff and Opt-Ins Individually and Collectively: | Agreed to in form and substance on behalf of Defendant: |
| _____<br>Adam T. Klein<br>Jack A. Raisner<br>Linda A. Neilan<br>Tara Lai Quinlan<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016 | _____<br>Vilia B. Hayes<br>Ned H. Bassen<br>Jason Habinsky<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| Attorneys for Plaintiff Philip Fei | Attorneys for Defendant |