UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

PHILIP FEI, on behalf of himself and classes of those similarly situated,

                              Plaintiff,

-against-

WESTLB AG,

                              Defendant.

------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/09

07 Civ. 8785 (HB)

## ORDER

Upon the joint request of counsel for plaintiff Philip Fei and the opt-in plaintiffs and counsel for defendant WestLB AG, the Court directs that the Consent to Opt into Lawsuit and Dismiss Claims which have been completed by 176 individuals may, after redaction of the addresses and social security numbers, be filed by hand with the Clerk of the Court and not be filed electronically.

So ordered this 13 day of May, 2009.

Hon: _____
           U.S.D.J.

60662765_1